```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
               CIVIL DOCKET ENTRIES FOR CASE A05-0255--CV (JKS)
                      "ROBERT O. DAVIS III V FRANK LUNA"

              Including terminated parties, excluding terminated counsel
```

```
   Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
  Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
     Referral Rule:  4(4)
             Filed:  10/26/05
            Closed:  NO

      Jurisdiction:  (3) Federal Question (US Govt not a Party)
     PLF Diversity:
     DEF Diversity:

    Nature of Suit:  (530) Habeas Corpus: General
                     28: 2254
            Origin:  (1) Original Proceeding
            Demand:
        Filing fee:  Paid $5.00 on 10/31/05 receipt # 00126912
          Trial by:
```

```
Parties of Record:                            Counsel of Record:
```
---
```
PLF 1.1          DAVIS, ROBERT O. III              Robert O. Davis III
                                                   Pro Per: 331194
                                                   Florence Correctional Center
                                                   POB 6200
                                                   Florence, AZ 85232
                                                       -    -


DEF 1.1          LUNA, FRANK                       Douglas H. Kossler
                                                   Attorney General's Office
                                                   310 K Street, Suite 308
                                                   Anchorage, AK 99501
                                                   907-269-6250
                                                   FAX 907-269-6270


DEF 2.1      [T] ALASKA, STATE OF, ATTORNEY GENERAL    No counsel found for this party!
                 OF THE
```

```
ACRS: R_VDSPX          As of Thursday, December 1, 2005 at 2:49 PM by GARRY          Page 1
```

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A05-0255--CV (JKS)
"ROBERT O. DAVIS III V FRANK LUNA"

For all filing dates

```
  Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
 Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
    Referral Rule:  4(4)
            Filed:  10/26/05
           Closed:  NO

     Jurisdiction:  (3) Federal Question (US Govt not a Party)
    PLF Diversity:
    DEF Diversity:

   Nature of Suit:  (530) Habeas Corpus: General
                    28: 2254
           Origin:  (1) Original Proceeding
           Demand:
       Filing fee:  Paid $5.00 on 10/31/05 receipt # 00126912
         Trial by:
```

| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 10/26/05 | PLF 1 Petition for Writ of H/C per 28:2254 w/att memo & exhs. |
| 2 - 1 | 10/26/05 | PLF 1 Financial Aff. |
| 3 - 1 | 10/26/05 | PLF 1 Notice of intent to proceed w/o cnsl. |
| 4 - 1 | 11/18/05 | JWS Order directing svc & response; clk to serve cy of pet & this ord on D. Kossler; SOA Atty General dism; respondent has 30 days from svc to file ans; case is referred to MJ Roberts per D.Ak.LMR 4(4). cc: R. Davis w/pro se handbook, D. Kossler w/cy of pet, MJ Roberts, PSLC |