FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC 19 PM 3: 26

Timothy W. Terrell
Assistant Attorney General
State of Alaska, Dept. of Law
Office of Special Prosecutions
  and Appeals
310 K St., Suite 308
Anchorage, Alaska 99501

Telephone: (907) 269-6250
Facsimile: (907) 269-6270

Attorney for Respondent Luna

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ROBERT O. DAVIS III, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. A05-255 Civ. (JKS) |
| ) | |
| FRANK LUNA, Warden, ) | MOTION FOR 45-DAY |
| Florence Correctional Center, ) | EXTENSION OF TIME |
| ) | TO RESPOND TO |
| Respondent. ) | HABEAS PETITION |
| ) | |

This court issued an order on November 16, 2005, directing respondent to file an answer or other responsive pleading with the court by December 19, 2005. Respondent seeks a 45-day extension of time until February 2, 2006, to do so. This court has authority to grant respondent's motion pursuant to Rules 4, 10, and 11 of the Rules Governing Section 2254 Proceedings and Rule 6(b)(1) of the Federal

*Davis v. Luna*, Case No. A05-255 Civ. (JKS), Motion for 45-Day Extension of Time to Respond to Habeas Petition, Page 1 of 2

Rules of Civil Procedure. This motion is supported by the attached Affidavit of Counsel.

Dated this 19th day of December, 2005, at Anchorage, Alaska.

DAVID W. MÁRQUEZ
ATTORNEY GENERAL

By: *Timothy W. Terrell*
Timothy W. Terrell (#9011117)
Assistant Attorney General

STATE OF ALASKA
DEPARTMENT OF LAW
OFFICE OF SPECIAL PROSECUTIONS AND APPEALS
310 K STREET, SUITE 308
ANCHORAGE, ALASKA 99501
(907) 269-6250

I certify that on December 19, 2006
a copy of the foregoing was
(x) mailed; ( ) faxed; ( ) delivered to:

Robert O. Davis III
Florence Correctional Center
P.O. Box 6200
Florence, Arizona 85232

*Beth Meyer*
Beth Meyer

*Davis v. Luna*, Case No. A05-255 Civ. (JKS), Motion for 45-Day Extension of Time to Respond to Habeas Petition, Page 2 of 2

Timothy W. Terrell
Assistant Attorney General
State of Alaska, Dept. of Law
Office of Special Prosecutions
   and Appeals
310 K St., Suite 308
Anchorage, Alaska 99501

Telephone: (907) 269-6250
Facsimile: (907) 269-6270

Attorney for Respondent Luna

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ROBERT O. DAVIS III, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. A05-255 Civ. (JKS) |
| ) | |
| FRANK LUNA, Warden, ) | AFFIDAVIT OF COUNSEL |
| Florence Correctional Center, ) | IN SUPPORT OF MOTION |
| ) | FOR 45-DAY EXTENSION |
| Respondent. ) | OF TIME TO RESPOND TO |
| ) | HABEAS PETITION |

STATE OF ALASKA    )
                         ) ss.
THIRD JUDICIAL DISTRICT  )

        Timothy W. Terrell, being first duly sworn, deposes and states as follows:

        (1)    I am an Assistant Attorney General for the State of Alaska and am the attorney assigned to this case.

*Davis v. Luna*, Case No. A05-255 Civ. (JKS), Affidavit of Counsel in Support of Motion for 45-Day Extension of Time to Respond to Habeas Petition, Page 1 of 4

(2)    This court issued an order on November 16, 2005, directing respondent to file an answer or other responsive pleading with the court by December 19, 2005.  Respondent seeks a 45-day extension of time until February 2, 2006, to do so.

(3)    The court's order reflects that it was distributed to the parties on Friday, November 18, 2005.  It was received at my office on Monday, November 21, 2005.  I have not had time to work on the state's response due to the need to attend to other litigation matters.  Since receiving the court's order on November 21st, I completed and filed the state's 31-page supplemental brief in *Morgan v. State*, A-8639, on November 25th.  Since then I have been working on the state's combined brief in *Douglas v. State*, A-8934, and *Smart v. State*, A-9025.  *Douglas* and *Smart* involve the retroactivity of *Blakely v. Washington*, 542 U.S. 296, 124 S.Ct. 2531 (2004).  The Alaska Court of Appeals has devised a procedure where *Blakely*'s retroactivity will be decided in two lead cases, one involving a class of litigants whose convictions became final prior to *Apprendi v. New Jersey*, 530 U.S. 466, 120 S.Ct. 2348 (2000), the other involving defendants whose convictions became final post-*Apprendi,* pre-*Blakely*.  The appeals of all other litigants that fall into either of those two categories are being stayed pending a decision in the lead cases.  There are approximately 250 stayed appeals currently, with the number

*Davis v. Luna*, Case No. A05-255 Civ. (JKS), Affidavit of Counsel in Support of Motion for 45-Day Extension of Time to Respond to Habeas Petition, Page 2 of 4

STATE OF ALASKA
DEPARTMENT OF LAW
OFFICE OF SPECIAL PROSECUTIONS AND APPEALS
310 K STREET, SUITE 308
ANCHORAGE, ALASKA 99501
(907) 269-6250

growing daily. The Public Defender Agency is filing the lead brief for the appellants in each case, and the Office of Public Advocacy is filing amicus briefs. The state was given the option of filing one combined brief for both *Douglas* and *Smart* and has opted to do so. Thus I am responding to four briefs that advance a variety of arguments as to why *Blakely* is supposedly retroactive under both federal and state retroactivity standards, and also address several other collateral issues. The retroactivity issue is of significant importance to the state, given the number of appeals, the far greater number of such claims made at the trial court level, the number of such claims that would be made in the future, and the impact on the criminal justice system and public safety if Alaska's appellate courts found *Blakely* retroactive. Accordingly I have spent substantial time working on the state's brief in *Douglas* and *Smart* and anticipate that it will be the end of the month before I have it completed.

(4)   I am asking for additional time to file the state's response because after I complete the brief in *Douglas* and *Smart*, I have several other litigation matters with pressing due dates that must be attended to. The state's briefs are due in *Portall v. State*, A-8869, on January 10, 2006, in *Hugo v. State*, A-9036, on January 13, 2006, and in *Simpson v.*

STATE OF ALASKA
DEPARTMENT OF LAW
OFFICE OF SPECIAL PROSECUTIONS AND APPEALS
310 K STREET, SUITE 308
ANCHORAGE, ALASKA 99501
(907) 269-6250

*Davis v. Luna*, Case No. A05-255 Civ. (JKS), Affidavit of Counsel in Support of Motion for 45-Day Extension of Time to Respond to Habeas Petition, Page 3 of 4

*State*, A-8937, on January 19, 2006. I have three additional briefs that are due in the late January – February 2006 range.

(5) Davis is incarcerated at the Florence Correctional Center. It is not standard practice to be able to call in to a correctional facility and contact an inmate, but rather the phone system is set up so that inmates may make calls outside the facility. Accordingly, I have been unable to phone Davis to ascertain his position regarding this extension.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
Timothy W. Terrell

Subscribed and sworn to before me this 19th day of December, 2006, at Anchorage, Alaska.

_____
Notary Public for the State of Alaska
My Commission Expires: 9/22/08

STATE OF ALASKA
DEPARTMENT OF LAW
OFFICE OF SPECIAL PROSECUTIONS AND APPEALS
310 K STREET, SUITE 308
ANCHORAGE, ALASKA 99501
(907) 269-6250

*Davis v. Luna*, Case No. A05-255 Civ. (JKS), Affidavit of Counsel in Support of Motion for 45-Day Extension of Time to Respond to Habeas Petition, Page 4 of 4