IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

In the Matter of the petition )
for Habeas Corpus Relief of: )
                              )
                              )
                              )  Case No.  05-255CV (JKS)
                              )
                              )
Robert O'Neal Davis, III,     )
petitioner                    )
                              )
_____)

## MOTION FOR SUMMARY JUDGMENT

Comes now the petitioner, Robert O'Neal Davis III, by and through himself, and hereby moves this honorable court to **Grant** this motion for Summary Judgment. Pursuant to the Federal Rules of Civil Procedure Rule 56, on the grounds of the undisputed facts. And D. AK. Local Rule 7.1.

This motion is based upon the facts in the attached Affidavit in Support.

Respectfully Submitted,

Robert O'Neal Davis III, Pro Se

Dated This  28  Day of December 2005  , I here by certify that a copy of the  Motion For Summary Judgment  was served upon Special Prosecutions and Appeals, 310 K Street, Suite 308, Anchorage, Alaska 99501, by First Class, U.S. Mail, to Douglas Kossler.

Robert O'Neal Davis, III
Florence Correctional Center
P.O. Box 6200
Florence, Arizona 85232

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

Robert O. Davis, III,          )
    Petitioner,            )
                               )   Case No.   05-255 CV
VS.                            )
                               )
Frank Luna, Warden,            )
    Respondent,            )
_____)

**AFFIDAVIT IN SUPPORT OF MOTION FOR**

**SUMMARY JUDGMENT**

State of Arizona    )
                    )   SS:
County of Pinal     )

    I, Robert O'Neal Davis, III, petitioner, under penalty of perjury, depose and say as follows:

1. My name is Robert O'Neal Davis, III.

2. I am over 18 years of age. I am being held at the Florence Correctional Center on a conviction that was obtained unconstitutionally. I am fully competent to make this affidavit and have personal knowledge of the facts stated in this affidavit.

3. I am the plaintiff (petitioner) in this action.

4. On November 18, 2005, the Court delivered a copy of the "Order Directing Service And Response" to the defendant (respondent) Frank Luna. (See attached exhibit # 1 )

page 1

5. The respondent, Frank Luna is not an infant or an incompetent person. I know that Frank Luna is an adult and appears to be capeable of managing his own affairs. I am personally familiar with Frank Luna and know him to be an adult of sound mind.

6. The respondent, Frank Luna has failed to respond, answer or reply within the (30) days ordered by the Court, in the "Order Directing Service And Response", by the United States District Judge James K. Singleton, Jr., at docket number 4, page 2, number 3, exhibit # 1. Regarding the claims alledged in the petition.

7. The time limit for responding has now expired, and the time for the respondent, Frank Luna, has not been extended by any stipulation of the parties or any order of the Court.

8. It is the petitioner's contention that the claims presented both in the petition and in the "Memorandum in Support of the Petition" is of inescapeable consequences, and that these Constitutional Violations were <u>not</u> harmless beyond a reasonable doubt. (See exhibit # 2 )

9. A motion (petition) not objected to or opposed is considered to be well taken.

10. It is undisputed that the petitioner's Constitutional Rights were violated. (4th, 5th, 6th and 14th amendments)

11. It is undisputed that the petitioner was denied to present Officer Bennett's tsetimony at trial, either telephonically or in person, in order to establish a defense. (See Exhibit #3+4)

12. It is undisputed that the petitioner was denied assistance by the trial court after proving that he was indigent, to produce Officer Bennett as a witness to establish a defense, in so that the credibility, bias and motivation of the State's key witness may be heard by the jury. (See Exhibit #4)

13. It is undisputed that the State's key witness, Jeremy Fish, was coerced by Officer Dan Bennett of the Nome Police Department and/or the Anchorage Police Department and the District Attorney in Nome and/or Anchorage to testifying. Therefore depriving the petitioner of his Constitutional Right to a fair trial. (Exhibit #4+5)

14. It is undisputed that the petitioner, Robert O'Neal Davis, III, has presented this Court with proper and relevant evidence to prove each allegation of the petition, in his "Memorandum in Support of Petition for Habeas Corpus", thus giving this Court the power to GRANT this Motion for Summary Judgment for Habeas Courpus Relief.

15. There is no futher genuine issues left to be litigated.

16. Petitioner respectfully asks this Court to GRANT his Motion for Summary Judgment in his favor. Or in the alternative, if the Court finds that the petitioner is not entitled to a Summary Judgment, mandate that an evidentary hearing be held as soon as practical, in order that the Court may FULLY hear and RESOLVE the issues of facts that are not sufficiently disposed of on the record.

17. In the course of such hearing, petitioner **WILL** establish the truth of all allegations/facts of the petition.

FUTHER AFFIANT SAYETH NAUGHT

_____
Robert O'Neal Davis, III


I hereby certify that a copy of the above Affidavit in Support of Motion for Summary Judgment was served upon Douglas Kossler Special Prosecutions and Appeals, 310 K Street, Suite 308, Anchorage, Alaska 99501, by First Class, U.S. Mail on this _28_ day of December 2005.


On this _28_ day of December 2005, at Florence Correctional Center, no Notary Public or other official empowered to administer oaths is available. Therefore Pursuant to AS 09.63.020(a), I _____, certify under penalty of perjury that the foregoing is true.

page 4