## CERTIFICATE OF SERVICE

Case # A05-255 CV (JKS)

I, __Robert O'Neal Davis, III__ do hereby certify that I have served a true and correct copy of:

1. __Motion For Summary Judgment__
2. __Affidavit in Support of Motion for Summary Judgment__
3. __Exhibits 1 thru 6 in support of Affidavit__

upon the __United States District Court__ and placing same in a sealed postage pre-paid envelope addressed to:
__For the District of Alaska__

__Douglas Kossler__

__Office of Special Prosecutions and Appeals__

__310 K Street, Suite 308__

__Anchorage, Alaska 99501__

and placing same in the U.S. Mail at Florence Correctional Center 1100 Bowling Road, P.O. Box 6200, Florence, Arizona, 85232-6200, on this __28th__ day of __December__, 200__5__

_[signature]_

On this __28th__, day of __December__, 200__5__ at the Florence Correctional Center, no Notary Public or other official empowered to administer oaths is available. THEREFORE, PURSUANT TO AS 09.63.020(a), I, _[signature]_, certify under penalty of perjury that the foregoing is true.