Robert O'Neal Davis, III,#331194
Florence Correction Center
P.O. Box 6200
Florence, Arizona 85232

RECEIVED
JAN 0 9 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

Robert O'Neal Davis, III,        )
       Petitioner,          )
                          )
VS.                              )   Case No. A05-255 CV
                          )
Frank Luna, Warden,              )   OPPOSITION TO MOTION FOR EXTENSION
       Respondent,           )              OF TIME
_____  )

       Comes now the petitioner, Robert O'Neal Davis, III, pro se, and opposes respondent's "Motion For 45-Day Extension of Time to Respond to Habeas Petition".

    Respondents motion is meritless as well as implying that my petition for habeas Relief is of little or no importance to the State of Alaska, when in fact I am being held in violation of my Constitutional Rights. Respondents reasons are made for the purpose of delay which defeats the purpose of Habeas Corpus Petitions.

    Since all <u>Blakely</u> motions are on stay for at least six months respondent has less work to do. Respondent has not cited any revelant authority for such an excessive time delay.

    For the above reasons and givin the short lenght of time left to serve on the sentence, I am opposeing this extension/delay and still pronouncing my innocence. By filing the Habeas petition is an attempt to obtain some type of relief not futher delays.

page 1 of 2

Respectfully Sumitted,

_____
Robert O'Neal Davis, III

Dated this 30th day of December 2005, at Florence, Arizona.

I hereby certify that acopy of the above Opposition To Motion For Extension was served upon Timothy Terrell Special Prosecutions and Appeals, 310 K Street, Suite 308, Anchorage, Alaska 99501, by First Class U.S. Mail, on December 31, 2005.

_____
Robert O'Neal Davis, III