Timothy W. Terrell
Assistant Attorney General
State of Alaska, Dept. of Law
Office of Special Prosecutions
   and Appeals
310 K St., Suite 308
Anchorage, Alaska 99501

Telephone: (907) 269-6250
Facsimile: (907) 269-6270

Attorney for Respondent Luna

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ROBERT O. DAVIS III, ) <br> ) <br> Petitioner, ) <br> ) <br> vs. ) <br> ) <br> FRANK LUNA, Warden, ) <br> Florence Correctional Center, ) <br> ) <br> Respondent. ) <br> ) | Case No. A05-255 Civ. (JKS) <br><br> MOTION TO STAY <br> MOTION FOR <br> SUMMARY DISPOSITION |

      Petitioner Robert Davis is an Alaska prisoner convicted in state court who seeks habeas relief from this court. Davis has now filed a motion for summary disposition. Respondent Luna's response is due on January 17, 2006. Respondent Luna respectfully requests that this court stay the consideration of Davis's summary disposition motion pending the filing and resolution of a motion to dismiss on procedural default

grounds. As a matter of judicial economy it is appropriate to first resolve procedural default grounds, as such a procedure may obviate the need to consider summary disposition motions.

Dated this 18th day of January, 2006, at Anchorage, Alaska.

DAVID W. MÀRQUEZ
ATTORNEY GENERAL

s/ Timothy W. Terrell
Assistant Attorney General
310 K Street, Suite 308
Anchorage, Alaska  99501
Phone:  (907) 269-6250
Fax:  (907) 269-6270
E-mail:  Tim_Terrell@law.state.ak.us
Alaska Bar No. 9011117

**Certificate of Service**

I certify that on January 18, 2006, a copy of the foregoing Motion to Stay Motion for Summary Disposition was served on Robert O. Davis, III by regular U.S. mail.

s/ Timothy W. Terrell