IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| ROBERT O. DAVIS III, | ) | |
| | ) | |
| Petitioner, | ) | Case No. A05-255 Civ. (JKS) |
| | ) | |
| vs. | ) | |
| | ) | **PROPOSED** |
| FRANK LUNA, Warden, | ) | ORDER GRANTING MOTION |
| Florence Correctional Center, | ) | TO STAY MOTION FOR |
| | ) | SUMMARY DISPOSITION |
| Respondent. | ) | |
| | ) | |

Petitioner Robert Davis is an Alaska prisoner convicted in state court who seeks habeas relief from this court. Davis has now filed a motion for summary disposition. Respondent Luna's response is due on January 17, 2006. Respondent Luna requests that this court stay the consideration of Davis's summary disposition motion (and any duty of Luna to respond to the motion) pending the filing and resolution of a motion to dismiss on procedural default grounds. Having considered respondent's motion and any opposition and reply thereto, the motion is hereby granted.

Dated this ____ day of _____, 2006, at Anchorage, Alaska.

_____
JOHN D. ROBERTS
United States Magistrate Judge