# In the Supreme Court of the State of Alaska

RECEIVED
DEPARTMENT OF LAW
NOV 2 6 2004
OFFICE OF SPECIAL PROSECUTIONS
AND APPEALS

Robert O. Davis, III,  )
                         )
             Petitioner,  )
                         )
v.  )
                         )
State of Alaska,  )
                         )
             Respondent.  )
                         )

Supreme Court No. S-11597

## Order
Petition for Hearing

Date of Order: **11/26/04**

Trial Court Case # **3AN-01-01717CR**
Court of Appeals # **A-8308**

Before: Bryner, Chief Justice, and Matthews, Eastaugh, Fabe, and Carpeneti, Justices

On consideration of the Petition for Hearing filed on **8/17/04**, and the response filed on **9/20/04**,

IT IS ORDERED:

The Petition for Hearing is **DENIED**.

Entered by the direction of the court.

                                                    Clerk of the Appellate Courts

                                                    *Marilyn May*
                                                    Marilyn May

cc:     Supreme Court Justices
         Court of Appeals Judges
         Judge Hensley
         Central Staff
         Trial Court Appeals Clerk

Distribution:   David D Reineke                  Timothy W. Terrell
                   Assistant Public Defender    OSPA
                   900 West Fifth Avenue Suite 200    310 K Street, Suite 308
                   Anchorage AK 99501              Anchorage AK 99501

                                            Exhibit I

Order8s.wpt
Rev 05/19/2004 -- WP11