Timothy W. Terrell
Assistant Attorney General
State of Alaska, Dept. of Law
Office of Special Prosecutions
   and Appeals
310 K St., Suite 308
Anchorage, Alaska 99501

Telephone: (907) 269-6250
Facsimile: (907) 269-6270

Attorney for Respondent Luna

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ROBERT O. DAVIS III, ) ) Petitioner, ) ) vs. ) ) FRANK LUNA, Warden, ) Florence Correctional Center, ) ) Respondent. ) ) | Case No. A05-255 Civ. (TMB)  MOTION TO ACCEPT LATE-FILED RESPONSE TO PETITION FOR WRIT OF HABEAS CORPUS |

This court sent out an order dated November 16, 2005, directing the respondent to file an answer or other responsive pleading to Davis's habeas petition by December 19, 2005. Respondent sought an extension until Thursday, February 2, 2006. Respondent Luna's partial motion to dismiss is being filed five days later, on Tuesday, February 7, 2006, and respondent moves that the court accept it late-filed. This court has authority to grant

respondent's motion pursuant to Fed. R. Civ. P. 6(b)(2) and 72, Rule 4 of the Rules Governing Section 2254 Cases, and Rules 2 and 4(3) of the Magistrate Rules for the District of Alaska. This motion is supported by the attached Affidavit of Counsel.

Dated this 7th day of February, 2006, at Anchorage, Alaska.

DAVID W. MÁRQUEZ
ATTORNEY GENERAL

s/ Timothy W. Terrell
   Assistant Attorney General
   State of Alaska, Dept. of Law
   Office of Special Prosecutions
     and Appeals
   310 K St., Suite 308
   Anchorage, Alaska 99501

Telephone: (907) 269-6250
Facsimile: (907) 269-6270
e-mail: tim_terrell@law.state.ak.us

Alaska Bar. No. 9011117

## Certificate of Service

I certify that on February 7, 2006, a copy of the foregoing Partial Motion to Dismiss Petition for Writ of Habeas Corpus was served on Robert O. Davis, III by regular U.S. mail.

s/ Timothy W. Terrell