Timothy W. Terrell
Assistant Attorney General
State of Alaska, Dept. of Law
Office of Special Prosecutions
   and Appeals
310 K St., Suite 308
Anchorage, Alaska 99501

Telephone: (907) 269-6250
Facsimile: (907) 269-6270

Attorney for Respondent Luna

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| ROBERT O. DAVIS III, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | Case No. A05-255 Civ. (TMB) |
| | ) | |
| FRANK LUNA, Warden, | ) | AFFIDAVIT OF COUNSEL |
| Florence Correctional Center, | ) | IN SUPPORT OF MOTION |
| | ) | TO ACCEPT LATE-FILED |
| Respondent. | ) | RESPONSE TO HABEAS |
| | ) | CORPUS PETITION |

| | |
|---|---|
| STATE OF ALASKA ) | |
| ) | ss. |
| THIRD JUDICIAL DISTRICT ) | |

      Timothy W. Terrell, being first duly sworn, deposes and states as follows:

      (1)    I am an Assistant Attorney General for the State of Alaska and am the attorney assigned to this case.

(2)     This court sent out an order dated November 16, 2005, directing the respondent to file an answer or other responsive pleading to Davis's habeas petition by December 19, 2005. Respondent sought an extension until Thursday, February 2, 2006. Respondent Luna's partial motion to dismiss is being filed five days later, on Tuesday, February 7, 2006, and respondent moves that the court accept it late-filed.

(3)     I was unable to complete respondent's motion to dismiss earlier due to the need to attend to other litigation matters. As for the last several months, I completed the state's 74-page brief in *Henry Douglas v. State/Troy Smart v. State*, A-8934/9025, on January 13, 2006 and the state's response to petition for hearing in *Thomas v. State*, S-12177, on January 23, 2006. I have also completed a draft brief in *Hugo v. State*, A-9036, and am waiting for my supervisor, Assistant Attorney General Douglas Kossler, to return it to me with his revisions. Most recently I have been working on research and record review in preparation to draft the state's brief in *Portalla v. State*, A-8869. All these matters have required priority because they have had long extensions due to the need to complete the state's brief in the *Douglas* and *Smart* cases, which have been designated as the two lead cases where the Alaska Court of Appeals will decide the retroactivity of *Blakely v. Washington*, 542 U.S. 296, 124 S.Ct. 2531 (2004). I began work on respondent's motion to dismiss early last week but it took longer than I

anticipated to assemble the full state-court record that is necessary for filing in habeas cases and to work on the state's partial motion to dismiss. I had originally thought that the motion could be filed one day late, because I thought that state court records in habeas cases were the type of exhibits that could be filed conventionally rather than via the electronic filing format. On Friday, however, Vivien Noll, the officer manager of the Office of Special Prosecutions and Appeals, checked with the federal court clerk's office and found out that that was not the case. Thus, support staff then had to scan in and convert to Adobe Acrobat pdf format a voluminous state court record that I believe is in excess of 600 pages. That took a great deal of time and was accomplished by Monday, February 6, 2006. Unfortunately, I was unable to perform a final review of the documentation before filing it on that date and to redraft the motion to accept late (which had to be changed in light of the added time required to scan the state court record). I live in Chugiak on a hillside and due to the weather conditions and the resulting road conditions I was unable to leave my subdivision on Monday, February 6, 2006, and had to stay home. Accordingly, the motion to dismiss is being filed on Tuesday, February 7, 2006. Davis should not be prejudiced by this late filing.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

*Timothy W. Terrell*
Timothy W. Terrell
Assistant Attorney General
State of Alaska, Dept. of Law
Office of Special Prosecutions
   and Appeals
310 K St., Suite 308
Anchorage, Alaska 99501

Telephone: (907) 269-6250
Facsimile: (907) 269-6270
e-mail: tim_terrell@law.state.ak.us

Alaska Bar. No. 9011117

Subscribed and sworn to before me this 7th day of February, 2006, at Anchorage, Alaska.

*Vivien M. Noll*
Notary Public for the State of Alaska

