Timothy W. Terrell
Assistant Attorney General
State of Alaska, Dept. of Law
Office of Special Prosecutions
   and Appeals
310 K St., Suite 308
Anchorage, Alaska 99501

Telephone: (907) 269-6250
Facsimile: (907) 269-6270

Attorney for Respondent Luna

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| ROBERT O. DAVIS III, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | Case No. A05-255 Civ. (TMB) |
| | ) | |
| FRANK LUNA, Warden, | ) | ERRATA TO MOTION TO |
| Florence Correctional Center, | ) | ACCEPT LATE-FILED |
| | ) | RESPONSE TO PETITION FOR |
| Respondent. | ) | WRIT OF HABEAS CORPUS |
| | ) | |

The Proposed Order was mistakenly not attached to the Motion
to Accept Late-Filed Response to Petition for Writ of Habeas Corpus and is
being attached to this errata.

Dated this 7th day of February, 2006, at Anchorage, Alaska.

DAVID W. MÁRQUEZ
ATTORNEY GENERAL

s/ Timothy W. Terrell
 Assistant Attorney General
 State of Alaska, Dept. of Law
 Office of Special Prosecutions
   and Appeals
 310 K St., Suite 308
 Anchorage, Alaska 99501

 Telephone: (907) 269-6250
 Facsimile: (907) 269-6270
 e-mail: tim_terrell@law.state.ak.us

 Alaska Bar. No. 9011117

## Certificate of Service

I certify that on February 7, 2006, a copy of the foregoing
Partial Motion to Dismiss Petition for Writ of Habeas Corpus
was served on Robert O. Davis, III by regular U.S. mail.

s/ Timothy W. Terrell