IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

ROBERT O. DAVIS III,　　　　　)
　　　　　　　　　　　　　　　)
　　　　　　　　Petitioner,　　)
　　　　　　　　　　　　　　　)
　　　　vs.　　　　　　　　　　)　　　　Case No. A05-255 Civ. (JKS)
　　　　　　　　　　　　　　　)
FRANK LUNA, Warden,　　　　　 )　　　　**PROPOSED**
Florence Correctional Center,　)　　　　ORDER GRANTING MOTION
　　　　　　　　　　　　　　　)　　　　TO ACCEPT LATE-FILED
　　　　　　　　Respondent.　　)　　　　RESPONSE TO HABEAS
_____)　　　　CORPUS PETITION

　　　　　This court sent out an order dated November 16, 2005, directing the respondent to file an answer or other responsive pleading to Davis's habeas petition by December 19, 2005. Respondent sought an extension until Thursday, February 2, 2006. Respondent Luna's partial motion to dismiss is being filed five days later, on Tuesday, February 7, 2006, and respondent moves that the court accept it late-filed. Having considered respondent's motion, and any response and reply thereto, this court hereby orders that respondent's motion is granted.

　　　　　Dated this ____ day of _____, 2006, at Anchorage, Alaska.


　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　JOHN D. ROBERTS
　　　　　　　　　　　　　　　　　United States Magistrate Judge