Timothy W. Terrell
Assistant Attorney General
Office of Special Prosecutions
and Appeals
310 K Street, Suite 308
Anchorage, Alaska 99501
Telephone: (907) 269-6250
Facsimile: (907) 269-6270
Email: Tim_Terrell@law.state.ak.us

Attorney for Respondent Luna

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | | |
|---|---|---|
| ROBERT O. DAVIS, III, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | Case No. A05-255 Civ. (TMB) |
| | ) | |
| FRANK LUNA, Warden, | ) | <u>SUPERSEDING</u> |
| Florence Correction Center, | ) | <u>ENTRY OF APPEARANCE</u> |
| | ) | |
| Respondent. | ) | |
| | ) | |

The undersigned hereby enters his appearance as attorney for Respondent Frank Luna. All further pleadings and communications in this case should be addressed to:

> Timothy W. Terrell
> Office of Special Prosecutions and Appeals
> 310 K Street, Suite 308
> Anchorage, Alaska 99501

DATED February 9, 2006 , at Anchorage, Alaska.

DAVID W. MÁRQUEZ
ATTORNEY GENERAL

s/ Timothy W. Terrell
   Assistant Attorney General
   State of Alaska, Dept. of Law
   Office of Special Prosecutions
     and Appeals
310 K St., Suite 308
Anchorage, Alaska 99501
Telephone: (907) 269-6250
Facsimile: (907) 269-6270
e-mail: Tim_Terrell@law.state.ak.us
Alaska Bar. No. 9011117

**Certificate of Service**

I certify that on February 9, 2006, a copy of the foregoing Superseding Entry of Appearance was served on Robert O. Davis, III, Florence Correctional Center, P.O. Box 6200, Florence, AZ , 85232, by regular U.S. mail.

s/ Timothy W. Terrell