Tape transcription of 01-7273

Officer Johnstone, _____1344

Today's date is 02/08 of 2001, reference case #01-7273, and this is a debriefing interview with Jeremy Fish, last name F-I-S-H. Jeremy what I want you to do is just try to relay how things went down. Uh, who you bought from and what you got, how much you gave him what he gave you that sort of thing.

A: Okay

Q: And where it was and all that.

A: All right. I was uh, I went down Muldoon went right down Peck.

Q: On Peck?

A: Made another right on Grand Larry went to 202 my friend Rico, I went to $150.00 there was three people when I walked in 3 girls, I uh,

Q: 3 girls including Rico?

A: 4 people.

Q: 4 people going in?

A: So I asked him first if you want to buy a dog? He said let me see the dog, went to the car and got the dog, got my dog and went back in and asked him if he wanted to buy the dog, the dog was playing around then he was like well how much you want? I said I wanted $150.00 he like I made them up, he told me the gals that I need to take care of this real quick. Girls went into the living room we were in the kitchen, it's like right when

Page 1 of 21

CXHIBIT 17