

April 1 of 2001
Picture Taken

Dog that was Bought from Jeremy Fish.
on Feb. 8, 2001

EXHIBIT 18