UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

 ROBERT O. DAVIS, III   v.   FRANK LUNA 

THE HONORABLE JOHN D. ROBERTS

DEPUTY CLERK                                CASE NO.  3:05-CV-00255-TMB 

 Dan Maus 

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**        DATE: March 1, 2006

     Respondent's Motion for 45-day Extension of Time to Respond to Habeas Petition, Clerk's Docket No. 5, Motion to Stay Motion for Summary Disposition, Clerk's Docket No. 9, and Motion for Leave to File Partial Motion to Dismiss, Clerk's Docket No. 13, are hereby **GRANTED**.

     Respondent's Motion for Summary Judgment, Clerk's Docket No. 6, is hereby **STAYED**.

     Counsel for respondent is hereby directed to **re-file** it's Partial Motion to Dismiss Petition for Writ of Habeas Corpus submitted by them at Clerk's Docket Nos. 11 and 12 using the event _"Motion to Dismiss"_.  All exhibits attached to Docket Nos. 11 & 12 must also be re-filed in accordance with the Local Rules.