# TABLE OF CONTENTS

Exhibit A: Alaska Court of Appeals Brief of Appellant
August 20, 2003 .......... 1 – 26

Exhibit B: Alaska Court of Appeals Appellant's Excerpt of Record
August 20, 2003 .......... 1 – 94

Exhibit C: Alaska Court of Appeals Brief of Appellee
January 9, 2004 .......... 1 – 38

Exhibit D: Alaska Court of Appeals Appellee's Excerpts of Record
January 9, 2004 .......... 1 – 55

Exhibit E: Alaska Court of Appeals Reply Brief of Appellant
January 30, 2004 .......... 1 – 11

Exhibit F: Alaska Court of Appeals Memorandum Opinion and Judgment
August 4, 2004 .......... 1 – 7

Exhibit G: Alaska Supreme Court Petition for Hearing
September 3, 2004 .......... 1 – 7

Exhibit H: Alaska Supreme Court Response to Petition for Hearing
September 20, 2004 .......... 1 – 12

Exhibit I: Alaska Supreme Court Order
November 26, 2004 .......... 1

Exhibit J: Alaska Superior Court Transcripts, Case No. 3AN-01-1717 CR
November 13 – 14, 2001 .......... 1 – 84

Exhibit K: Alaska Superior Court Transcripts, Case No. 3AN-01-1717 CR
October 29, November 9, 13 – 15 and 19 – 21, 2001 .......... 1 – 220