# In the Supreme Court of the State of Alaska

RECEIVED
DEPARTMENT OF LAW
NOV 2 6 2004
OFFICE OF SPECIAL PROSECUTIONS AND APPEALS

Robert O. Davis, III, )
  ) Supreme Court No. S-11597
   Petitioner, )
 )
v. ) **Order**
 ) Petition for Hearing
**State of Alaska**, )
 )
   Respondent. ) Date of Order: **11/26/04**
 )

Trial Court Case # **3AN-01-01717CR**
Court of Appeals # **A-8308**

Before: Bryner, Chief Justice, and Matthews, Eastaugh, Fabe, and Carpeneti, Justices

On consideration of the Petition for Hearing filed on **8/17/04**, and the response filed on **9/20/04**,

IT IS ORDERED:

The Petition for Hearing is **DENIED**.

Entered by the direction of the court.

Clerk of the Appellate Courts

*Marilyn May*
Marilyn May

cc: Supreme Court Justices
Court of Appeals Judges
Judge Hensley
Central Staff
Trial Court Appeals Clerk

Distribution: David D Reineke
Assistant Public Defender
900 West Fifth Avenue Suite 200
Anchorage AK 99501

Timothy W. Terrell
OSPA
310 K Street, Suite 308
Anchorage AK 99501

Exhibit I

Order8s.wpt
Rev 05/19/2004 -- WP11