1 Q   All right.  You just disputed the amount?
2 A   Yes.
3 Q   All right.
4 A   $7.
5 Q   Okay.  So given these facts then, you and Officer
6   Bennet enter into a deal of some type, wherein he is
7   going to go talk to the DA if you will turn and work
8   for the Nome Police Department as a buyer of illicit
9   contraband, correct?
10 A   Yeah.  He -- he wanted a drug bust in Nome, Alaska, and
11   it -- it was kind of like I -- I kind of made a point
12   to the guy.  I told him I didn't know nobody there who
13   did dope.  And then I lied to the guy and told him that
14   I did.  And I was -- I -- I lied pretty much a lot to
15   that guy.  And then he expected something from me that
16   I couldn't deliver to him, so I left.
17 Q   Okay.  So you lied to the cop?
18 A   Yeah.
19 Q   And then he set up a meeting for you to meet back with
20   him to kind of solidify the situation, and in the
21   interim period, you fled Nome and went to Anchorage?
22 A   Well, he told me he wanted to see a drug bust.  He said
23   that that's what they like to see there in Nome.  And,
24   you know, so he -- that was my option.  He wanted a
25   drug bust.  He told me that he knew that I knew

Page 314

1   somebody who did dope, which I didn't.  And so I came
2   back to Anchorage where I know people who serve dope.
3   If that's the only way then my charge was going to get
4   lifted off of my thing, then that's just where I came.
5   And that's what I did.
6 Q   Okay.  You told him you didn't want to go to jail, and
7   that's why you would work for him, right?
8 A   That's right.
9 Q   Okay.
10 A   I didn't want to get a felony for seven bucks.
11 Q   Okay.  Who is Jeffrey Scalamana [sic]?
12 A   Sakamano (ph)?
13 Q   Pardon, please?
14 A   Jeffrey Sakamano (ph).
15 Q   Sakamano (ph)?
16 A   Yeah.
17 Q   All right.  Did you not tell Officer Bennett that you
18   had bought on two occasions.....
19 A   Yeah, I lied to him.
20 Q   Okay.
21 A   I told him I bought dope off of him.  I never bought
22   dope off the kid.  He's just -- he was just a punk, and
23   everybody thought he was a punk.  So I made him think
24   that everybody was right about the kid.
25 Q   Who is Jeffrey -- Jerry Patton [sic]?

Page 315

1 A   Jerry Paton?
2 Q   Paton (ph).
3 A   Well, that was just a guy, when I -- when I moved
4   there, he was -- he was the one who -- who had bud.
5   And I think the police kind of knew that he was the one
6   who had bud.  And he got caught with something, and he
7   snitched on some people, and he was out, and he was --
8   he was like out at his mom's house all the time.  And I
9   told the police that I bought dope off of that guy too.
10   But I never bought no dope in Nome.
11 Q   Okay.  You told them that you had purchased cocaine
12   twice from him, right?
13 A   Yeah.  That's what I said.
14 Q   And Ernie Butler, you told them that you could buy
15   cocaine from Ernie Butler too, didn't you?
16 A   Right.
17 Q   Who is Ernie Butler?
18 A   I -- I was -- there's -- it's -- Nome is so small, you
19   know, you know everybody.  I really didn't even -- I
20   was just saying names and telling him what he wanted to
21   hear.
22 Q   All right.  On the 26th then you had contact with
23   Officer Bennet again, didn't you?
24 A   On the 26th?
25 Q   January 26th?

Page 316

1 A   Yes.
2 Q   Okay.  And you told him that there was going to be a
3   large shipment coming in on Saturday and would not be
4   available until Sunday the 28th?
5 A   Right.
6 Q   All right.  And then on the 27th, you had contact with
7   the officer, and you indicated you were -- you were
8   moving into another location?
9 A   Yeah.  I told him that I was -- I was moving to a
10   different apartment.
11 Q   Yeah.  And that was a lie, wasn't it?
12 A   Yes, it was.
13 Q   All right.  Okay.  And then are you telling us now that
14   this -- the statements you made, all the statements
15   you've made to Officer Bennett were lies?
16 A   Yes, they were.
17 Q   Okay.  But he wouldn't let me work off my charges in
18   any other way.  So I told him what he wanted to hear,
19   because that's what he wanted.  He wanted drug busts.
20   I didn't know where to give a drug bust at.  You know,
21   if I would have known people in Nome that did drugs, I
22   damn sure would have turned them in before I came back
23   to Anchorage and turned somebody in.
24 Q   All right.  Now he didn't tell you he was going to fix
25   it, he said he would talk to the DA and the DA was

Page 317

1    going to make the decisions, right?
2 A  Well, he told me that if I worked with them, everything
3    would be all right.
4 Q  What do you mean, all right?
5 A  All right. My charges would be dismissed. He said he
6    would overlook it, like it never happened.
7 Q  Okay. He would overlook it. So he was.....
8 A  He was the officer who had the case. And he's the one
9    who told me that if I brought him somebody who was
10   doing drugs, he said, I would have at least three
11   people, and that's why I gave three names.
12 Q  Okay. Didn't he tell you that if he was going to go
13   the district attorney, John Vacek, and review the
14   information you supply, and if the DA decided, then the
15   DA may not bring the charges against you?
16 A  Right. Something like that.
17 Q  So, in fact, it wasn't Officer Bennett then, it
18   was someone higher up that was going to make that
19   decision, which is called the district attorney in
20   Nome, right?
21 A  Yeah. I didn't know all that stuff. This was my first
22   time ever dealing with any of this. And he made it
23   sound that he would make the charge disappear. That's
24   -- that's what my interpret [sic] of everything that we
25   talked about, in -- on and off tape, that was my

Page 318

1    predicament on all of it. He told me it -- it would be
2   gone.
3 Q  And are you telling us that this is your first -- in
4   January was your first experience.....
5 A  Yeah, with the whole DA.....
6 Q  .....in the criminal justice......
7 A  Yes.
8 Q  In the criminal justice system?
9 A  Not in the criminal justice system.
10 Q  All right.
11 A  Dealing with the DA, yes. And this type of court
12   system, yeah.
13 Q  Never dealt with the DA before?
14 A  No, I have not.
15 Q  Okay. Now on the 6th of January -- or excuse me, of
16   February, you were arrested in Anchorage, weren't you?
17 A  The 5th of what?
18 Q  The 6th of February. You were arrested in Anchorage,
19   weren't you? And bail was set at $5,000 on a bench
20   warrant out of Nome, Alaska for burglary?
21 A  I turned myself in. I wasn't arrested. I turned
22   myself in.
23 Q  Did you go to the jail?
24 A  I went to the police station.
25 Q  All right.

Page 319

1 A  I called, and they told me that they were going to put
2   my -- they were going to arrest my girlfriend as an
3   accomplice, with -- to leaving with me to Nome and put
4   my daughter in DFYS care. So I figured, you know, I
5   ain't going to put my daughter and my little girl
6   though it, so I turned myself in, because it was me.
7 Q  Who told you that?
8 A  Who -- who told me what?
9 Q  What you just said. That someone was going to arrest
10   your girlfriend.....
11 A  That was Officer Bennett.
12 Q  How would Bennett know where you were?
13 A  Because I had to call him. He called my girlfriend.
14   My girlfriend had got a job when she came here. She
15   got her CNA license when she was in Nome. And.....
16 Q  Okay. What.....
17 A  .....she had to get a reference.
18 Q  What is a CNA license?
19 A  It's a certificate -- certified nurse assistant.
20   That's probably -- that's another reason why went to
21   Nome, because school there is cheaper.
22 Q  And how would Officer Bennet have known.....
23 A  Because she had to get a reference from the hospital
24   that she worked with in Nome. And when she called to
25   get that reference, it was known in Nome, because Nome

Page 320

1    is so small, that, you know, I fled. And that it was
2   in the Nome Nugget that I robbed a house. And they
3   went to -- my girlfriend's worked to called to get a
4   reference, the police called and gave -- the hospital
5   at Nome gave the police my girlfriend's number. They
6   called my girlfriend, and they told her all that. And
7   they gave me the number to call him at. I called him
8   up, and he told me the exact same thing he told my
9   girlfriend.
10 Q  All right. And -- so then you say you went to the
11   police department?
12 A  An hour after I got off the phone, I turned myself in.
13 Q  All right. And -- so you -- on the 6th of February,
14   you were in the police department. What happened then?
15 A  I can't really remember.
16 Q  All right. Do you remember being arraigned on the 7th
17   of February before Judge Finn?
18 A  Yes.
19 Q  All right. And the state at that time -- bail was set
20   at $5,000, wasn't it?
21 A  Yes, it was.
22 Q  All right. And what happened between February 6th and
23   February 7th?
24 A  I got -- I was out.
25 Q  You were out? No one -- you never posted any bail?

Page 321

1 A   No.
2 Q   So they -- the Anchorage Police Department ignored
3       the.....
4 A   No.  I got -- I wasn't -- I didn't get let out on bail.
5       I was let out on my own recognizance.
6 Q   All right.
7 A   I believe that's how it went.
8 Q   Okay.  So the -- as far as you know, the Anchorage
9       Police Department had a warrant for your arrest out in
10     Nome, right, dated the 31st.....
11 A   I had a bench warrant out at Nome for my arrest, right.
12     They -- they were going to send me back.
13 Q   Issued on the 31st of January?  You received a copy of
14     that, correct, from the judge?
15 A   A bench warrant?
16 Q   The warrant.
17 A   Yes, I did.
18 Q   Okay.  So you know that the 31st of January, things
19     were happening in Nome.  The 6th of February, you
20     turned yourself in to APD.  My question is what
21     happened -- and are you telling me that they just let
22     you go with a $5,000 arrest warrant?
23 A   Yes.
24 Q   All right.  So they ignored the Nome arrest warrant?
25 A   They didn't ignore the Nome arrest warrant.

Page 322

1     department and you -- did you talk with anybody?
2 A   Yeah.
3 Q   All right.  Who did you talk with?
4 A   I talked to a lady cop.
5 Q   A lady cop?  All right.  What did this lady cop look
6       like?
7 A   She had blonde hair.
8 Q   All right.
9 A   Short, white girl.
10 Q   And was there any other police there?
11 A   Yeah, there was -- there was another girl cop there.  I
12     think -- and I think there was another -- there was all
13     girls.
14 Q   All right.  What did these all girls look like?  We
15     know one's a blonde and short.
16 A   One is a blonde, and one had brown -- darkish-brown
17     hair.  And I can't remember the other one.
18 Q   One short blonde one, brown hair, height?
19 A   Both tall and slim.
20 Q   Okay.  So there's two tall and slim, one short and
21     blonde?  Three -- three lady cops?
22 A   Yeah.
23 Q   All right.  Now, did you talk with anybody that
24     district attorney's office in Anchorage at that time?
25 A   No.

Page 324

1 Q   They didn't arrest you.
2 A   Well, they -- I got arrested, and then they let me out
3       on my own recognizance.  I don't know why.
4 Q   All right.  Did you ever post the $5,000?
5 A   No, I did not.
6 Q   All right.  And then you went -- do you remember going
7       in front of Judge Finn, who is a lady judge?
8 A   No.
9 Q   All right.  How about Judge Rhodes, who is another lady
10     judge?
11 A   I don't know.
12 Q   How about Judge Wanamaker, who is another -- well,
13     he's -- he's a male judge?
14 A   No.
15 Q   Okay.  You don't remember these things happening the
16     first week in February?
17 A   No, I don't.
18 Q   Okay.  Now did -- who did you talk to, Officer Percel
19     (ph) or some -- Perell (ph), or something like that, on
20     the 6th, is that correct?
21 A   Excuse me?
22 Q   On the 6th of February, okay, we're -- focus on the 6th
23     of February with me.
24 A   Okay.
25 Q   All right.  You stated you went to the police

Page 323

1 Q   All right.  Did you talk -- after you talked to the
2       three lady cops, then you were let go and you.....
3 A   I was taken to jail.
4 Q   You were taken to jail?
5 A   Yeah.
6 Q   Okay.  Now, they took you to jail, which jail?
7 A   Cook Inlet.
8 Q   Cook Inlet?  All right.  And that's down on Third
9       Avenue, right?  Yes?
10 A   Yeah.
11 Q   Okay.  Because.....
12 A   Yes.
13 Q   .....it's being recorded.
14 A   Sorry.
15 Q   So that's right?  So how long were you in Cook Inlet?
16 A   I was 24 hours.
17 Q   Ah, okay.  So we weren't released, we were put in --
18     they effectuated the arrest warrant and an you went to
19     jail?
20 A   Oh, okay.
21 Q   So the next day.....
22 A   I was let out on my own recognizance.
23 Q   Well, you went to court, didn't you?
24 A   I went to -- is it court, or is it a hearing, a bail
25     hearing?

Page 325

3AN-01-1717 CR

**Page 326**

1 Q  A bail hearing?

2 A  Right.

3 Q  All right.  Did they -- did you come -- leave Cook

4    Inlet, or did you stay in Cook Inlet?

5 A  I left Cook Inlet.

6 Q  Okay.  Where did you go?

7 A  To this courthouse.

8 Q  To this courthouse?  All right.

9 A  Yeah.

10 A  And you went to an arraignment, did you not?

11 A  Arraignment, yeah.

12 Q  Okay.  And what happened at the arraignment?

13 A  I got let out on my recognizance.

14 Q  Then what happened was is they set the bail, and they

15    set it for a bail review?

16 A  No, they let me out on my recognizance, I believe.

17 Q  All right.  Do you remember what the judge looked like?

18 A  White.

19 Q  Male or female white?

20 A  I can't remember.

21 Q  All right.

22 A  I don't got a good memory.

23 Q  You don't have a good memory?  Okay.  That's fine if

24    you don't have a good memory.  All right.  So you get

25    out on your own recognizance.  Now who asked -- did you

**Page 327**

1    say, let me out on my own recognizance?

2 A  Yeah.

3 Q  And the judge said, right on, you're out of here?

4 A  No, she said, you're -- I don't know -- I got taken

5    back to Cook Inlet, and then I was released.

6 Q  Did anybody ask that you be released on your own

7    recognizance?

8 A  I think my girlfriend did.

9 Q  How about the district attorney?

10 A  I don't -- yeah, I guess, if they did.

11 Q  You were there.

12 A  I can't really remember.  I forgot.

13 Q  Okay.  So your girl -- you think your girlfriend asked

14    that you be allowed to be released on your

15    recognizance, and whoever the white judge was released

16    you out of Nome arrest warrant, $5,000, and cut you

17    loose?

18 A  Right.

19 Q  All right.  What happened then?  Now this is the 7th,

20    all right?  Okay.  The 6th, you got arrested.  The 7th,

21    you went to jail -- excuse me, the 6th, you went to

22    jail.  The 7th, you went to a courtroom, remember?

23 A  Yeah.

24 Q  Okay.  What happened after you were released on your

25    own recognizance?

**Page 328**

1 A  I left the -- I mean, I went back to Cook Inlet, and

2    then I got out.

3 Q  Okay.  And then what happened?

4 A  I don't know.

5 Q  All right.  Where did you go when you got out?

6 A  I can't remember.

7 Q  All right.  What time of day was it when you got out?

8 A  Probably about 6:00.

9 Q  All right.  WA sit light or dark outside?

10 A  It was light, lightish-dark.

11 Q  Okay.

12 A  It was getting dark.

13 Q  All right.  Now this is February 7th, right?  Okay.

14    You got out, you don't really remember what you did, is

15    that correct?

16 A  Correct.

17 Q  When is the first time you remember what you did?

18 A  I don't know.  What are -- what are you trying -- I --

19    I don't get what you're trying to say.

20 Q  Okay.

21 A  When's the first time I -- I remember a lot.  I just

22    don't remember a whole bunch.

23 Q  Okay.  Do you remember -- all right.

24 A  You -- you know.  I remember when you start telling me

25    stuff, I can remember.

**Page 329**

1 Q  You don't remember what you did when you got out of

2    jail on the 7th?

3 A  I went and talked to the police department on trying to

4    set up drug buys.

5 Q  Who did you talk to -- when did you do that?

6 A  I can't remember.

7 Q  Was it that day?

8 A  I don't think so.

9 Q  Okay.  Do you know what you did from the time you got

10    out of jail, which would have been Cook Inlet, correct?

11 A  Yes.

12 Q  All right.  On the 7th, but pretty much decided that's

13    when you got of jail, is that what your memory is?

14 A  Yeah, the next day.  I don't remember -- I didn't know

15    I went to jail on the 6th.  I didn't know that.

16 Q  You don't remember going to jail?

17 A  I remember going to jail.  I just didn't -- no, I don't

18    know the dates.

19 Q  Okay.  So -- but you're -- are you comfortable with the

20    idea that you got out of jail the same day that you

21    went to court?

22 A  Yes.

23 Q  When did you have contact with the police, that day?

24 A  I can't remember.

25 Q  Who did -- where did you have contact with the police

AN-01-1717 CR

State v. Robert Davis
November 15, 2001

1  at?
2 A  At the police station.
3 Q  When police station?
4 A  Tudor. Tudor.
5 Q  Tudor? Okay. Who did you talk to?
6 A  Officer -- that guy right there.
7 Q  That guy right there?
8 A  Yeah.
9 Q  Okay. Do you know what his name is?
10 A  Officer Johnstone.
11 Q  Okay. And was it -- and when you went to the police
12  station, was it day light or night, or when was it?
13 A  Probably in the -- it was -- it was always usually done
14  at night.
15 Q  So it wasn't the 7th, you don't think, which would have
16  made it the 8th, or the next day, would that be
17  correct?
18 A  All right. I don't know exactly when I -- when was the
19  first time that I -- I went there and talked to the
20  police. I can't really remember that offhand. I don't
21  know that. I don't know the date. I remember it was
22  always at night though. It was usually -- it was
23  always at night time.
24 Q  Okay. So we have no idea when you talked to -- you
25  think it was Officer Johnstone, the first person you

Page 330

1  talked to when you got out of jail who was a policeman?
2 A  Right.
3 Q  Detective, cop, police, whatever you want to refer to
4  him as?
5 A  Right.
6 Q  Okay. What did you talk about?
7 A  I just -- I -- we just talked about -- I think he -- he
8  just -- they just wanted to know who I could buy dope
9  from.
10 Q  All right. Why did you go to talk to Officer Johnstone
11  on some unknown day? Why did you go to him?
12 A  Because that's what I was told to do.
13 Q  Who told you to do that?
14 A  The lady. She's the one who gave me the numbers, and
15  then like I was supposed to call. And I called, and
16  then they were like, well, you know, I'm not going to
17  -- she said that she's not the one I'm going to -- that
18  I was going to meeting with. I was going to be meeting
19  with, and then she told me the number. And then when I
20  went to the police station, I told them who I was there
21  to see. And they came out. And they -- they briefed
22  me. They told me who they were. And I was like, okay,
23  and I followed them back to the room. And they -- they
24  were telling me, you know, asking me question about how
25  I knew that sold dope.

Page 331

1 Q  Who was she?
2 A  That -- the lady with the blonde hair.
3 Q  All right. When did she say this?
4 A  I can't remember that.
5 Q  All right. You said that you were given some phone
6  numbers.....
7 A  I was given the phone number to the -- to the police
8  station.
9 Q  Okay. And what -- now you were -- you were in jail,
10  right, for a period of time, for the 6th and 7th, did
11  you try and call those numbers from jail?
12 A  No, I did not.
13 Q  All right. Did you ask to use a phone?
14 A  No, I did not.
15 Q  Why not?
16 A  Because I had nobody to call.
17 Q  You had the cops. Didn't you call the numbers that
18  this blonde cop had told you to call to make contact,
19  or arrange the situation?
20 A  No. It was all ready going to be done as soon as --
21  when I got out.
22 Q  Well, how did you know you were going to get out?
23 A  Because that's what I was told. They told me they were
24  working a deal with me. That if I -- if I did what
25  they wanted me to do that, you know, and then if it all

Page 332

1  came through and it worked out good, that this was --
2  I'd be let out.
3 Q  In other words, the success of this mission is
4  dependant -- you're dependant on the success of this
5  mission to walk?
6 A  To walk? To be free?
7 Q  To be free?
8 A  Yes. To get my charges dropped, yes.
9 Q  All right. So a lot hangs on this with you, doesn't
10  it?
11 A  No, it was a success.
12 Q  It was a success? You're here today, it's not a
13  success.
14 A  It was a success.
15 Q  Oh, in your mind, it was a success?
16 A  Yeah.
17 Q  Okay. So did the charges get dropped?
18 A  I don't know.
19 Q  In other words, you've got a burglary charge hanging
20  over your head, this was a success, you don't know
21  whether it was dropped or not?
22 A  Well.....
23 Q  You don't care, huh?
24 A  Well, they'll tell me.
25 Q  Oh, they'll tell you? When.....

Page 333

1 A  I care.
2 Q  Okay. Now, you didn't -- how did you know that if
3    Bennett was your handler in Nome, how did you know that
4    Anchorage Police Department could control what Bennett
5    did in Nome, or what the court system did in Nome, if
6    you just said they had made representations they were
7    going to take care of this?
8 A  How did I know?
9 Q  Yes.
10 A  Well, I just thought, you know, if they were going to
11    drop my charges for me giving away some kids that, you
12    know, that if I gave away a drug dealer that, you know,
13    that it -- it would be the same -- the same
14    circumstances if I gave away them.
15 Q  Okay. So all these people in Nome are kids?
16 A  Yeah.
17 Q  Juveniles, kids?
18 A  Yeah.
19 Q  Okay. These crack dealers that you.....
20 A  They're not crack dealers. They -- they never sold
21    dope. The all smoke weed, man.
22 Q  Okay.
23 A  There's no dope in Nome.
24 Q  Okay. How do you know that?
25 A  Because that's why they want drug busts. There's

Page 334

1    Ecstasy, that's it.
2 Q  How do you know there's Ecstasy?
3 A  Because it's a small town. And if anything that
4    happens, like if you do two things, the next day,
5    they'll -- everybody knows. Even if -- they just
6    know, man. It's small. If somebody steals a soda pop,
7    you know, they -- they know who stole the soda pop.
8 Q  So did you do Ecstasy in Nome?
9 A  I never done no Ecstacy. I've never done Ecstacy in my
10    life.
11 Q  How do you know that they -- there's Ecstacy in Nome?
12 A  Because it's a small town, man, and you know what's
13    going around. And the cop told me that there's Ecstasy
14    in town and I just know.
15 Q  You just know? Okay. And if you knew there was no
16    coke in Nome, don't you think the cop would know
17    there's no coke in Nome?
18 A  Well, I mean, there's coke, but just not through who I
19    knew. I mean, you know, I wasn't looking for it. I
20    didn't know who had it. I -- I didn't know, you know.
21    That's why I came back here.
22 Q  I'm sorry, please?
23 A  I said that's why I came back here.
24 Q  You came back here because your girlfriend was going to
25    get a job back here, didn't it?

Page 335

1 A  No, she had a job in Nome.
2 Q  Okay. So you came back here to work for the Anchorage
3    Police Department?
4 A  Yeah. If that's the only way my charges -- I didn't
5    know nobody there who did dope.
6 Q  Okay.
7 A  I didn't know. So I came back here to where I knew
8    people who did dope.
9 Q  All right.
10 A  Who sold dope.
11 Q  And so your mission -- leaving Nome on the 27th was to
12    work for the Anchorage Police Department?
13 A  No, it was trying to get away from everything.
14 Q  Ah, okay. All right. So now, we're down to the -- you
15    indicated that Officer Johnstone was the person you
16    contacted, or made -- when you went to the police
17    station?
18 A  I believe so.
19 Q  Okay.
20 A  Either him or LaPorte.
21 Q  You said they were out there?
22 A  Yeah. There was -- there was a couple cops, man.
23    There was cops all over the building.
24 Q  All right. Anchorage Police Department, okay. I'm
25    more interested in who made contact with you, not the

Page 336

1    rest of the police department.
2 A  The only people I -- I usually talked to either was
3    Officer Johnstone. There was Office LaPorte. And
4    there was an older cop, but I can't remember his name.
5 Q  All right. The first time, you said they. You
6    identified Johnstone.
7 A  And Officer LaPorte. That's the only two people.
8 Q  Was he there the first time?
9 A  I believe so.
10 Q  All right. Now, did you talk to Officer Johnstone or
11    LaPorte, or both of them, about your situation in Nome
12    and how you could alleviate the problem, do away with
13    the problem, make it go away?
14 A  It was all ready made clear to me what was going on.
15    It was made clear to me the day that I turned myself
16    in. When I went to the police station and talked to
17    people, they -- they told me, you know, that I got the
18    same deal going on. And I asked them if I could have
19    the same deal that I had in Nome here. And they said
20    that we would have to talk to the DA.
21 Q  Okay.
22 A  And then I guess after they talked to the DA, and
23    that's -- that must have been why the DA, you know,
24    let me out or something.
25 Q  So the people that you talked to initially, you've not

Page 337

had anymore contact with?

: A  I talk to Officer LaPorte every now and then.

: Q  No. No. I guess I'm not making my -- initially, you
    talked to three women cops, according to.....

: A  Right.

: Q  Girl cops?

' A  Yeah.

: Q  I think is what you -- all right. That was the end of
    them? You've not had contact with them again?

) A  Right.

. Q  Right?

: A  Well, no, I have had contact with them. I've seen
    them. I've had contact with them. I haven't talked to
    them about nothing though.

: Q  All right. That's what I meant by contact. Not seeing
    them and saying how are you doing, but dealing with
    them on a one-to-one or group basis?

: A  Right.

) Q  The answer is no?

) A  No.

. Q  All right. Now you indicated that on the 8th, you went
    to Grand Larry, correct?

: A  Yes.

: Q  All right. Now does -- so is -- is the 8th the day you
    had contact with Officer Johnstone?

Page 338

1 Q  What happened to the black Reliant?
2 A  Somebody burnt it.
3 Q  Okay. When did that happen?
4 A  Probably about a month and a half before this trial.
5    Not even -- probably a month before this trial.
6 Q  Why did they burn it?
7 A  I don't know. Well, first, the windows were broke out
8    of it. I've got five cars, man. I had five cars.
9 Q  Okay.
10 A  I don't see why that Reliant would get targeted. I had
11    five cars. And it was broke down when it got -- the
12    transmission was out of it. And I sold the -- the --
13    the -- there was a couple parts off the car that I
14    sold. But, you know, the car is no more. All my
15    stuff, my baby's stuff, it all got burnt up. It almost
16    burnt my house down. I got kicked out of my apartment,
17    so.....
18 Q  This happened a month and a half ago?
19 A  Yeah.
20 Q  Which apartment is this?
21 A  It was Mumford.
22 Q  Mumford? Is that number 8?
23 A  Yeah.
24 Q  Okay. You got kicked out because of what?
25 A  Because it was too much stuff.

Page 340

1 A  Well, if -- if that's the day that I want to the Grand
2    Larry, then that's the day that I had contact with the
3    police.
4 Q  You don't know when you went to Grand.....
5 A  No, I do not.
6 Q  Okay. All right. Now, you did not have any type of
7    wire or anything else on you that -- that day, right?
8 A  The first time, no, I didn't.
9 Q  Okay. So you went there and there were people there,
10    correct, at Grand Larry?
11 A  I can't remember.
12 Q  Okay. Not a problem. All right. You went out --
13    after you got to Grand Larry, did you go back outside
14    and then come back in?
15 A  At Grand Larry?
16 Q  Yeah.
17 A  No, I don't think so.
18 Q  Okay. Now, after you left Grand Larry, you went where?
19 A  I probably went back to the police station.
20 Q  Okay. How -- how did you get to Grand Larry?
21 A  I drove.
22 Q  What did you drive?
23 A  My car.
24 Q  What car?
25 A  A black Reliant.

Page 339

1 Q  Too much racket or too much treasures?
2 A  Too much what?
3 Q  Racket or too much treasures?
4 A  No, I just -- I don't know, man. It was just too much.
5 Q  Too much?
6 A  It was too much for me, you know, I left. I'm living
7    in a secured building now.
8 Q  Okay. So you didn't get -- did you get kicked out or
9    not kicked out?
10 A  I left. I didn't kicked out.
11 Q  Oh, okay. So when you said you got kicked out before,
12    that wasn't correct?
13 A  Well, you know.....
14 Q  Yeah.....
15 A  I just didn't want to be there.
16 Q  Oh, okay.
17 A  And the guy was getting upset at me because, you know,
18    half of his.....
19 Q  Too much.....
20 A  .....half of his building was burnt because of my car.
21 Q  Uh-huh.
22 A  And he's wondering why is somebody going to burn your
23    car? And I'm wondering the same thing.
24 Q  It sounds like you talked about it. Is that the guy,
25    is that where he lived with that -- that -- when you

Page 341

Multi-Page™

State v. Robert Davis
November 15, 2001

| | |
|---|---|
| 1 | talked about on direct examination, that someone had |
| 2 | stolen all those drugs? |
| 3 A | There was -- there was two vials of pills that were |
| 4 | stolen, and it wasn't me. |
| 5 Q | How did you know there was two vials of pills? |
| 6 A | Because that's what the police told me. |
| 7 Q | Ah, but that was the apartment of the landlord, whoever |
| 8 | was the management of it, was that their apartment that |
| 9 | the vials of pills were stolen from? |
| 10 A | No, I don't believe so. |
| 11 Q | Okay. It wasn't Wilma Leonard is not the apartment |
| 12 | manager? |
| 13 A | No, she's not. |
| 14 Q | Okay. Is someone who lives with her the apartment |
| 15 | manager? |
| 16 A | No, they're not. |
| 17 Q | Oh, okay. So the manager, or the owner, or whoever it |
| 18 | is is hassling you, and there's just too much, and so |
| 19 | you leave? |
| 20 A | Right. And my dog got stolen and my house was -- there |
| 21 | was some people coming in my house. When I wasn't |
| 22 | there, they stole my dog. |
| 23 Q | What kind of dog was this? |
| 24 A | A pit bull. |
| 25 Q | Okay. And when was this? |

Page 342

| | |
|---|---|
| 1 A | Right. And my girlfriend. She's old enough. She has a |
| 2 | license and insurance. |
| 3 Q | Okay. But..... |
| 4 A | Right. |
| 5 Q | .....the times that we talked about earlier, the DA |
| 6 | talked about earlier, we didn't have the girlfriend |
| 7 | with us, did we? |
| 8 A | No. |
| 9 Q | Okay. Now, you earlier told us you owned five cars, if |
| 10 | my recollection..... |
| 11 A | Right. |
| 12 Q | Now you're telling us you don't own the cars..... |
| 13 A | Well, they weren't -- I have the titles to every single |
| 14 | one of them, but they weren't in my name. They were in |
| 15 | my girlfriend's name. I worked every car off. |
| 16 Q | What do you mean you worked every car off? |
| 17 A | I worked it off. |
| 18 Q | I don't understand what you mean. |
| 19 A | I just -- I work, and I work for a towing service. |
| 20 Q | You work for a towing service? What did you do for a |
| 21 | towing service? |
| 22 A | I work, work around the lot, clean up, fix brakes, you |
| 23 | know, do all that stuff. |
| 24 Q | What was the name of the towing service? |
| 25 A | Redwine's Towing. |

Page 344

| | |
|---|---|
| 1 A | It was like probably four days before my car got burnt |
| 2 | up. |
| 3 Q | So about a month and a half ago? |
| 4 A | Yeah. |
| 5 Q | And a month and a half ago would have put us kind of |
| 6 | September-ish, huh? September-ish? |
| 7 A | September, October, November. |
| 8 Q | Today is the 15th of November. |
| 9 A | Right. Well, it was like at the -- maybe -- probably |
| 10 | September 30th. |
| 11 Q | Okay. All right. And you had five cars, and what five |
| 12 | cars do you have? |
| 13 A | I had a bunch. |
| 14 Q | Okay. Well, you had a bunch, but I assume that |
| 15 | five..... |
| 16 A | None of them were mine. I didn't own none of them, but |
| 17 | I had keys to all of them. And I -- I didn't drive the |
| 18 | tran- -- the Reliant at all. That's why I don't |
| 19 | understand why it got burnt up. |
| 20 Q | Okay. Do you have a driver's license? |
| 21 A | No. |
| 22 Q | So you were driving four of them..... |
| 23 A | I have a permit. I have a permit. |
| 24 Q | The permit requires you to drive with somebody else |
| 25 | that..... |

Page 343

| | |
|---|---|
| 1 Q | Redwine's Towing? Is that part of the Redwine problems |
| 2 | that we've heard about? |
| 3 A | Yeah. |
| 4 Q | Okay. |
| 5 A | I don't work for them no more. |
| 6 Q | Uh-huh. (Affirmative) |
| 7 A | Their son was -- he was using my name and all this -- |
| 8 | all kinds of stuff. So I terminated them from me. |
| 9 Q | Are you related to the Redwine's? |
| 10 A | No, I'm not. |
| 11 Q | Okay. Okay. We're going to get back to the 8th, but |
| 12 | I'm kind of confused. We've got four cars that you've |
| 13 | got the titles to, but you don't own them because your |
| 14 | girlfriend owns them? |
| 15 A | Right. |
| 16 Q | And we have the Plymouth Reliant that you own or not |
| 17 | owned? |
| 18 A | That we owned. |
| 19 Q | You? We? |
| 20 A | We. |
| 21 Q | Title in your name? |
| 22 A | It was in our name. |
| 23 Q | Our name? In other words, Amy Bohman (ph) and Jeffrey |
| 24 | [sic] -- and/or Jeremy Fish? |
| 25 A | Yes. |

Page 345

Exhibit K – 92

**Page 346**

1 Q  Okay. What kind of cars were the other four that you
2    had the titles to that you did now own?
3 A  There was LeMans, a Toyota.
4 Q  Okay. Let's go to the LeMans, what kind -- what year
5    LeMans?
5 A  '89.
7 Q  '89? Okay. Color?
8 A  Black.
9 Q  All right. Where was that located?
10 A In my -- at the -- that's another reason they were
1    upset. I had so many cars at Mumford. They were all
2    at my apartment.
3 Q  Okay.
4 A  They were -- all my cars were in the same place.
5 Q  Were they running? Other than the -- other than the
6    Reliant?
7 A  Right. The Reliant was the only car that didn't run.
8 Q  Okay. Were they licensed?
9 A  Yes, they were.
0 Q  Okay. We've got the LeMans '89, black. Next please?
1 A  Toyota.
2 Q  Toyota? What kind was that?
3 A  '90, like a '90.
4 Q  '90? What kind of Toyota?
5 A  Just Toyota 4-Runner.

**Page 347**

1 Q  Is that a pickup or a.....
2 A  Yeah, it's a pickup.
3 Q  Okay. Is that the one with the big tires?
4 A  No.
5 Q  Another one?
6 A  Yeah.
7 Q  Okay. What color is the Toyota 4-Runner with the.....
8 A  Black.
9 Q  Black? Okay. And is that -- that's just kind of like
0    a little pick, a mini.....
1 A  Yeah, it's just a little.....
2 Q  Okay.
3 A  .....it's a little.....
4 Q  Is that a four-wheel drive?
5 A  No.
6 Q  Okay.
7 A  I don't believe so. I mean it -- manually, it was a
8    four-wheel drive. I had to get out and lock the tires
9    up.
20 Q All right. Next? Next?
21 A My Beretta.
22 Q I'm sorry, please?
23 A Beretta.
24 Q Beretta?
25 A 1989.

**Page 348**

1 Q  '89? Okay. And what is that, a Beretta is, that like
2    a Chevy or something?
3 A  Yeah.
4 Q  Okay. Is that a passenger car?
5 A  Yeah, it's a five -- five passenger.
6 Q  Okay. And what color is that?
7 A  White.
8 Q  White? Okay. Okay. That's three. How about number
9    four?
10 A Number four would be my Subaru.
11 Q Subaru? Okay. And what's that?
12 A That's -- it's a Subaru Outback -- or not an Outback.
13   It was a Subaru -- I don't know, it was an old one,
14   man, a 1984.
15 Q '84?
16 A It's old. Rust bucket.
17 Q Rust bucket. All right. What color was the rust
18   bucket?
19 A Rust.
20 Q Rust? Okay. So we're going to assume that that's kind
21   of a gold-ish color?
22 A Yeah.
23 Q All right. Is that its real color, or are we talking
24   just that it was totally rust?
25 A It was -- it was -- it was gold, but it had -- it was a

**Page 349**

1    rusty color, but it also had, it was rust all over the
2    car.
3 Q  All right. Yeah. Okay. What kind of Subaru was it?
4 A  I don't know. I got it for cheep. I think I got that
5    car from Dave Dooley (ph).
6 Q  Okay. Was it a passenger car or a pickup?
7 A  Yeah.
8 Q  Okay. What about the pickup with the big tires?
9 A  That wasn't mine. That was Tim Trudeau's (ph).
10 Q Oh, okay.
11 A And I was just watching that car.
12 Q Was that parked there too?
13 A Yeah. It was -- it was parked there, but then it got
14   stolen.
15 Q Ah, okay. When did it get stolen?
16 A I can't remember.
17 Q Okay. What happened to the LeMans?
18 A It broke. The clutch went out.
19 Q Okay. What happened to it?
20 A It got towed.
21 Q All right. So it's.....
22 A It's no longer around.
23 Q Okay. What happened to the Toyota?
24 A To the Toyota truck? I sold it for $800.
25 Q When did you do that?

State v. Robert Davis
November 15, 2001

3AN-01-1717 CR

---

1  A  Probably back in October.
2  Q  Okay. And who did you sell it to?
3  A  I think it was Raymond Cortez (ph).
4  Q  And the Beretta?
5  A  I still got it.
6  Q  Okay. And the Subaru?
7  A  They took it back.
8  Q  The rust bucket?
9  A  Yeah. It was -- it had a brand new engine in it. It
10    was just the outside was ugly.
11  Q  Okay. And you said they took it back?
12  A  Yeah.
13  Q  Who is they?
14  A  Dave Dooley (ph) and his wife.
15  Q  Is that -- did you just tell me you sold the car to
16    Dave Dooley (ph)?
17  A  No, he took it back from me.
18  Q  Okay. For what reason would he take it back?
19  A  Because of Rico.
20  Q  Meaning what?
21  A  Meaning he knows -- he knows Dave, and he -- Rico told
22    Dave that I got him busted. So then Dave thought I was
23    a snitch and he didn't want nothing to do with me, so
24    he took my car. He came with the police and we had
25    like a -- we had an agreement, like a -- a verbal

Page 350

---

1    agreement saying I would pay him money. And then it
2    was like, I owed him like $200 and he took my car back,
3    and I never got no money back from the guy.
4  Q  So Dave Dooley (ph) and you had a deal that you were
5    going to buy -- you were buying the car on time, right?
6  A  Right.
7  Q  And you didn't pay, so Dave came and took the car back,
8    right?
9  A  No. I paid. I paid him the night before.
10  Q  You paid.....
11  A  He came the next morning after I paid him and took my
12    car and he told me I was a snitch and he didn't want
13    nothing to do with me.
14  Q  And he used the cops to do that?
15  A  Yes, he did.
16  Q  All right. Now, did you own these different cars in
17    February.....
18  A  No, I did not.
19  Q  Okay. So the only we're talking about is.....
20  A  Is that Plymouth.
21  Q  Plymouth Reliant? Okay. Now, sometime you went -- you
22    don't remember when it was, but you went up to 202
23    Grand Larney [sic], right?
24  A  When?
25  Q  You don't remember when it was, but at sometime, you

Page 351

---

1    went up to Grand Larney [sic]?
2  A  Grand Larry?
3  Q  Larry. I'm sorry. Larry, yes, of course.
4  A  When I went there for a drug buy?
5  Q  Right. The first one.
6  A  Yeah.
7  Q  Okay. We don't know who was there, we don't know when
8    it was, but we went there? Okay. I'm just setting the
9    stage.....
10  A  The first drug buy was just me and him, when I went
11    there.
12  Q  The only two people that were there were you and him?
13  A  Yeah.
14  Q  Okay. All right. And did you -- okay. And then you
15    -- when you went in, you stayed in until you came back
16    out, and then you got in the Plymouth Reliant and you
17    drove someplace, wherever that was, and you turned over
18    whatever you bought, right? What did you get?
19  A  I got coke.
20  Q  Coke? All right. How much coke did you get?
21  A  $150 worth.
22  Q  How much coke is that?
23  A  $150 worth.
24  Q  All right. You're going to have to put it in terms of
25    quantity for me, not dollar sign. You've talked

Page 352

---

1    about.....
2  A  I don't -- I don't know how much it weighed. I mean,
3    it -- I -- I can look at dope and see if it's, you
4    know, if that's the right size. And it was the right
5    size, and I took it, and I gave it to them.
6  Q  That was the right size for $150?
7  A  Yeah.
8  Q  I'm sorry?
9  A  Yeah.
10  Q  Oh, okay. Do you remember on -- in the direct
11    examination that you said, that you called them back
12    and said it was light and they were going to make it
13    up?
14  A  Yeah.
15  Q  Okay. So it wasn't the right size then, was it? Or
16    it's the right size and it wasn't.....
17  A  Well.....
18  Q  One of them is correct?
19  A  Well, it was -- for me, I thought it was good. But for
20    the officers that I gave it to, they didn't like it.
21  Q  Okay.
22  A  So I had to call him back and tell him it was light,
23    that way it wouldn't happen again. Or I was going to
24    go to jail.
25  Q  They told you you were going to go to jail?

Page 353

---

Page 354

1 A  Or it was -- if they ain't happy with it, then they
2  ain't happy, then, you know, then they ain't happy.
3 Q  Oh, okay.
4 A  So that's how it goes.
5 Q  Do they cry when they're not happy?
6 A  No.
7 Q  All right.
8 A  They don't cry.
9 Q  Okay. So, you ended up with $150, and you got some
10  amount of -- was it cocaine or crack or.....
11 A  It was cocaine.
12 Q  Cocaine? Okay. Now for my edification, that's the
13  powder, right?
14 A  Right.
15 Q  All right. You have no idea how much there was?
16 A  No.
17 Q  Do you have experience utilizing, consuming cocaine?
18 A  Utilizing? I don't know what that means.
19 Q  Snorting it, shooting it.....
20 A  No.
21 Q  .....eating it?
22 A  No.
23 Q  No?
24 A  No.
25 Q  Didn't you just tell us the last time you used cocaine

Page 355

1  was about eight months ago?
2 A  I don't use cocaine, dude. I smoke crack.
3 Q  I thought you do.....
4 A  I've smoked crack before. I've never done coke. I
5  mean, I -- you know, I've never done it. I've smoked
6  dope. I don't put stuff up my noes.
7 Q  Oh, okay. So you're telling us that you didn't know
8  what you were buying when you got the cocaine, because
9  you had never had experience with it before?
10 A  I knew what I was buying. I thought it was good.
11 Q  How did you know it was good?
12 A  Because it's always good from Rico.
13 Q  It's always good from Rico? But you don't do coke, how
14  do you know the coke -- Rico is a good coke man?
15 A  Because he's -- he's been in business for a while.
16 Q  He's been in business for a while? Okay. And you're
17  -- you're an authority on him being in business for a
18  while?
19 A  Yeah.
20 Q  All right. Now.....
21  THE COURT: We need to stop.
22  MR. JAMES: All right. Thank you, Judge. I'm not
23 quite done.
24  THE COURT: All right. Let me talk with the lawyers
25 real quickly, folks, before I let you go for the day. Ms.

Page 356

1 Brady, it's going to be us (indiscernible).
2  MR. JAMES: No. Your (indiscernible).
3  (Bench conference as follows:)
4  THE COURT: Any reason why we can't have the jury come
5 in at 8:30 on Monday?
6  MR. JAMES: All right. I think I have a problem with
7 8:30. Oh, no, it's earlier than 8:00.
8  THE COURT: No?
9  MR. JAMES: Okay.
10  THE COURT: 8:30? I mean, do we have anything that we
11 need to take up? There's some -- if you think of something,
12 I have time on the calendar tomorrow, and I'll require you
13 to -- I'll expect you to do that, I'll get you on the
14 calendar. Otherwise, we'll start with the jury on Monday.
15 What can I tell them about time, Ms. Brady?
16  MS. BRADY: We're behind. We're behind by four
17 witnesses now.
18  THE COURT: Will you finish your case on Monday?
19  MS. BRADY: I'll try. It's difficult for me to
20 anticipate how much cross is going to be for some witnesses.
21 I've underestimated the cross up to this point, so I think
22 -- I think we can finish on Monday, I'm not sure.
23  THE COURT: All right. If we finish on Monday, Mr.
24 James?
25  MR. JAMES: I'm rocking and rolling. I really -- I'm

Page 357

1 going to try to put it on in one day, Judge, if I put on a
2 case. I don't know. I'm going to try to get it done in one
3 day, because I know Wednesday you would want it to go the
4 jury. And probably then.....
5  THE COURT: Well, I wanted it to go to the jury on
6 Monday, Mr. James, but.....
7  MR. JAMES: Well, okay.....
8  THE COURT: But for your misdemeanor case, it's -- at
9 this stage, I think you can count on it not going. It will
10 be reassigned to a district court judge and be tried as soon
11 as possible.
12  MR. JAMES: That's fine.
13  THE COURT: Because I -- we've already -- I'm not going
14 to be able to keep this jury past Wednesday. So -- and if
15 we don't finish the case by Wednesday, then, of course,
16 we'll have to keep the jury past Wednesday and we'll deal
17 with that. But I'm not going to take up a second at this
18 point, unless we finish sooner, it's not likely.
19  MR. JAMES: (Indiscernible), I'm going to use my best
20 efforts to get it done.
21  THE COURT: Okay.
22  MR. JAMES: I mean (indiscernible).
23  (End of bench conference)
24  THE COURT: All right, folks. I'm going to send you
25 home. A long weekend for you. I have a stack of other

**3AN-01-1717 CR**

1  cases on the calendar tomorrow, and I think I told you were
2  going -- I hope I told you were going Tuesday, Wednesday,
3  Thursday of this week, Monday, Tuesday, Wednesday of next
4  week. We'll start up at 8:30 on Monday. And we should be
5  ready to start with you at 8:30 rather than 9:00. I can --
6  I hesitate to tell you when the case will be submitted to
7  you today. We'll have a better idea of that in the middle
8  of the day on Monday. And I'll tell you at the end of the
9  day on Monday when you're likely to go into deliberations.
10 And I can't think of anything else I can tell you with
11 assurance in terms of the schedule right now.
12      I do want to remind you, because it's going to be a few
13 days before you're back, not to talk with anybody, for all
14 the same reasons that we talked about before. Not to do any
15 investigations. Don't -- now that you know some of the
16 locations where some of the events are alleged to have
17 occurred in this case, don't drive by them to do your own
18 visual observation. If you have to drive on Muldoon, or in
19 that area, that's fine. You don't have to take a detour.
20 But -- but remember that we want you to make your decisions
21 based on what you see and hear in the courtroom. So don't
22 take -- don't make an extra stop at any of the place that
23 might have been mentioned in this case, please.
24      Can I answer any procedural or scheduling kind of
25 questions for you? Have a nice weekend. We'll see you
                                         Page 358

1  Monday morning.
2      (Off record)
3  1:25:56
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
                                         Page 359

**Page 360**

10    TRIAL BY JURY, CONTINUED (EXCERPT)

11    BEFORE THE HONORABLE DAN A. HENSLEY
          Superior Court Judge

12      Anchorage, Alaska
13      November 19, 2001
        8:47 o'clock a.m.

14

15 APPEARANCES:

16 FOR THE PLAINTIFF:   KERIANN BRADY
                  Assistant District Attorney
17                310 K Street
                  Anchorage, Alaska

18 FOR THE DEFENDANT:   DENNIS PATRICK JAMES
                  Attorney at Law
19                1500 West 33rd Avenue
                  Anchorage, Alaska

**Page 361**

1      P R O C E E D I N G S

2 3AN-42-1663

3 8:47:13

4    THE COURT: Have a seat everybody. Are we on record?

5    THE CLERK: Yes.

6    THE COURT: We're back on record, and we have parties

7 and counsel, all of our jurors. Good morning, everybody.

8    THE JURY: Good morning.

9    THE COURT: When we stopped on Thursday, Mr. Fish was

10 in the witness stand, Mr. James was questioning him.

11 Mr. Fish, you're still under oath. And Mr. James, you can

12 continue your questioning.

13    MR. JAMES: Thank you.

14      JEREMY FISH

15 previously sworn, called as a witness on behalf of the

16 plaintiff, testified as follows on:

17      CROSS EXAMINATION CONTINUED

18 BY MR. JAMES:

19 Q   On Thursday, you indicated that Amy Bohman (ph) was

20    your girlfriend, and you mentioned a Major Bohman (ph),

21    who's Major Bohman (ph)?

22 A   Her dad. Her dad.

23 Q   What's he do?

24 A   I believe he's a trooper.

25 Q   Okay. You talked about a Dave Dooley (ph). Where does

**Page 362**

1    Mr. -- do you remember Dave Dooley (ph)?

2 A   Yeah.

3 Q   Okay. Where does Mr. Dooley (ph) live?

4 A   Muldoon.

5 Q   Do you have an address on him?

6 A   Turpin.

7 Q   Do you have a better address than Muldoon and Turpin?

8 A   On Ninth, I believe.

9 Q   Do you have a street address?

10 A   No, I don't.

11 Q   Phone number?

12 A   He got his phone number changed.

13 Q   Do you know how to reach him?

14 A   No.

15 Q   How old is he?

16 A   Like 38, 36.

17 Q   What does he look like?

18 A   Skinny white guy.

19 Q   Skinny white guy?

20 A   Yeah. Kind of short.

21 Q   Okay. And how did you get to know him?

22 A   He -- through the Redwine's.

23 Q   Okay. And the car that he took back, how much did you

24    pay for that car?

25 A   $1,000.

**Page 363**

1 Q   Okay. And had you paid for it?

2 A   Huh? No.

3 Q   No?

4 A   No.

5 Q   Had you paid anything for it?

6 A   Yeah.

7 Q   How much had you paid?

8 A   $500.

9 Q   What was the agreement relating to the other $500?

10 A   I don't know. It -- it was payments. But he just took

11    it back. He just.....

12 Q   Were you current with your payments?

13 A   Yeah.

14 Q   What were the payments?

15 A   I -- my girl paid him like $300 and then we paid him

16    $150. And then I went and paid him $50. And then the

17    next morning, he took the car.

18 Q   Okay. So your girlfriend paid him $300, you paid $150,

19    then one day you paid him $50, and the next day he took

20    the car?

21 A   Yeah.

22 Q   Okay. Now, Athena Soder, do you know her?

23 A   Yeah.

24 Q   Okay. And she's the mother of your daughter?

25 A   I don't know for sure.

1  Q  Okay.  When's the last time you saw Athena?
2  A  It's been a long time.
3  Q  Okay.  Was it this year?
4  A  Yeah.
5  Q  All right.  About when this year?
6  A  Probably when I came back to Nome -- came back from
7     Nome, when I had my operation.
8  Q  What operation did you have?
9  A  I had my appendix removed.
10 Q  When was that?
11 A  I can't remember, really.
12 Q  Okay.  All right.  Was it before or after the operation
13    that you saw Athena?
14 A  It was when I came here, after the operation.  I was
15    here after -- I was here for four days on -- it was
16    like they were waiting to see if my surgery went good,
17    if it didn't like infect or anything.
18 Q  All right.  Okay.  Did you come down here from Nome
19    specifically for surgery and then return to Nome, or
20    had you come back.....
21 A  Right.  I came back here for surgery.  It was appendix.
22    They don't do surgery in Nome.
23 Q  Okay.  So that was sometimes after November -- or prior
24    to November 8th.....
25 A  Right.

Page 364

1  Q  .....6th?
2  A  Right.
3  Q  All right.  And you -- and you saw her while you were
4     down here for surgery?
5  A  Yeah.  She was -- came and picked me up at the airport.
6  Q  I'm sorry, please?
7  A  She came and picked me up at the airport.
8  Q  How did she know to pick you up at the airport?
9  A  She was with my sister.  She was with my sister.
10 Q  Okay.  Now after you came back on February 6, 7th, that
11    time frame of this year, did you see Athena again?
12 A  Yeah, I seen her.
13 Q  Where did you see her?
14 A  Around.
15 Q  Okay.  At some point in time, did you work for Subway
16    this summer, or this year?
17 A  Yes, I did.
18 Q  When was that?
19 A  It was summertime.
20 Q  Do you remember when it was?
21 A  Not -- not really.
22 Q  Which Subway did you work at?
23 A  Northern Lights.
24 Q  All right.  That's Northern Lights and Seward?
25 A  Yeah.

Page 365

1  Q  All right.  How long did you work there?
2  A  Like three months.
3  Q  Okay.  Do you remember Athena coming in to talk to you
4     there?
5  A  Yeah, she came there.
6  Q  All right.  And do you remember you having a
7     conversation with her?
8  A  Yeah.
9  Q  Okay.  Do you remember telling Athena that you would do
10    anything you could to get Rico in trouble?
11 A  No, I don't.
12 Q  Okay.  Did you ever say that to anybody?
13 A  No, I did not.
14 Q  Okay.  Now regarding -- have you ever supported
15    Athena's baby?
16 A  No, I have not.
17 Q  All right.  Do you know whether Mr. Davis has supplied
18    things like Pampers and food and baby things for the
19    baby?
20 A  I don't know.
21 Q  Okay.  No knowledge of all of that?
22 A  No.
23 Q  Okay.
24 A  I don't really -- I don't know, we haven't really -- I
25    haven't really talked to her that much to know if she,

Page 366

1     you know.  She came by my work in one of his cars, I
2     know that.  So, you know, he helps her out.
3  Q  The -- where -- you worked at this Subway this -- this
4     summer, where else have you worked since returning to
5     Anchorage?
6  A  A couple of places.
7  Q  Okay.  How long did you work at Subway?
8  A  Like three months.
9  Q  Three months?  Okay.  And that was in the summer?
10 A  Yeah.
11 Q  All right.  And where else did you work?
12 A  I worked for Gull Painting.
13 Q  Gold [sic] Painting?
14 A  Gull, G-u-l-l Painting.
15 Q  Painting as in?
16 A  As in painting.
17 Q  All right.  And how long did you work for them?
18 A  Probably -- I would -- it's -- it was -- it was a one-
19    man business.  He -- I was just his sprayer.  I worked
20    for him probably for a month and a half.  And then all
21    I did was spray.  And I didn't like, because I kept
22    getting paint in my eyes.  So I didn't do it no more.
23 Q  Was that before or after Subway?
24 A  That was after Subway.
25 Q  Okay.  And do you know when you started with Gull

Page 367

**Page 368**

1   Painting?
2 A  Probably like a month after -- well, it was after I --
3   I don't know, it -- it was before -- I can't really
4   remember. It was like a month after, probably.
5 Q  A month after what?
6 A  After Subway.
7 Q  Okay. So you had a month in there you weren't working?
8 A  Right.
9 Q  All right. When did you quit with Gull Painting?
10 A  Probably about a month and a half afterwards.
11 Q  Okay. And who else did you work for here in Anchorage?
12 A  The Fence Men.
13 Q  Fence Men?
14 A  Yeah.
15 Q  And how long did you work for the Fence Men?
16 A  Probably about two months.
17 Q  Was that before or after Subway?
18 A  That was after Subway.
19 Q  Okay. Okay. Since -- from February through May, did
20   you work?
21 A  Yeah.
22 Q  Who did you work for?
23 A  From February?
24 Q  February of 2001 through May 2001, did you work?
25 A  Through -- I -- I don't know when, probably the month

**Page 369**

1   you're talking about. I.....
2 Q  I'm talking about.....
3 A  When I first got back?
4 Q  Right.
5 A  No, I really wasn't working too -- I got a job right
6   after I -- Subway was the first job I had after I got
7   done.
8 Q  How did you support yourself between the time you
9   returned to Anchorage and the time.....
10 A  My girlfriend supported me.
11 Q  Okay. And where was she working at this time?
12 A  She was working at Sweet Loraine's for a long time.
13 Q  Sweet Loraine's?
14 A  Yeah.
15 Q  What's Sweet Loraine's?
16 A  It's a health care place.
17 Q  Is it like an assisted living?
18 A  Yeah. She takes care of the elderly.
19 Q  Now in May and June, you got a series of traffic
20   tickets, is that correct here?
21 A  Yeah.
22 Q  And the total amount of those tickets was $1,295, is
23   that correct?
24 A  Yeah.
25 Q  All right. You paid those off in about one month in

**Page 370**

1   July, is that correct?
2 A  I paid those off?
3 Q  Did you pay those off?
4 A  No, I did not.
5 Q  You never paid the $1,295 off?
6 A  No.
7 Q  Do you know if anybody else paid those off?
8 A  I -- I was told that they come out of your dividend.
9 Q  Did they take those out of your dividend this year?
10 A  Out of this year? I got -- yeah. I got -- I only got
11   a $1,200 dividend.
12 Q  Okay. Would you agree that you owed $1,295?
13 A  Right. Yeah.
14 Q  All right. And the dividends came when, in October,
15   right?
16 A  Yeah.
17 Q  Okay. And was yours direct deposit, or did you receive
18   it in the check form?
19 A  It was direct deposit.
20 Q  And then the dividends were about $1,800, right?
21 A  Yeah.
22 Q  All right. And you got $1,200, which means there was
23   $600 that was taken out?
24 A  Right.
25 Q  Do you know where that was for?

**Page 371**

1 A  The traffic tickets.
2 Q  So you have about $695 worth of traffic tickets?
3 A  No, they're -- they get taken out of my divided,
4   because it was too late in the year. They stopped
5   taking it out after June or something. I can't
6   remember what the dividend place said, but I called and
7   they said that anything that like isn't court mandatory
8   comes out of your divided, or something like that.
9 Q  Okay. Well, my question is, is the $600 that you did
10   not receive, was that toward those $1,295 worth of
11   traffic tickets?
12 A  Yeah, they -- that was -- that's why they -- it was a
13   $50 one, a $150 one, and a $50 one and -- like that.
14 Q  Was that -- are you finished?
15 A  Yeah.
16 Q  Okay. All right. Do you have a driver's license now?
17 A  No, I do not.
18 Q  How did you get here?
19 A  Huh?
20 Q  How did you get.....
21 A  Walked.
22 Q  You walked? Okay. From where? Where do you live?
23 A  Where do I live? I live on Reka. I had my girlfriend
24   drop me off. I walked over by -- from that -- the
25   Alaska Club.

1 Q  Which Alaska Club?
2 A  The one right over there.  Right over here on the end
3     of the corner right here, she dropped me off.
4 Q  The one on Fourth Avenue?
5 A  Right.
6 Q  Okay.  During the tapes we listened to, we've heard hit
7     me up, does that mean call me back?
8 A  Hit me up?
9 Q  Yeah.  Yeah.
10 A  Yeah.
11 Q  Yes, that means call me back?  That's just.....
12 A  Just hit me up later.  Yeah.
13 Q  Does that -- but I'm understanding, is that you
14     understanding, hit me up is return a phone call or have
15     to do with telephones?
16 A  Yeah.
17 Q  That's just a term that's used to call me back?  If I
18     said call me back and you say hit me up, we're talking
19     the same thing?  Right?
20 A  Yeah.
21 Q  Yes?  Okay.
22 A  Yes.
23 Q  All right.  Now how long had you known Mr. Davis?
24 A  About three years.
25 Q  Okay.  And you were familiar -- or were you familiar

Page 372

1     -- what is that, that box with.....
2 A  This?
3 Q  .....the circle on it?  Yes.
4 A  That's Rico's house.
5 Q  All right.  And you've indicated it's a duplex?
6 A  Yeah.
7 Q  All right.  And there's two entrances, I believe you
8     indicated there?
9 A  Yeah.
10 Q  Which entrance did you use?
11 A  This one.
12 Q  Okay.  And that's the one on the bottom?
13 A  Right.
14 Q  Okay.  Could you put an E right there so we know which
15     entrance it is?  Okay.  Now, is there off-street
16     parking there, or do you have to park on the street?
17 A  Yeah.  I used to park right there.
18 Q  Okay.  How many widths is that parking?  How many cars,
19     side by side.....
20 A  One.
21 Q  .....could you get in there?
22 A  One.
23 Q  One?
24 A  Yeah.
25 Q  Okay.  There's no extra parking on the side there?

Page 374

1     with 202 Grand Larry before 8, February?
2 A  Yes, I was.
3 Q  Okay.  You had been there before?
4 A  Yes, I had.
5 Q  Okay.  With the court's permission, behind you is a
6     blank piece of paper.  And I believe someplace up there
7     is a black marking pen, blue marking pen, some kind of
8     a marking pen.  Would you give us a diagram of Grand
9     Larry from Peck to -- is it Dubrell (ph)?
10 A  Yeah.  Okay.  Here is Muldoon Road.  Here's Ramada Inn.
11     There's -- there's a little liquor store, and then
12     there's a strip mall right there.  There's a street
13     that goes like that.  This is Muldoon Road right here.
14     And then you turn like this.  It's the first street.
15     It was like house, house, house, and there was like a
16     duplex, a carport, and the door, and then the door
17     right there.  That's his house.
18 Q  Okay.  Now, which way is north?  Do you got any idea
19     which way is north?
20 A  North is this way.
21 Q  Would you put an arrow and an N which way you believe
22     is north?  Up on top, perhaps.  Okay.  So north is up
23     on top?
24 A  Right.
25 Q  All right.  Now down on the right-hand corner, is that

Page 373

1 A  No.
2 Q  I'm sorry?
3 A  No.  There's not supposed to be.
4 Q  All right.
5 A  There's a driveway.
6 Q  Is there extra parking there, whether there's supposed
7     to be or not?
8 A  Yeah, you can park another car over here.
9 Q  You could park some more cars over there?
10 A  Yeah.
11 Q  All right.  How deep is that driveway?
12 A  What do you mean, deep?
13 Q  Well, how far does it go from the street -- is there
14     something behind 202 Grand Larry that would prevent you
15     from driving through into the next yard?
16 A  Yeah.  It's fenced.
17 Q  A fence there?
18 A  Yeah.
19 Q  Why don't you indicate where the fence is, would you,
20     please?  Okay.  All right.  Can you go up to the fence?
21     Can you drive up to the fence?
22 A  No.
23 Q  All right.
24 A  I don't think so.  I can't really remember.
25 Q  All right.  Now, on the 8th, it was about what time

Page 375

1  when you went over there?
2  THE COURT: Can you move up?  You don't have to go
3  right to the mike, but just a little closer.  You don't have
4  to lean into it though.
5 A  I can't remember what time it was.  It was -- it was --
6  it was at nighttime.
7 Q  Nighttime?
8 A  Yeah.
9 Q  Okay.  Now take a look behind you and tell me where --
10  are there streetlights on Grand Larry?
11 A  Yeah.
12 Q  Where are they.....
13 A  No.  I mean, yeah.  The streetlights go around this
14  right here.  There's like big ones I believe.
15 Q  Why don't you put an L where the streetlights are?
16 A  Well, they're down further after you turn.  There might
17  be one on the corner, somewhere.  But they're mostly
18  down the street.
19 Q  Okay.  I asked you to put an L where the streetlights
20  are.
21 A  All right.
22 Q  If you would, please?
23 A  I'm not really sure about that, you know.  I don't
24  really.....
25 Q  Okay.  How about on Grand Larry between Dubrell (ph)

Page 376

1 A  Uh-huh.  (Affirmative)
2 Q  Yeah.  That one there.  We don't know -- you don't know
3  what the name of it is?
4 A  No.
5  UNIDENTIFIED VOICE: Excuse me.
6 Q  Go to the bottom of your diagram.  Is there another
7  street that runs.....
8 A  Yeah.
9 Q  .....horizontal?
10 A  Down here, yeah, there's another one.
11 Q  Okay.  And where is that street in relationship to the
12  houses that you've drawn there?
13 A  It's like a whole bunch down.
14 Q  A whole bunch down?
15 A  Yeah.  Probably about five more houses, and then
16  there's another street.
17 Q  Okay.
18 A  His house is right in the middle.
19 Q  I'm sorry, please?
20 A  His house is kind of on the corner of this side.
21 Q  Okay.  You're going to have to speak up a little
22  bit.....
23 A  His house is kind of on the corner of this side.  His
24  house is on that corner of that side right there.
25 Q  His house is on the corner?

Page 378

1  and Peck?
2 A  No.
3 Q  I'm using the right intersections there.  Let me back
4  up.  Do you know the road you turn off of Muldoon?
5 A  No.
6 Q  No?
7 A  No.
8 Q  Okay.  Are you familiar with Peck Street?
9 A  No.
10 Q  All right.  All right.  Which way is the Glenn Highway?
11 A  North.
12 Q  North?  Would you put GL where the Glenn Highway is?
13  All right.  Now my question is, focusing in on the two
14  streets, and I -- well, first of all, that street
15  there, okay?  There's an intersection there, would you
16  agree with me there?
17 A  Yeah.
18 Q  Okay.  All right.  And after you get -- you come down
19  Grand -- according to your map, you go down Grand
20  Larry, toward the bottom, right?  Is there an another
21  intersection street?
22 A  Grand Larry.
23 Q  Well, Grand Larry runs up and down on your map, on your
24  chart, right?  You've got another street that runs
25  horizontal up on top, correct?

Page 377

1 A  Yeah, kind of.  Kind of.
2 Q  Okay.  Well, on the corner of the street down below, is
3  that what you're telling us?
4 A  On this street.
5 Q  Okay.  Put a -- now we've already used GL.  Put a GR
6  for Grand Larry on the street you're talking about.
7  You're using your hands.  The reason I'm asking you to
8  do this is the recorder doesn't pick up hand
9  signals.  So we have to identify what we're talking
10  about.  Okay?  All right.  So, okay, G -- what have
11  got, is that going to be GR for -- okay.  Now, you've
12  indicated that you come down off of Muldoon, you turn
13  right onto whatever that street is, and then you turn
14  right again, and you head south, if north is up on top,
15  you head south and there's one, two, three -- how many
16  houses after you turn south onto Grand Larry.....
17 A  Two or three.
18 Q  Okay.
19 A  Or, maybe.....
20  And then how many houses are there between 202 Grand
21  Larry and the next horizontal street down?
22 A  Like five or six.
23 Q  Okay.  Now in between the two horizontal streets, the
24  one you've got on the top, in your -- on your chart, or
25  your map you've got, and the one that's down below

Page 379

| | Page 380 | | Page 382 |
|---|---|---|---|

**Page 380**

1  that's not on the map, how many streetlights are on
2  Grand Larry?
3 A  I can't remember.
4 Q  There's none, correct?
5 A  Right. Yeah. I don't think there is any.
6 Q  All right. So are you comfortable with there's none,
7  zero?
8 A  Well, there might have been one. I can't really
9  remember.
10 Q  Okay. Now, where did you park on the 8th of February?
11 A  Right there.
12 Q  Okay. Would you please put a J where you parked,
13  please, standing for Jeremy? Okay. Was there any cars
14  in front of you toward the fence that you've drawn up?
15 A  Yes.
16 Q  And how many cars were in front of you towards the
17  fence?
18 A  One.
19 Q  All right. And is there a carport there?
20 A  Yeah.
21 Q  All right. Was the car in the carport, or was it
22  toward the fence more and you were part in the carport
23  or out of the.....
24 A  I can't really remember.
25 Q  You can't? Okay. Now, on the 8th, could you just flip

**Page 381**

1  that over and give me -- are you -- are you familiar
2  with the residence, the inside of the residence?
3 A  Of his house?
4 Q  Yes.
5 A  Yes.
6 Q  Okay. Flip that over, would you, and just draw out the
7  -- a schematic of the residence, if you would.
8 A  Okay. Do what?
9 Q  Draw out a picture of the residence.
10 A  Of his......
11 Q  I said a schematic.....
12 A  Of the inside?
13 Q  Inside, right.
14 A  Okay.
15 Q  Be generous with the paper. Use kind of the whole
16  paper, would you?
17 A  I can't really -- I'm not really a good drawer.
18 Q  Well, if you want to start again and just.....
19 A  Yeah.
20 Q  .....work on that piece? Whatever you feel comfortable
21  with, Mr. Fish.
22 A  All I know, you walk in his house, there's his door.
23  And then you walk in and he has a -- there's a bar
24  table like that. Okay? And there's drawers like this.
25  He usually is right there. There's a sink. This is

**Page 382**

1  all a wrap-around table like this. And then right here
2  is his stove. And there's cabinets up here. There's
3  the fridge. And then there's a break, and there's a
4  door. There's a bathroom. You can kind of see the
5  bathroom, kind of see a bedroom. There's a stereo, his
6  TV. You have a couch like this, windows. There's a
7  door, I think. And then the couch -- and there's a
8  couch right here. And there's a lamp. But I was
9  always right in this area.
10 Q  Okay. Now you drew a vertical line there, is that --
11  that's open, isn't it?
12 A  Which.....
13 Q  Between the kitchen area and the rest of the living
14  area?
15 A  Right here?
16 Q  Yes. Where you've.....
17 A  Yeah. This is all open.
18 Q  Okay. So if you're in the kitchen, then you can see
19  into the living room area?
20 A  Well, yeah, if you -- you know, if you would walk right
21  here, you could see right in here.
22 Q  Oh, okay. So it's kind of open apartment -- was it
23  open duplex -- it's a duplex to save time, right?
24 A  Yeah.
25 Q  Okay. Kind of open? Do you understand what my

**Page 383**

1  question is?
2 A  Is it big?
3 Q  Well, how big -- well.....
4 A  Open.
5 Q  Well, there's not a lot of walls, are there, in between
6  the kitchen and the living area? That's my question.
7 A  No, there's no walls.
8 Q  Now walls? Excuse me. Now which entrance did you
9  always use, or did you use a specific entrance?
10 A  Right there.
11 Q  Okay. And that's off the carport?
12 A  Yeah.
13 Q  All right. Is there lights out in the carport?
14 A  Yeah.
15 Q  All right. How many and where are they?
16 A  Like two big ones.
17 Q  Where are they? And now when you went in the first
18  time, how many people were there?
19 A  Here's -- there might have been -- there was me, and
20  maybe there was a girl in there. I can't.-- I can't
21  really remember.
22 Q  Well, yesterday.....
23 A  It might have just been.....
24 Q  I'm sorry, please?
25 A  .....me and him. I think it was just me and him the

Page 384

1  first time.
2 Q  Okay. And that's consistent with what you said on
3   Thursday, right?
4 A  I believe so.
5 Q  Okay. Now, do you remember talking to the police
6   afterwards, what they call a debrief?
7 A  Yes, I do.
8 Q  All right.
9   THE COURT: Move up that.....
10 A  Sorry.
11  THE COURT: Move your chair back up, please. Thank
12 you.
13 Q  Okay. And we left on Thursday, and now it's Monday.
14   We left the trial here on Thursday of last week. Did
15   you talk to anybody between Thursday and today?
16 A  About this case?
17 Q  About this case.
18 A  No, I have not.
19 Q  Okay. All right. Do you remember having a debrief
20   afterwards?
21 A  Yes, I do.
22 Q  Okay. And during that debrief, do you remember telling
23   the officers that there were three women, plus Robert
24   Davis, plus you in the house?
25 A  On the 8th?

Page 385

1 Q  Yes.
2 A  No.
3 Q  Okay. Now, what kind of car or vehicle did Mr. --
4   well, what kind of vehicle was in front of you when you
5   pulled in on the 8th?
6 A  I can't remember.
7 Q  Okay. Was it a passenger car or pickup car, or a big
8   pickup, little pickup, Suburban? I'm giving you
9   different choices here. A sedan.....
10 A  I can't remember.
11 Q  Okay. What happened after you left -- did you stay in
12   the house all the time on the 8th?
13 A  Yeah.
14 Q  Okay. What happened after you left?
15 A  I went in -- I went and gave them the dope, and
16   then we went back to the -- to the police station and
17   got searched and debrief.
18 Q  Okay. When you said you gave them the dope, where did
19   you give them the dope?
20 A  Behind the church.
21 Q  Which church?
22 A  Muldoon church, I think. It's the red church there on
23   Muldoon Road.
24 Q  Okay. How far away from Grand Larry is the red church
25   on Muldoon Road?

Page 386

1 A  Probably about three or four blocks.
2 Q  Okay. Okay. Now on the 8th, who did you talk with
3   when you got debriefed?
4 A  I think it was Officer LaPorte.
5 Q  Okay. Anybody else?
6 A  I think Officer Johnstone might have came in, but he
7   was -- it was like in and out, I believe.
8 Q  Okay. All right. During this time frame, did
9   Mr. Davis think that -- or at least your impression
10   that he thought that you were his friend?
11 A  Yeah.
12 Q  Okay. And you got out of police custody before the 8th
13   at some point in time, right? You got -- the judge let
14   you go? Remember, we talked about that on Thursday?
15 A  Yeah.
16 Q  All right. And how long were you out before the
17   evening of the 8th?
18 A  I don't know. It was probably like a week, probably.
19 Q  Okay.
20 A  I can't remember.
21 Q  And you weren't in police custody -- I mean, you and
22   the police weren't together all that time, were you? I
23   mean, you weren't in sight/sound of the police, were
24   you? Do you know what I mean by sight/sound?
25 A  No, I was not in sight/sound.

Page 387

1 Q  Do you know what I mean?
2 A  Yes.
3 Q  Okay. So as far as you know, the police had no contact
4   with you from the time you were released until you
5   rendevoused on the 8th, correct?
6 A  No. I -- I had to call when I got out, and I had to
7   set up, I don't know, it might have been -- I had to go
8   there once before then. And then -- I had to go to the
9   station before we did a buy and I talked to them.
10 Q  Okay. You said once before that you had to go to the
11   police station?
12 A  Yeah, I believe so.
13 Q  When was that?
14 A  I can't really remember. I don't have a good memory.
15 Q  When is the first time you had contact with a Officer
16   LeBlanc? Well, first of all, do you know an Officer
17   LeBlanc? No?
18 A  No. No.
19 Q  All right. Who do you know -- can you give me the
20   names of the people that you remember that were
21   involved with you during this time?
22 A  Officer LaPorte.
23 Q  Okay.
24 A  And Officer Johnstone.
25 Q  Anybody else?

| | |
|---|---|
| 1 A There was cops in and out, you know, but that's who I<br>2 talked to.<br>3 Q Okay. Do you remember -- now you told us Thursday that<br>4 you turned yourself in at the police station because<br>5 Bennett from Nome was looking for you or something to<br>6 that effect, and.....<br>7 A I turned myself in because my girlfriend was going to<br>8 go to jail, and my baby was going to go to DFYS. I<br>9 wouldn't have turned myself in.<br>10 Q You wouldn't have?<br>11 A No. It was -- I didn't want my kid going to DFYS.<br>12 Q So you would have just stayed on the lam then?<br>13 A Well, I wouldn't have, you know.....<br>14 Q All right. Did a male officer arrest you when you were<br>15 -- you turned yourself in, by the name of Roy LeBlanc?<br>16 A Okay. Yeah.<br>17 Q Okay. So last Thursday, we were in.....<br>18 A He was there, okay. He might have been there. He was<br>19 probably there.<br>20 Q Okay. Do you remember last Thursday, you told us that<br>21 a female officer arrested you?<br>22 A No, that's -- that was -- there was all females there,<br>23 I believe.<br>24 Q Okay. Well, would you concede that Roy is a male name?<br>25 A Yeah.<br><br>Page 388 | 1 A Yeah.<br>2 Q All right.<br>3 A I believe this is the right story.<br>4 Q This is the right story?<br>5 A Yeah.<br>6 Q Okay. Well.....<br>7 A I'm not sure.<br>8 Q I'm sorry, please?<br>9 A I said I'm not sure.<br>10 Q Okay. Do you remember having a conversation with who<br>11 you called Rico, and in that conversation Athena's name<br>12 was mentioned and the fact that she didn't want to put<br>13 you on child support?<br>14 A I don't know. Yeah, I -- I -- I remember that.<br>15 Q In relationship to February 13th, was that before,<br>16 after or when?<br>17 A Before or after?<br>18 Q I'm sorry. February 8th, you were over at Grand Larry.<br>19 A Okay.<br>20 Q Would you agree with me there?<br>21 A Yeah.<br>22 Q All right. You told us February 13th you bought dope,<br>23 to use your words?<br>24 A Yeah. I thought it was the right date.<br>25 Q Okay. The time I'm talking about is do you recall.....<br><br>Page 390 |
| 1 Q All right. My question is did a male officer arrest<br>2 you on.....<br>3 A Yeah, he arrested me.....<br>4 Q Okay.<br>5 A .....and took me to jail.<br>6 Q What you told us Thursday is incorrect?<br>7 A Right. I don't think I said I got arrested by a<br>8 female.<br>9 Q All right. Okay. Now on February 13th, you had -- you<br>10 were at the police station, were you not?<br>11 A Yeah.<br>12 Q Is that kind of -- does the date ring a bell with you?<br>13 A Yeah. I remember that day.<br>14 Q Okay. What happened that day?<br>15 A February 13th, that was the day we called Rico and made<br>16 a buy.<br>17 Q You made a buy on February 13th?<br>18 A Yeah. I believe so.<br>19 Q Okay. And tell me about that buy.<br>20 A We called and he said he had some dope, and I wend<br>21 there and when I got to his house, there was -- there<br>22 was a lot of people there. I remember there being --<br>23 there was like two guys and two girls, or maybe a guy<br>24 and two girls.<br>25 Q Okay. Now we're talking February 13th now.<br><br>Page 389 | 1 A I remember calling him, yeah.<br>2 Q Do you recall.....<br>3 A And then that conversation came up.<br>4 Q All right. And that conversation involved Athena?<br>5 A Yeah.<br>6 Q And it had to do with the baby and child -- and not<br>7 putting you on child support?<br>8 A Right.<br>9 Q Okay. Was that in between February 13th, or whatever<br>10 day you.....<br>11 A Yeah.<br>12 Q Yes?<br>13 A Yeah.<br>14 Q Okay. Okay. Do you remember saying you were trying to<br>15 stay low, low, real.....<br>16 A Low low?<br>17 Q Yeah. Trying to stay on the low low real quick?<br>18 A Yeah.<br>19 Q What's that mean?<br>20 A I was just -- I didn't want a whole bunch of people to<br>21 know I was in town.<br>22 Q Okay. Why not?<br>23 A Because I just didn't.<br>24 Q Did you want Athena to know you were in town?<br>25 A No. I didn't really want nobody to know I was in town.<br><br>Page 391 |

1    Athena was kind of wild.
2 Q  What do you mean she was kind of wild?
3 A  She's wild. There's a reason why, you know, I don't
4    want -- I just don't want to be around her, you know.
5    She's not really -- I don't know, she's a liar and
6    stuff.
7 Q  She's a liar?
8 A  Yeah.
9 Q  Okay. And that's why you don't want to be around her?
10 A  Well, she just -- it's a whole -- it's a whole bunch of
11   stuff. She's young, you know.
12 Q  Okay. How old is Athena?
13 A  Well, I don't know, she's probably like 16 now.
14 Q  Okay. And you said she's a liar?
15 A  Yeah. I was -- I was trying to, you know, get a -- be
16   a part of her life. And then I went there and she said
17   she had been talking to Rico and she said a whole bunch
18   of stuff. And then I went out to her house out there
19   in Wasilla. And she didn't want me to go up to the
20   door. And I went up to the door, and her mom was
21   drunk. And I was -- and I was wanting to talk to her
22   mom because her mom is the one, you know, who was
23   taking -- who was actually taking care of Ariana
24   and.....
25 Q  Who is Ariana?

Page 392

1    and you had Athena's number, right? You got the number
2    during that conversation?
3 A  Yeah, I got her number.
4 Q  Okay. Now is she still out in Wasilla?
5 A  No.
6 Q  Where is she at?
7 A  She got pregnant again, and she's wherever she's at.
8 Q  Okay. Do you remember getting a phone number during
9    this conversation?
10 A  Yes, I do.
11 Q  Okay. And that was a 688 number?
12 A  Yes, it was.
13 Q  Okay. 688 is.....
14 A  5771, I think.
15 Q  Okay. You have that kind of memorized?
16 A  Yeah. I'm good with numbers.
17 Q  Oh, okay. 688, is that an Eagle River number?
18 A  Yeah. I believe so. Eagle River.
19 Q  So she doesn't live in Wasilla then, does she?
20 A  Oh, yeah. Eagle -- yeah, she don't. Eagle River. I
21   drove out to Peter's Creek. It's -- it's not really
22   Eagle River. It's a little bit further than Eagle
23   River.
24 Q  Why did you tell us it was Wasilla?
25 A  Because -- I don't know. I only went out there once,

Page 394

1 A  That's my baby.
2 Q  All right.
3 A  And, I don't know, I went up there, and she said that
4    -- you know, she said a whole bunch of stuff, that she
5    hadn't been going to Rico. She hadn't been kicking it.
6    And then when I talked to her mom, her mom said she had
7    been out, you know, kicking it with Rico, being.....
8 Q  What do you mean, kicking it?
9 A  Kicking it, drinking, smoking.
10 Q  Okay. And was this before or after the 8th of
11   February?
12 A  Just all the time, man.
13 Q  Okay. Well, can we be a little.....
14 A  Well, on the tape, he said -- he said that she was over
15   here the other night and we were kicking it, drinking,
16   smoking, had a real nice time.
17 Q  Okay. Well, my -- I'm trying to get to -- you
18   apparently went over to her mom's house in Wasilla?
19 A  Yeah.
20 Q  Right?
21 A  That was before.
22 Q  Before? All right.
23 A  That was before I left from Nome.
24 Q  Oh, okay. That's what I'm -- I'm trying to focus on
25   the sequences. So did you -- you had a conversation,

Page 393

1    and it was a pretty long drive.
2 Q  Do you know the difference between Peter's Creek and
3    Wasilla?
4 A  Yeah. I messed up. I'm sorry.
5 Q  Okay. Okay. Now on the 20th, did you go back on the
6    -- I'm talking February now.
7 A  Okay.
8 Q  All right. Did you go back to Grand Larry?
9 A  I believe so.
10 Q  Okay. And did you go -- return the same way? In other
11   words, did you travel there the same way?
12 A  Yeah.
13 Q  Okay. And -- excuse me -- was that from the police
14   station?
15 A  Yeah. Well, the -- the first time, we went -- we
16   went.....
17 Q  Down -- go ahead. Maybe you can flip it back.....
18 A  Yeah.
19 Q  .....to the other one if -- we're talking about.
20 A  I missed -- I'm wrong again, man. We went a different
21   way. We went -- the second time.....
22 Q  Hold it. Hold it. Hold it. We've got to talk into
23   the mike or you're going.....
24 A  The second time, I drove the other road. I down this
25   -- this next street. I made a right and then a left.

Page 395

Exhibit K – 105