RECEIVED

APR 0 7 2006

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Robert O. Davis III #331194
Florence Correctional Center
P.O. Box 6200, Florence, AZ. 85232
(Name/Address/Phone)

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| Robert O. Davis III, | ) | NO. A05-255CV |
| --- | --- | --- |
| Petitioner, | ) | |
| | ) | MOTION FOR APPOINTMENT |
| vs. | ) | OF COUNSEL |
| | ) | |
| Frank Luna, Warden, | ) | |
| Florence Correctional Cnt. | ) | |
| Respondent. | ) | |

COMES NOW Robert O. Davis III, and moves for the appointment of counsel.

Petitioner makes this request for the reason that she/he is financially unable to retain an attorney and requires the assistance of counsel.

This motion is supported by the attached financial affidavit in support of the request for the appointment of counsel.

DATED this 3 day of April, 2006.

_(signature)_