# FINANCIAL AFFIDAVIT

CJA 23 (Rev. 5/98)

IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

IN UNITED STATES ☐ MAGISTRATE ☒ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)

IN THE CASE OF: Davis vs. Luna

FOR: THE DISTRICT OF ALASKA

RECEIVED APR 0 7 2006 CLERK, U.S. DISTRICT COURT ANCHORAGE, ALASKA

LOCATION NUMBER

DOCKET NUMBERS
District Court
Court of Appeals

PERSON REPRESENTED (Show your full name): Robert O'Neal Davis III

1 ☐ Defendant – Adult
2 ☐ Defendant – Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☒ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other (Specify)

CHARGE/OFFENSE (describe if applicable & check box →): ☒ Felony  ☐ Misdemeanor
Misconduct involving a controlled substance

## ASSETS

**EMPLOYMENT**
- Are you now employed? ☐ Yes  ☒ No  ☐ Am Self Employed
- Name and address of employer: _____
- IF YES, how much do you earn per month? $ _____
- IF NO, give month and year of last employment 12/04. How much did you earn per month? $ 2500.00/est.
- If married is your Spouse employed? ☐ Yes ☒ No
- IF YES, how much does your Spouse earn per month? $ _____
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No
RECEIVED / SOURCES
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY $ _____ / _____
THE SOURCES

**CASH**
Have you any cash on hand or money in savings or checking account ☐ Yes ☒ No  IF YES, state total amount $ _____

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No
VALUE / DESCRIPTION
IF YES, GIVE THE VALUE AND DESCRIBE IT $ _____ / _____

## OBLIGATIONS & DEBTS

**DEPENDENTS**
MARITAL STATUS: X SINGLE / MARRIED / WIDOWED / SEPARATED OR DIVORCED
Total No. of Dependents: 4
List persons you actually support and your relationship to them:
- Deshawn Davis / son
- Desiree Harris / niece
- Karissa Davis / daughter
- Olivia Davis / daughter

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME | Creditors | Total Debt | Monthly Payt. |
|---|---|---|---|
|  | Attorney | $30k | none made since 12/04 |
|  | IRS | $635.00 | $ |
|  | Bank One, Providian, State of Alaska | $6k | $ |
|  | Pacific Companies | $1850.00 | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) April 3, 2006

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED): *Robert O. Davis III*