Robert O. Davis III #331194
Florence Correctional Center
P.O. Box 6200
Florence, Arizona 85232



RECEIVED
APR 0 7 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Robert O. Davis III,<br>    Petitioner,<br><br>vs.<br><br>Frank Luna, Warden,<br>    Respondent, | Case No. A05-255 CV<br><br>**MOTION TO CONTINUE, REINSTATE OR GRANT BAIL PENDING A DECISION OF PETITION FOR HABEAS CORPUS RELIEF** |

    Comes now the petitioner, Robert O. Davis, III, pro se, hereby Moves This Honorable Court to Continue, Reinstate or Grant Bail pending a decision of his Habeas Corpus Petition, Pursuant to 28 U.S.C.S. §2254 and applicable Federal Statues and Rules governing Habeas Corpus proceedings on Bail.

    This Motion is based on the attached Memorandum.

Respectfully Submitted,

_____
Robert O. Davis, III

Dated this **3** day of **April** 2006, at Florence, Arizona.

I, hereby certify that a copy of the foregoing is being mailed to Timothy Terrell to the address of record on **April 3,** 2006.

_____
Robert O. Davis, III