Received: 4/23/02 9:32;
APR-23-2002 TUE 09:27 AM AK COURT SYSTEM			FAX NO. 19072640720			P. 01

RECEIVED
APR 0 7 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

| | |
|---|---|
| STATE OF ALASKA, | |
| Plaintiff, | |
| vs. | |
| ROBERT O. DAVIS, III, | |
| Defendant. | |

Case No. 3AN-S01-1717 CR

### ORDER

1. Bail pending appeal is set at $20,000, cash/corporate and third-party custodian (already posted and approved). Any request for a bail hearing shall be set before the unsigned.

2. The defendant shall schedule an appointment with Pretrial Services to evaluate his request for court-appointed counsel no later than April 29, 2002. The phone number is 264-0459. This is an additional condition of bail.

3. Remand is vacated pending appeal.

DATED at Anchorage, Alaska, this 23rd day of April, 2002.

Dan A. Hensley
Superior Court Judge

I certify that on April 23, 2002 a copy was mailed to: K. Brady, D. James, R. Davis

Sharon M. Henry-Hall

Exhibit 7 pg 1 of 4

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

STATE OF ALASKA,

    Plaintiff,

vs.

ROBERT O. DAVIS III,

    Defendant.

Case No. 3AN-S01-1717 CR

DOB: 1-28-68
ID No: 6361752
ATN: 103-002-696

## JUDGMENT AND COMMITMENT

Defendant has been convicted upon a verdict of guilty

DV Offense Per AS 18.66.990(3) & (5) - No

| Count | Date of Offense | Offense | Statute Violated |
|---|---|---|---|
| I | 2-8-01 | Misconduct Involving a Controlled Substance 3rd | AS 11-71-030(a)(1) |
| II | 2-20-01 | Misconduct Involving a Controlled Substance 3rd | AS 11-71-030(a)(1) |
| III | 2-21-01 | Misconduct Involving a Controlled Substance 3rd | AS 11-71-030(a)(1) |
| IV | 3-1-01 | Misconduct Involving a Controlled Substance 3rd | AS 11-71-030(a)(1) |

Defendant came before the court on April 17, 2002 with counsel, Dennis James, and the District Attorney present.

IT IS ORDERED that the defendant is hereby committed to the care and custody of the Commissioner of the Department of Corrections for the following period(s).

State of Alaska v. Robert O. Davis, III
Case No. 3AN-01-1717 CR
Page 1 of 3

AS 12.55.090-.110
Crim. R. 32
App. R. 215

p2

Count I – Four (4) years – presumptive
Count II – Four (4) years – presumptive
Count III – Four (4) years – presumptive
Count IV – Four (4) years – presumptive

Time to be served concurrent.

Defendant to remand on April 26, 2002 if appeal is not filed.

SURCHARGE. IT IS ORDERED that the defendant pay the following surcharge within 10 days

| Count | Surcharge Amount |
|---|---|
| I – IV | $100 |

Upon application, the court may allow a defendant who is unable to pay the surcharge required, to perform community work service under AS 12.55.055(c) in lieu of the surcharge.

Any appearance bond in this case is:
\_\_\_\_ exonerated.
_X_ exonerated when defendant reports to the jail to serve the sentence.

April 17, 2002
Effective Date

Dan A. Hensley
Superior Court Judge

### NOTICE TO DEFENDANT

Sentence Appeal. If you are ordered to serve more than two years in jail, you may appeal the sentence tot the court of appeals on the ground that it is excessive. Your appeal must be filed within 30 days of the date of distribution stated below. If you are sentenced to serve two years or less in jail, you may seek review o f your sentence by filing a petition for review in the Supreme Court. To do this, you must file a notice of intent to file a petition for sentence review within 10 days of the date of distribution stated below. See Appellate Rules 215 and 403(h) for more information on time limits, procedures and possible consequences of seeking review of your sentence.

State of Alaska v. Robert O. Davis, III
Case No. 3AN-01-1717 CR
Page 2 of 3

AS 12.55.090-.110
Crim. R. 32
App. R. 215

P3

I certify that on __4-29-02__
a copy of this judgment was sent to:

_✓_ K. Brady
_✓_ D. James
_✓_ DOC

_____
Secretary/Clerk

I certify that on _____
a copy of this judgment was sent to:

__ Jail          __ Probation Officer
__ DOC         __ DPS-Juneau
__ Data        __ DPS-Fingerprint Sec.
__ Term.       __ Defendant,
__ Off. Loc.        through _____
__ Exhibit Clerk

_____
Clerk

State of Alaska v. Robert O. Davis, III
Case No. 3AN-01-1717 CR
Page 3 of 3

AS 12.55.090-.110
Crim. R. 32
App. R. 215

p 4