RECEIVED

APR 07 2006

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Screen for VRA

IN THE ~~DISTRICT~~/SUPERIOR COURT FOR THE STATE OF ALASKA
AT ANCHORAGE

(X) STATE OF ALASKA )
( ) MUNICIPALITY OF ANCHORAGE )
)
           Plaintiff, )
)
vs. Robert David )
)    TEMPORARY ORDER
)
)    CASE NO. 3AN- 01-1717   CR
           Defendant. )
DOB: 1/28/68 )    TIME: 1:45

**Original Charge:** I-IV MICS 3rd

**Current Charge:** Same

☐ Defendant is not in custody on this charge.

### INSTRUCTIONS TO JAIL

☒ **Commitment.** It is ordered that the above-named defendant be held in custody:
   ☐ pending action by this court or until bail is posted in the amount of _____

   ☒ pending receipt of formal judgment. Defendant was sentenced as follows:
   I-IV 4 yrs Imposed each ct.
   to run concurrently

☐ **Release.** This is your authority to release the defendant _____

☐ **Transportation.** _____

☐ **Other Instructions.** _____

### NEXT COURT APPEARANCE

DATE: _____ TIME: _____ PLACE: _____

___ Arraignment     ___ Sentencing     ___ Pre-Indictment Hearing
___ Omnibus Hearing     ___ Bail Hearing     ___ Representation Hearing
___ Trial     ___ Trial Call     ___ Other: _____

Defendant ___ is ✓ is not represented by counsel: ___ Public Defender Agency
                                                      ___ Other: _____

Defendant ___ has ___ has not had a bail review.

1-10-05
Date                             District/Superior Court Judge
(SEAL)                       Type/Print Name: Hensley

CR-200 ANCH (5/95)(st.3)
TEMPORARY ORDER                                                Crim. R. 4(c) and 5(a)(2)

EXHIBIT 4 8/02

IN THE DISTRICT/SUPERIOR COURT FOR THE STATE OF ALASKA AT ANCHORAGE

- [x] STATE
- [ ] MUNICIPALITY OF ANCHORAGE

CASE NO. 3AN- 01-1717 CR

DEFENDANT: Robert Davis
DOB: 1-28-08
ADDRESS: _____
ORIGINAL CHARGES: I-IV MICS 3rd
AMENDED CHARGES: Same
COURT ORDERS: _____

TAPE # 4205-4
LOG # 30855
DATE 1-10-05
TIME 1:45 AM/(PM)

Type of Hearing: Remand / Hensley
Judge/Magistrate: Robinson
Clerk: 

PRESENT FOR STATE/MOA: Stromberg
PRESENT FOR DEFENDANT: _____

DEFENDANT:
- [x] Present
- [ ] Not Present
- [ ] In-Custody
- [x] Not In Custody

Case initially assigned to Judge _____
Peremptory Challenge Filed By [ ] State/MOA [ ] Defendant
Case Reassigned to Judge _____

RIGHTS BY:
- [ ] Video
- [ ] Court

PRE-TRIAL ORDER:
- [ ] To Defendant

FINGERPRINTS:
- [ ] Taken
- [ ] Ordered

PLEA:
- [ ] Not Guilty   Cts _____
- [ ] Guilty   Cts _____
- [ ] No Contest   Cts _____
- [ ] Dismissal Per Rule _____ Cts _____

PETITION TO REVOKE PROBATION: [ ] Admit [ ] Deny
CRIMINAL RULES 5 & 45: [ ] Runs [ ] Tolled
From _____ to _____
CRIMINAL RULE 45 EXPIRES: _____

I-IV 4yrs concurrent
Δ asking for continuance
Crt - Δ has exhausted appeals, remedies,
have to remand Δ

BAIL EXONERATED: $_____
- [ ] Defendant released on own recognizance
BAIL SET/CONTINUED: $ Remanded
- [ ] Cash Only
- [ ] Unsecured Bond
- [ ] Cash or Corporate Surety Only
- [ ] Third-Party Custodian to be approved by court: _____

CONDITIONS OF RELEASE:
- [ ] Obey all laws/Commit no jailable offenses
- [ ] No alcohol
- [ ] No non-prescription drugs
- [ ] No possession of weapons
- [ ] No direct or indirect contact with _____

**INSTRUCTIONS TO DEFENDANT**

**Appointment of Counsel.** The court has [ ] GRANTED [ ] DENIED your request to have an attorney appointed to represent you. The attorney appointed to represent you is [ ] PD [ ] G&L [ ] OPA [ ] Kibby You must contact your attorney within 2 working days from today. Follow the instructions on the back of this sheet. If convicted, you will be ordered to pay part of the cost of counsel under Criminal Rule 39.

THESE ARE YOUR NEXT COURT DATES.
If you do not appear, a warrant for your arrest will be issued.

| Type of Hearing | Date & Time | Type of Hearing | Date & Time |
|---|---|---|---|
| Pre-Indictment Hearing | | Pretrial Conference | |
| Bail Review/Forfeiture Hearing | | Trial Call | |
| Representation Hearing | | Trial | |
| Change of Plea/Sentencing | | Date to Report to Jail | |
| Adjudication/Disposition | | | |

**SEE REVERSE SIDE FOR ATTORNEY INFORMATION**

CR-150 ANCH (3/04)(st.5) (front)
CRIMINAL LOG NOTES

I certify that on this date a copy of this form was given to:
Defendant; Prosecutor; Def's Atty; Calendaring
Clerk: _____