RECEIVED
APR 0 7 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA
FILED
JAN 0 7 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____Deputy

Name: ROBERT DAVIS III

Prison Number:

Place of Confinement / Address: 732 pearl  99518 ?

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

Robert O'Neal Davis III
(Full name)

Petitioner,

vs,

NA
(Name of WARDEN, Superintendent, Jailor or authorized person having custody of Petitioner)

Respondent,

and

The Attorney General of the

State of ALASKA

Additional Respondent.

Case No. A 0 5 - 0 0 5   CV
(To be supplied by Court)

PETITION FOR WRIT OF
HABEAS CORPUS

Under 28 U.S.C. § 2254
By a Person in State Custody

(If petitioner is attacking a judgment which imposed a sentence to be served in the future, petitioner must fill in the name of the state where the judgment was entered. If petitioner has a sentence to be served now or in the future under a federal judgment which s/he wishes to attack, s/he should file a motion under 28 U.S.C. § 2255, in the federal court which entered the judgment.)

PS03

1 of 13

§2254 Form
Effect. 2/98

Exhibit 9