APR 0 7 2006

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

11 DEC 01

TO WHOM IT MAY CONCERN:

I HAVE KNOWN MR. ROBERT DAVIS FOR TWO YEARS. HE IS A TALENTED MECHANIC, AND HAS DEMONSTRATED HONESTY, SHOWN A HIGH WORK ETHIC AND HAS PROVEN TO BE AN ASSET TO THE COMMUNITY.

IF I MAY BE OF FURTHER ASSISSTANCE TO YOU, FEEL FREE TO CALL ME AT 563-8062.

SINCERELY,

*George Redwine*

GEORGE REDWINE

REDWINE TOWING SERVICE
PO BOX 241745
ANCHORAGE  AK  99524-1745
   (907) 563-8062

EXHIBIT 10   Trial Tran
              P. 301