RECEIVED
APR 0 7 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

December 4, 2001

To whom it may concern:

I have known Mr. Robert Davis through his local business Davis Services located at 1107 72nd Avenue, for approximately 2 ½ years. Mr. Davis has provided excellent mechanical services and I would highly recommend his business to anyone. Through our acquaintance at his shop I have learned of Mr. Davis' personal problems and it would be a terrible loss to our community to see Mr. Davis unable to provide his knowledgeable mechanical and affordable services.

If you need any further assistance as far as a character witness for Mr. Davis, you may reach me at 907-561-8122. Or you may email me at smileyak@gci.net.

Thank you,

*[signature: Deborah L Flaim]*

Debrah L Flaim
1434 West 25th #11
Anchorage, AK  99503

EXHIBIT U