RECEIVED

APR 0 7 2006

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

## CHARACTER LETTER

Your Honor,

I'm writing this letter on behalf of Mr. Robert O. Davis, whom I have known for the past five(5) years or more. I know Robert to be an unusually kind person with an almost indescribeable sense of love and loyalty to his children and family, as well as his job.

For the past five(5) years that I have known him, he has assumed a respectable role in the community by helping those less fortunate than he by providing his services and skills as an auto mechanic and an electrician, through his own business, Davis Services at providing resonable rates that the less fortunate can afford. If this man has made a mistake, I can state without hesitation or reservation that he will stand with dignity and assume his responsibilty. The respect he has for his parents, his family, and the community permeates his very being. To myself, and I'm sure as well as to others he is considered to be a mentor to the children and a pillar of our community.

Dated this __9__ day of __Febury__, 2006

Signed _Ditanya Thibodeaux_

Ph #907-563-2032

Exhibit 13