Law Offices of John C. Pharr
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/272-2525
Fax: 907/277-9859
E-mail: jpharr@gci.net
AK # 8211140

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ROBERT O. DAVIS, III, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| FRANK LUNA, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) Case No. 3:05-cv-255-TMB-JDR |

**ENTRY OF APPEARANCE**

COMES NOW JOHN C. PHARR and hereby enters his appearance of record for plaintiff ROBERT O. DAVIS, III.

All further notices, filings, and other documents required to be served upon or otherwise furnished to plaintiff in this matter shall be delivered to the undersigned at:

> LAW OFFICES OF JOHN C. PHARR
> 733 W. 4th Avenue, Suite 308
> Anchorage, Alaska  99501
>
> Telephone:  907/272-2525
> Facsimile:  907/277-9859
> E-mail: jpharr@gci.net; recipes4a@yahoo.com

DATED at Anchorage, Alaska, this 11th day of May 2006.

LAW OFFICES OF JOHN C. PHARR

s/John C. Pharr
Attorney for Plaintiff
Robert O. Davis, III
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/272-2525
Fax: 907/277-9859
E-mail: jpharr@gci.net
AK # 8211140

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on
May 11, 2006, a copy
of the foregoing was served
electronically:

Timothy W. Terrell
Office of Special Prosecutions and Appeals
tim_terrell@law.state.ak.us

s/John C. Pharr