Law Offices of John C. Pharr
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/272-2525
Fax: 907/277-9859
E-mail: jpharr@gci.net
AK # 8211140

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

ROBERT O. DAVIS, III,                )
                                     )
              Plaintiff,             )
                                     )
     v.                              )
                                     )
FRANK LUNA,                          )
                                     )
              Defendant.             )
_____)   Case No. 3:05-cv-255-TMB-JDR

## MOTION FOR TEN-DAY EXTENSION OF TIME TO FILE OBJECTIONS

COMES NOW PLAINTIFF ROBERT O. DAVIS, III by and through his attorney of record JOHN C. PHARR of the LAW OFFICES OF JOHN C. PHARR, and moves the court for a ten-day extension of time to file its objections to the report and recommendations on the motion to dismiss. This motion is supported by the attached affidavit of counsel.

DATED at Anchorage, Alaska, this 13th day of June 2006.

LAW OFFICES OF JOHN C. PHARR

s/John C. Pharr
Attorney for Plaintiff
Robert O. Davis, III
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/272-2525

Fax: 907/277-9859
E-mail: jpharr@gci.net
AK # 8211140

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on
June 13, 2006, a copy
of the foregoing was served
electronically:

Timothy W. Terrell
Office of Special Prosecutions and Appeals
tim_terrell@law.state.ak.us


s/John C. Pharr