Law Offices of John C. Pharr
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/272-2525
Fax: 907/277-9859
E-mail: jpharr@gci.net
AK # 8211140

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ROBERT O. DAVIS, III,              ) | |
|                                    ) | |
|            Plaintiff,              ) | |
|                                    ) | |
|    v.                              ) | |
|                                    ) | |
| FRANK LUNA,                        ) | |
|                                    ) | |
|            Defendant.              ) | |
| _____) | Case No. 3:05-cv-255-TMB-JDR |

**AFFIDAVIT OF JOHN C. PHARR**

STATE OF ALASKA           )
                          ) ss.
THIRD JUDICIAL DISTRICT   )

I, JOHN PHARR, depose and state as follows:

1. I am attorney for plaintiff herein.

2. The objections to the report and recommendations on the motion to dismiss were due on June 12, 2006.

3. I have been in continued trial in a very contentious case in Fairbanks, <u>Alkan Shelter, LLC v. Mitchell E. Asher and Martha Liliana Asher</u>, #4FA-04-304 CI. I also have trial starting tomorrow in Case No. 3AN-02-11444 CI, <u>Deborah Kloby, DC v. John Shannon, Jr., DC</u>.

4. My client is out of state and has a large amount of materials in his file.

5. I am therefore requesting a ten-day extension of time to file the objections, until Friday, June 23, 2006.

5. This is the second request for extension of time.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

DATED at Anchorage, Alaska, this 13th day of June 2006.

        LAW OFFICES OF JOHN C. PHARR
        Attorneys for Plaintiff, Robert Davis

        By: ____s/John C. Pharr_____
           John C. Pharr, Esq.,
           Alaska Bar No. 8211140

SUBSCRIBED AND AFFIRMED before me this 13th day of June 2006, at Anchorage, Alaska.

        _____s/Sharon R. Leippi_____
        Notary Public in and for Alaska
        My commission expires: June 8, 2010

        LAW OFFICES OF JOHN C. PHARR

        s/John C. Pharr
        Attorney for Plaintiff
        Robert O. Davis, III
        733 W. 4th Ave, Suite 308
        Anchorage, Alaska 99501
        Phone: 907/272-2525
        Fax: 907/277-9859
        E-mail: jpharr@gci.net
        AK # 8211140

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on
June 13, 2006, a copy

of the foregoing was served
electronically:

Timothy W. Terrell
Office of Special Prosecutions and Appeals
tim_terrell@law.state.ak.us

s/John C. Pharr