Law Offices of John C. Pharr
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/272-2525
Fax: 907/277-9859
E-mail: jpharr@gci.net
AK # 8211140

                IN THE UNITED STATES DISTRICT COURT

                    FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ROBERT O. DAVIS, III, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|  v. | ) |
| | ) |
| FRANK LUNA, | ) |
| | ) |
|     Defendant. | ) |
| _____ | ) Case No. 3:05-cv-255-TMB-JDR |

**ORDER ON MOTION FOR ONE-DAY EXTENSION OF TIME OF FILE OBJECTIONS**

    Plaintiff, ROBERT O. DAVIS, III, having moved the court and the court having considered his motion for extension of time, affidavit of counsel, and being fully advised in the premises,

    IT IS HEREBY ORDERED that plaintiff's motion is GRANTED. The due date of his opposition is extended one business day, to Monday, June 26, 2006. Government's answer shall be filed by _____.

    DATED at Anchorage, Alaska, this ____ day of _____ 2006.

                                  _____
                                  Judge of the District Court

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on
June 13, 2006, a copy
of the foregoing was served
electronically:

Timothy W. Terrell
Office of Special Prosecutions and Appeals
tim_terrell@law.state.ak.us

s/John C. Pharr

Case 3:05-cv-00255-TMB-JDR    Document 34-2    Filed 06/23/2006    Page 2 of 2

*ORDER ON MOTION FOR TEN-DAY EXTENSION OF TIME TO FILE OBJECTIONS*
*Robert O. Davis, III v. Frank Luna*                                                                                    *Page 2 of 2*
*Case No. 3:05-cv-255-TMB-JDR*