Law Offices of John C. Pharr
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/272-2525
Fax: 907/277-9859
E-mail: jpharr@gci.net
AK # 8211140

## IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ROBERT O. DAVIS, III, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| FRANK LUNA, | ) |
| | ) |
| Defendant. | ) |
| _____ ) | Case No. 3:05-cv-255-TMB-JDR |

**AFFIDAVIT OF JOHN C. PHARR**

| | |
|---|---|
| STATE OF ALASKA | ) |
| | ) ss. |
| THIRD JUDICIAL DISTRICT | ) |

I, JOHN PHARR, depose and state as follows:

1. I am attorney for plaintiff herein.

2. The objections to the report and recommendations on the motion to dismiss were due on June 12, 2006, and a ten-day motion for extension of time was filed.

3. I ended up unexpectedly in hearings all day today in Palmer, and consequently was not able to finalize the objections in the above case.

4. I am therefore requesting a one-business-day extension

of time to file the objections, until Monday, June 26, 2006.

    5.   This is the third request for extension of time.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

DATED at Anchorage, Alaska, this 23rd day of June 2006.

                LAW OFFICES OF JOHN C. PHARR
                Attorneys for Plaintiff, Robert Davis

                By: _____s/John C. Pharr_____
                    John C. Pharr, Esq.,
                    Alaska Bar No. 8211140

SUBSCRIBED AND AFFIRMED before me this 23rd day of June 2006, at Anchorage, Alaska.

                _____s/Sharon R. Leippi_____
                Notary Public in and for Alaska
                My commission expires: June 8, 2010

                LAW OFFICES OF JOHN C. PHARR

                s/John C. Pharr
                Attorney for Plaintiff
                Robert O. Davis, III
                733 W. 4th Ave, Suite 308
                Anchorage, Alaska 99501
                Phone: 907/272-2525
                Fax: 907/277-9859
                E-mail: jpharr@gci.net
                AK # 8211140

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on
June 23, 2006, a copy
of the foregoing was served
electronically:

Timothy W. Terrell
Office of Special Prosecutions and Appeals
tim_terrell@law.state.ak.us

s/John C. Pharr

*AFFIDAVIT OF JOHN C. PHARR*
*Robert O. Davis, III v. Frank Luna*
*Case No.3:05-cv-255-TMB-JDR*                            *Page 2 of 2*