Law Offices of John C. Pharr
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/272-2525
Fax: 907/277-9859
E-mail: jpharr@gci.net
AK # 8211140

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ROBERT O. DAVIS, III,           ) | |
|                                 ) | |
|         Plaintiff,              ) | |
|                                 ) | |
|    v.                           ) | |
|                                 ) | |
| FRANK LUNA,                     ) | |
|                                 ) | |
|         Defendant.              ) | |
| _____) | Case No. 3:05-cv-255-TMB-JDR |

**ORDER ON MOTION FOR ONE-DAY EXTENSION OF TIME OF FILE OBJECTIONS**

Plaintiff, ROBERT O. DAVIS, III, having moved the court and the court having considered his motion for extension of time, affidavit of counsel, and being fully advised in the premises,

IT IS HEREBY ORDERED that plaintiff's motion is GRANTED. The due date of his opposition is extended one day, to Tuesday, June 27, 2006. Government's answer shall be filed by _____.

DATED at Anchorage, Alaska, this ____ day of _____ 2006.

_____
Judge of the District Court

```
CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on
June 26, 2006, a copy
of the foregoing was served
electronically:

Timothy W. Terrell
Office of Special Prosecutions and Appeals
tim_terrell@law.state.ak.us
```

s/John C. Pharr