Law Offices of John C. Pharr
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/272-2525
Fax: 907/277-9859
E-mail: jpharr@gci.net
AK # 8211140

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ROBERT O. DAVIS, III, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| FRANK LUNA, ) | |
| ) | |
| Defendant. ) | |
| _____) | Case No. 3:05-cv-255-TMB-JDR |

**AFFIDAVIT OF JOHN C. PHARR**

STATE OF ALASKA       )
                      ) ss.
THIRD JUDICIAL DISTRICT )

I, JOHN PHARR, depose and state as follows:

1. I am attorney for plaintiff herein.

2. The objections to the report and recommendations on the motion to dismiss were due on June 12, 2006, and a ten-day motion for extension of time was filed, followed by another motion for extension, until Monday, June 26, 2006.

3. I was unable to complete work on the objections by close of business today because on Friday, June 23, 2006, I was ordered to file a brief concerning a point of law in State v.

Andrew Moffitt, Case No. 3PA-05-2706/2998 CR. It took me virtually the entire day.

4. My work is nearly complete, however, so I should be able to file the objections tomorrow. I am therefore requesting a one-day extension of time to file the objections, until tomorrow, Tuesday, June 27, 2006.

5. There have been three previous requests for extension of time in this matter.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

DATED at Anchorage, Alaska, this 26th day of June 2006.

LAW OFFICES OF JOHN C. PHARR
Attorneys for Plaintiff, Robert Davis

By: ____s/John C. Pharr_____
John C. Pharr, Esq.,
Alaska Bar No. 8211140

SUBSCRIBED AND AFFIRMED before me this 26th day of June 2006, at Anchorage, Alaska.

_____s/Sharon R. Leippi_____
Notary Public in and for Alaska
My commission expires: June 8, 2010

LAW OFFICES OF JOHN C. PHARR

s/John C. Pharr
Attorney for Plaintiff
Robert O. Davis, III
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/272-2525
Fax: 907/277-9859
E-mail: jpharr@gci.net
AK # 8211140

```
CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on
June 26, 2006, a copy
of the foregoing was served
electronically:

Timothy W. Terrell
Office of Special Prosecutions and Appeals
tim_terrell@law.state.ak.us

s/John C. Pharr
```