**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| ROBERT O. DAVIS III,<br><br>　　　　　　Petitioner,<br>　　vs.<br><br>FRANK LUNA, Warden, Florence Correctional Center,<br><br>　　　　　　Respondent. | A05-00255 CV (TMB)<br><br>**<u>FINAL RECOMMENDATION<br>REGARDING RESPONDENT'S<br>PARTIAL MOTION TO DISMISS</u>**<br><br>(Docket No.19) |

　　　　　The Magistrate Judge has reviewed Mr. Davis' objections to his recommendation regarding respondent's partial motion to dismiss at docket No. 19, and the respondent's response thereto. (Docket Nos. 40 and 42). Nothing in said briefing causes the Magistrate Judge to modify his initial recommendation that the respondent's motion to dismiss be granted. A few comments, however, are in order.

　　　　　Davis submits the case of *Lounsbury v. Thompson,* 374 F.3d 785, 788-789 (9th Cir. 2004) for the proposition that where a State's Appellate rules force petitioners to frame the issues in a way that show their petitions raise issues "which have importance beyond the particular case", an impermissible dilemma arises because the more the petitioner specifically articulated his claim in light of the particular facts of the case, the more the issues would seem case-specific and not of significance beyond their particular case. In *Lounsbury*, Oregon Rule of Appellate Procedure 9.05(7)(f) and 9.07 required litigants seeking discretionary review before the Oregon Supreme Court to

show why their petition raised an issue of importance beyond the particular case. As the respondent aptly points out, Alaska has no such restriction on Appellate review. Rather in addition to Rule 304 of the Alaska Rule of Appellate Procedure listing a broad range of factors to be considered in granting review, the rule is expressly states in its introductory language: "The following, [list] while neither controlling nor fully measuring the court's discretion indicates the character of reasons which will be considered." The list of factors is merely illustrative. Quite simply, *Lounsbury* is inapposite to the case *sub judice*.

### CONCLUSION

For the foregoing reasons the Magistrate Judge declines to modify his recommendation that the respondent's motion to dismiss the second and third claims of Davis' petition for writ of habeas corpus (Docket No. 19) be **GRANTED**.

DATED this 17th day of July, 2006, at Anchorage, Alaska.

/s/ John D. Roberts
JOHN D. ROBERTS
United States Magistrate Judge