MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

*Davis v. Luna*

Case No. 3:05-cv-255 TMB

By:            THE HONORABLE TIMOTHY M. BURGESS

**PROCEEDINGS:    ORDER FROM CHAMBERS**

Having reviewed Magistrate Judge Roberts' Initial Report and Recommendation on Respondent's Partial Motion to Dismiss (Docket No. 23), in conjunction with the parties' Objections and Responses (Docket Nos. 40 & 42), and the Magistrate's Final Report and Recommendation, (Docket 43), the Court hereby adopts and accepts the Final Report and Recommendation in its entirety. Consequently, Respondent's Partial Motion to Dismiss the second and third claims of Davis' petition for writ of habeas corpus, (Docket 19), is GRANTED.

**IT IS SO ORDERED.**

Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.

DATE: July 31, 2006