## MINUTES OF THE UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

ROBERT O. DAVIS, III v. FRANK LUNA

Case No. *3-05-cv-00255-TMB-JDR*

**THE HONORABLE JOHN D. ROBERTS, United States Magistrate Judge**
Jo Ann Mingo, Judicial Assistant - Magistrate Judge's Chambers

---

### MINUTE ORDER FROM CHAMBERS

In light of the Order entered at Docket No. 44 granting Respondent's motion to dismiss the second and third claims of petitioner's habeas petition, the motion for stay [6] granted at Docket No. 18 is hereby lifted.

A status/scheduling conference is hereby scheduled for <u>Wednesday, August 23, 2006, at 2:00 p.m.</u>

Counsel for plaintiff shall make the necessary arrangements with the correctional center to have the plaintiff available to participate telephonically.  Plaintiff is directed to call 907-677-6231 at the date and time indicated above. The parties are advised that the court cannot accept collect calls.

**Entered at the direction of the Honorable John D. Roberts, United States Magistrate Judge**

August 14, 2006

Any request for other information or for clarification, modification, or reconsideration of this Order, or for extension of time must be made as a motion.  <u>See</u> FED.R.CIV.P. 7(b)(1); D.Ak.LR. 7.1(1).  No one should telephone, fax or write to chambers regarding pending cases. The magistrate judge's judicial assistant and/or law clerk are not permitted to discuss any aspect of this case, provide any information or communicate with any person including litigants, lawyers, witnesses and the public regarding cases.

C:\Documents and Settings\danm.AKD-ALASKA\Local Settings\Temp\notes06E812\~7731344.wpd