Law Offices of John C. Pharr
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/272-2525
Fax: 907/277-9859
E-mail: jpharr@gci.net
AK # 8211140

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ROBERT O. DAVIS, III, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| FRANK LUNA, ) | |
| ) | |
| Defendant. ) | |
| _____) | Case No. 3:05-cv-255-TMB-JDR |

**MOTION FOR EXTENSION OF TIME,**
**UNTIL OCTOBER 1, 2006, TO FILE STATEMENT OF GROUNDS**

COMES NOW PLAINTIFF ROBERT O. DAVIS, III by and through his attorney of record JOHN C. PHARR of the LAW OFFICES OF JOHN C. PHARR, and moves the court for an extension of time, until October 1, 2006, to file his statement of the remaining grounds.

This motion is supported by the attached affidavit of counsel.

DATED at Anchorage, Alaska, this 18th day of September 2006.

                                LAW OFFICES OF JOHN C. PHARR

                                s/John C. Pharr
                                Attorney for Plaintiff
                                Robert O. Davis, III
                                733 W. 4th Ave, Suite 308
                                Anchorage, Alaska 99501

```
                                        Phone: 907/272-2525
                                        Fax: 907/277-9859
                                        E-mail: jpharr@gci.net
                                        AK # 8211140
```

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on
September 18, 2006, a copy
of the foregoing was served
electronically:

Timothy W. Terrell
Office of Special Prosecutions and Appeals
tim_terrell@law.state.ak.us

s/John C. Pharr

Case 3:05-cv-00255-TMB-JDR    Document 47    Filed 09/18/2006    Page 2 of 2

*MOTION FOR EXTENSION OF TIME, UNTIL OCTOBER 1, 2006, TO FILE STATEMENT OF GROUNDS*
*Robert O. Davis, III v. Frank Luna*                                    *Page 2 of 2*
*Case No. 3:05-cv-255-TMB-JDR*