Law Offices of John C. Pharr
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/272-2525
Fax: 907/277-9859
E-mail: jpharr@gci.net
AK # 8211140

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ROBERT O. DAVIS, III, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| FRANK LUNA, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) Case No. 3:05-cv-255-TMB-JDR |

**ORDER ON MOTION
FOR EXTENSION OF TIME, UNTIL
OCTOBER 1, 2006, TO FILE STATEMENT OF GROUNDS**

Plaintiff, ROBERT O. DAVIS, III, having moved the court and the court having considered his motion for extension of time, affidavit of counsel, and being fully advised in the premises,

IT IS HEREBY ORDERED that plaintiff's motion is GRANTED. The due date of his opposition is extended until October 1, 2006. Government's answer shall be filed by _____.

     DATED this \_\_\_\_ day of _____ 2006.

                  _____
                  Judge of the District Court

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on
September 18, 2006, a copy
of the foregoing was served
electronically:

Timothy W. Terrell
Office of Special Prosecutions and Appeals
tim_terrell@law.state.ak.us

s/John C. Pharr