Law Offices of John C. Pharr
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/272-2525
Fax: 907/277-9859
E-mail: jpharr@gci.net
AK # 8211140

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ROBERT O. DAVIS, III, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| FRANK LUNA, ) | |
| ) | |
| Defendant. ) | |
| _____) | Case No. 3:05-cv-255-TMB-JDR |

**AFFIDAVIT OF JOHN C. PHARR**

STATE OF ALASKA        )
                       ) ss.
THIRD JUDICIAL DISTRICT )

I, JOHN PHARR, depose and state as follows:

1. I am attorney for plaintiff herein.

2. Petitioner's briefing on the remaining grounds was due September 1, 2006, in accordance with the court's order of August 23, 2006.

3. This briefing schedule turned out to be too optimistic for my schedule, as I had to prepare for and attend a three-day bitterly contested hearing on my late father's estate on August 28, 29 & 30, 2006, in New Castle, PA. This hearing, in which I

represented myself, and an attorney represented by brother and sister (even though we are all on the same side), was physically and emotionally draining.

4.  Upon my return on the "red-eye" on the night of August 30, 2006, I had to get up to try a one-day trial on August 31, 2006, in Palmer Superior Court in <u>Lynn Knutson v. Dale Weeks</u>, Case No. 3PA-05-875 CI.

5.  I then had to get ready for a four-week trial which is currently underway in Anchorage Superior Court in <u>Ruth Ayuluk v. Red Oaks Assisted Living, Inc., et. al.</u>, Case No. 3AN-01-9443 CI. This started September 11, 2006.

6.  I also have two time-consuming briefs due, only one of which is completed at this point. I fell behind in my work, and incorrectly assumed that I could file the brief involved in this case a day or two late, a deadline has been subject to continued slippage.

7.  I would like to spend some time preparing the brief in this case, and I am beleaguered at the moment. I expect to be able to do it by Monday, October 2, 2006. This should not impact the existing briefing schedule.

8.  In addition, my client wants to review any briefs, as he made clear in the last hearing, so I have to arrange for that.

9.  There have been no previous requests for extension of time on this brief.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

DATED at Anchorage, Alaska, this 18th day of September 2006.

      LAW OFFICES OF JOHN C. PHARR
      Attorneys for Plaintiff, Robert Davis

    By: ____s/John C. Pharr_____
      John C. Pharr, Esq.,
      Alaska Bar No. 8211140

SUBSCRIBED AND AFFIRMED before me this 18th day of September 2006, at Anchorage, Alaska.

      _____s/Sharon R. Leippi_____
      Notary Public in and for Alaska
      My commission expires: June 8, 2010

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on
September 18, 2006, a copy
of the foregoing was served
electronically:

Timothy W. Terrell
Office of Special Prosecutions and Appeals
tim_terrell@law.state.ak.us

s/John C. Pharr