Law Offices of John C. Pharr
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/272-2525
Fax: 907/277-9859
E-mail: jpharr@gci.net
AK # 8211140

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ROBERT O. DAVIS, III, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FRANK LUNA, )<br>)<br>Defendant. )<br>_____) | Case No. 3:05-cv-255-TMB-JDR |

**BRIEF REGARDING REMAINING GROUNDS**

COMES NOW PLAINTIFF ROBERT O. DAVIS, III by and through his attorney of record JOHN C. PHARR of the LAW OFFICES OF JOHN C. PHARR, and briefs the remaining ground of his 2255 Petition for consideration by the court.

The second and third grounds were dismissed for failure to exhaust state remedies. The remaining ground is sufficiency of the evidence, and the court queried how this differs from the grounds that were dismissed.

The dismissed grounds concerned petitioner's inability to either call Officer Bennett as a witness in his Anchorage trial by telephone or by flying him from Nome. The remaining ground,

by contrast, more generically concerns the sufficiency of the evidence to convict:

> In order for the State of Alaska to convict Mr. Davis of these crimes [Misconduct Involving a Controlled Substance in the Third Degree, AS 11.71.030(a)(1)], it had to prove beyond a reasonable doubt that Mr. Davis knowingly delivered cocaine or possessed cocaine with intent to distribute.
>
> The State failed to prove each element of the offenses...Because of this, the Superior Court should have granted Mr. Davis' motion for a judgment of acquittal.
>
> *    *    *
>
> None of the police officers testified that they saw Mr. Davis with cocaine or any other drugs. The State's entire case rests upon the testimony of Mr. Jeremy Fish. Mr. Fish is the only witness that testified that he saw Mr. Davis with cocaine. Without Mr. Fish's testimony, the State has no case against Mr. Davis.

>Athena Soder, the mother of Mr. Fish's daughter, testified as to his poor character and drug use.
>
>Defense witnesses Darryl Cash and Brandon May testified that they were present with Mr. Davis on the evening of February 20, 2001, and that they did not see any drugs.
>
>Even though the evidence, and all inferences, must be viewed by this Court in the light most favorable to the State of Alaska, no reasonable jury could have concluded that Mr. Fish was telling the truth...

Appellant's Brief, <u>Robert O. Davis III v. State of Alaska</u>, Court of Appeals No. A-08308, pages 14-16 (State Exhibit A-1, filed March 6, 2006).

Thus, the remaining ground is distinct from the dismissed grounds, and briefing should proceed.

DATED at Anchorage, Alaska, this 2nd day of October 2006.

    LAW OFFICES OF JOHN C. PHARR

    s/John C. Pharr
    Attorney for Plaintiff
    Robert O. Davis, III
    733 W. 4th Ave, Suite 308
    Anchorage, Alaska 99501
    Phone: 907/272-2525
    Fax: 907/277-9859
    E-mail: jpharr@gci.net
    AK # 8211140

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on
October 2, 2006, a copy
of the foregoing was served
electronically:

Timothy W. Terrell
Office of Special Prosecutions and Appeals
tim_terrell@law.state.ak.us

s/John C. Pharr