Timothy W. Terrell
Assistant Attorney General
State of Alaska, Dept. of Law
Office of Special Prosecutions
   and Appeals
310 K St., Suite 308
Anchorage, Alaska 99501
Telephone: (907) 269-6250
Facsimile: (907) 269-6270
Email: Tim_Terrell@law.state.ak.us

Attorney for Respondent Luna

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ROBERT O. DAVIS III,<br><br>              Petitioner,<br><br>     vs.<br><br>FRANK LUNA, Warden,<br>Florence Correctional Center,<br><br>              Respondent. | Case No. 3:05-cv-00255-TMB<br><br>RESPONSE TO STATEMENT<br>OF REMAINING GROUNDS |

       This court issued a minute order on August 23, 2006, following a status hearing of that same date, directing petitioner's newly-appointed counsel, John Pharr, to file a statement of the remaining claims that need to be briefed. [Docket No. 46] On October 2, 2006, Mr. Pharr filed his "Brief Regarding Remaining Grounds," stating that the

remaining claim that needed to be briefed was that there was insufficient evidence to support Davis's state-court conviction.  The state concurs that this is the only remaining claim presented in this case and that that issue should proceed to briefing.  The undersigned intends to file a motion for summary disposition at such time as his litigation caseload permits or at any specific time set by the court.

Dated November 27, 2006, at Anchorage, Alaska.

DAVID W. MÁRQUEZ
ATTORNEY GENERAL

s/ Timothy W. Terrell
   Assistant Attorney General
   Office of Special Prosecutions
      and Appeals
   310 K Street, Suite 308
   Anchorage, Alaska 99501
   Telephone: (907) 269-6250
   Facsimile: (907) 269-6270
   email:Tim_Terrell@law.state.ak.us
   Alaska Bar No. 9011117

**Certificate of Service**

I certify that on November 27, 2006, a copy of the foregoing Response to Statement of Remaining Grounds was served electronically on John C. Pharr.

s/ Timothy W. Terrell