IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

| | |
|---|---|
| STATE OF ALASKA,<br><br>    Plaintiff,<br><br>vs.<br><br>ROBERT O DAVIS III,<br>DOB: 1/28/1968<br>APSIN ID: 6361752<br>ATN: 103-002-696<br><br>    Defendant. | FILED IN OPEN COURT<br>Date: 7-2-01 |

No. 3AN-S01-1717 CR

## INDICTMENT

I certify this document and its attachments do not contain the (1) name of a victim of a sexual offense listed in AS 12.61.140 or (2) residence or business address or telephone number of a victim of or witness to any offense unless it is an address identifying the place of a crime or an address or telephone number in a transcript of a court proceeding and disclosure of the information was ordered by the court.

The following counts charge a crime involving DOMESTIC VIOLENCE as defined in AS 18.66.990: NONE

Count I - AS 11.71.030(a)(1)
Third Degree Misconduct Involving A Controlled Substance
Robert O Davis - 001

Count II - AS 11.71.030(a)(1)
Third Degree Misconduct Involving A Controlled Substance
Robert O Davis - 002

Count III - AS 11.71.030(a)(1)
Third Degree Misconduct Involving A Controlled Substance
Robert O Davis - 003

Count IV - AS 11.71.030(a)(1)
Third Degree Misconduct Involving A Controlled Substance
Robert O Davis - 004

DISTRICT ATTORNEY, STATE OF ALASKA
310 K STREET, SUITE 520
ANCHORAGE, ALASKA 99501
(907) 269-6300

Exhibit A – 1

00001

THE GRAND JURY CHARGES:

### Count I

That on or about February 8, 2001, at or near Anchorage in the Third Judicial District, State of Alaska, ROBERT O DAVIS knowingly manufactured or delivered any amount of a schedule IIA or IIIA controlled substance, cocaine.

All of which is a class B felony offense being contrary to and in violation of AS 11.71.030(a)(1) and against the peace and dignity of the State of Alaska.

### Count II

That on or about February 20, 2001, at or near Anchorage in the Third Judicial District, State of Alaska, ROBERT O DAVIS knowingly manufactured or delivered any amount of a schedule IIA or IIIA controlled substance, cocaine.

All of which is a class B felony offense being contrary to and in violation of AS 11.71.030(a)(1) and against the peace and dignity of the State of Alaska.

### Count III

That on or about February 21, 2001, at or near Anchorage in the Third Judicial District, State of Alaska, ROBERT O DAVIS knowingly manufactured or delivered any amount of a schedule IIA or IIIA controlled substance, cocaine.

All of which is a class B felony offense being contrary to and in violation of AS 11.71.030(a)(1) and against the peace and dignity of the State of Alaska.

### Count IV

That on or about March 1, 2001, at or near Anchorage in the Third Judicial District, State of Alaska, ROBERT O DAVIS knowingly manufactured or delivered any amount of a schedule IIA or IIIA controlled substance, cocaine.

DISTRICT ATTORNEY, STATE OF ALASKA
310 K STREET, SUITE 520
ANCHORAGE, ALASKA 99501
(907) 269-6300

Exhibit A – 2

00002

All of which is a class B felony offense being contrary to and in violation of AS 11.71.030(a)(1) and against the peace and dignity of the State of Alaska.

DATED this 2 day of July P.C., 2001 at Anchorage, Alaska.

A true bill

_Paula E. Cau_          _[signature]_
Grand Jury Foreperson          Assistant District Attorney

WITNESSES EXAMINED BEFORE THE GRAND JURY:

Officer Mark Laporte, 1382

DISTRICT ATTORNEY, STATE OF ALASKA
310 K STREET, SUITE 520
ANCHORAGE, ALASKA 99501
(907) 269-6300