IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

STATE OF ALASKA,

    Plaintiff,

vs.

ROBERT O. DAVIS III,

    Defendant.

Case No. 3AN-S01-1717 CR

DOB: 1-28-68
ID No: 6361752
ATN: 103-002-696

## JUDGMENT AND COMMITMENT

Defendant has been convicted upon a verdict of guilty

DV Offense Per AS 18.66.990(3) & (5) - No

| Count | Date of Offense | Offense | Statute Violated |
|---|---|---|---|
| I | 2-8-01 | Misconduct Involving a Controlled Substance 3rd | AS 11-71-030(a)(1) |
| II | 2-20-01 | Misconduct Involving a Controlled Substance 3rd | AS 11-71-030(a)(1) |
| III | 2-21-01 | Misconduct Involving a Controlled Substance 3rd | AS 11-71-030(a)(1) |
| IV | 3-1-01 | Misconduct Involving a Controlled Substance 3rd | AS 11-71-030(a)(1) |

Defendant came before the court on April 17, 2002 with counsel, Dennis James, and the District Attorney present.

IT IS ORDERED that the defendant is hereby committed to the care and custody of the Commissioner of the Department of Corrections for the following period(s).

State of Alaska v. Robert O. Davis, III
Case No. 3AN-01-1717 CR
Page 1 of 3

Exhibit B – 1

AS 12.55.090-.110
Crim. R. 32
App. R. 215

00089

Count I – Four (4) years – presumptive
Count II – Four (4) years – presumptive
Count III – Four (4) years – presumptive
Count IV – Four (4) years – presumptive

Time to be served concurrent.

Defendant to remand on April 26, 2002 if appeal is not filed.

SURCHARGE. IT IS ORDERED that the defendant pay the following surcharge within 10 days

| Count | Surcharge Amount |
|-------|------------------|
| I – IV | $100 |

Upon application, the court may allow a defendant who is unable to pay the surcharge required, to perform community work service under AS 12.55.055(c) in lieu of the surcharge.

Any appearance bond in this case is:
___ exonerated.
_X_ exonerated when defendant reports to the jail to serve the sentence.

_____                    _____
   Effective Date                              Dan A. Hensley
                                              Superior Court Judge

## NOTICE TO DEFENDANT

<u>Sentence Appeal</u>. If you are ordered to serve more than two years in jail, you may appeal the sentence tot the court of appeals on the ground that it is excessive. Your appeal must be filed within 30 days of the date of distribution stated below. If you are sentenced to serve two years or less in jail, you may seek review of your sentence by filing a petition for review in the Supreme Court. To do this, you must file a notice of intent to file a petition for sentence review within 10 days of the date of distribution stated below. See Appellate Rules 215 and 403(h) for more information on time limits, procedures and possible consequences of seeking review of your sentence.

State of Alaska        bert O. Davis        Exhibit B – 2        AS 12.55.090-.110
Case No. 3AN-           17 CR                                      Crim. R. 32
                                                                   App. R. 215       00090

I certify that on ____1/25/02____
a copy of this judgment was sent to:

_✓_ K. Brady
_✓_ D. James
_✓_ DOC

_____
Secretary/Clerk

I certify that on _____
a copy of this judgment was sent to:

__ Jail         __ Probation Officer
__ DOC        __ DPS-Juneau
__ Data       __ DPS-Fingerprint Sec.
__ Term.      __ Defendant,
__ Off. Loc.       through _____
__ Exhibit Clerk

_____
Clerk

State of Alaska v. Robert O. Davis, III
Case No. 3AN-01-1717 CR
Page 3 of 3

Exhibit B – 3

AS 12.55.090-.110
Crim. R. 32
App. R. 215

00091