3AN-01-1717 CR

| | |
|---|---|
| 1 under investigation. That's what the police have told | 1 Q So you were not paying any taxes on that? |
| 2 me. | 2 A No, I was not. |
| 3 Q To your knowledge, nothing has happened to that? | 3 Q All right. Now, you indicated another place you were |
| 4 A Well, it's under investigation. | 4 working? |
| 5 Q Okay. And that was in September, and here we are in | 5 A Yes. |
| 6 November, correct? | 6 Q Okay. I'm sorry, let me stop there, how long did you |
| 7 A Correct. | 7 work for this under the table at $10..... |
| 8 Q All right. The drive-by shooting where the casing was | 8 A That was only two months. |
| 9 found, anything happen with that case? | 9 Q Two months? How much did you make? |
| 10 A Well, it's -- it's all under investigation. | 10 A I don't know. |
| 11 Q Everything is under investigation? | 11 Q You don't know -- any idea how much money you made, |
| 12 A Yeah. | 12 it's..... |
| 13 Q All right. But you -- you don't expect anything to | 13 MS. BRADY: Objection, Your Honor. Relevance? |
| 14 happen with regard -- in regards to you from any of | 14 THE COURT: Overruled. |
| 15 those investigations? | 15 Q My question is how much money you made at the |
| 16 A Excuse me? | 16 construction job working under the table at $10 an |
| 17 Q You do not expect anything to happen to you regarding | 17 hour? You worked for two months? |
| 18 those investigations? | 18 A Right. I don't know. I probably pulled about maybe |
| 19 A To me? | 19 $1,000. |
| 20 Q Correct. | 20 Q Total? |
| 21 A It matters -- it matters what the investigators, you | 21 A Yeah. |
| 22 know, if the investigators think I'm guilty, then I'll | 22 Q So in two months, you worked 100 hours, if you worked |
| 23 probably have to go to court and prove myself innocent. | 23 $10 an hour? |
| 24 Q All right. So they do matter to you? | 24 A Yeah. |
| 25 A Yes, they matter to me. | 25 Q Okay. |
| Page 302 | Page 304 |

| | |
|---|---|
| 1 Q All right. Now let's go back to Nome, if we may. You | 1 A It was part-time. |
| 2 indicated that -- I'm sorry I'm stepping away from the | 2 Q All right. You indicated another place you worked, |
| 3 mike -- you indicated -- we're going back to Nome, all | 3 please, Carrs, I believe...... |
| 4 right? | 4 A At Hansen's. |
| 5 A Okay. | 5 Q Hansen's? |
| 6 Q Okay. You indicated that you had been to Nome for | 6 A Yeah. |
| 7 about four months, right? | 7 Q Okay. Hansen's, let's deal with Hansen's. What is |
| 8 A Right. | 8 Hansen's? |
| 9 Q Okay. What were you doing in Nome? | 9 A It's Carrs. |
| 10 A I was working. | 10 Q Carrs? All right. And what did you do there, please? |
| 11 Q Doing what? | 11 A I was a stocker. |
| 12 A I was working under -- under the table construction. I | 12 Q Stocker? All right. And how long did you work there? |
| 13 also worked at Carrs. And I also worked at the Glue | 13 A Probably about three and a half months. |
| 14 Pot. And I also worked at Twin Dragon. | 14 Q Okay. All right. And how much do you -- were you paid |
| 15 Q Okay. | 15 an hour there? |
| 16 A I held two -- two jobs for over two and a half months. | 16 A $8.50. |
| 17 Q I kind of want to -- you're moving a little a faster | 17 Q Was that union that was -- was that a union job? Do |
| 18 than my hand is writing. | 18 they -- are they union? |
| 19 A Okay. | 19 A Excuse me? |
| 20 Q All right. You worked construction? | 20 Q Are they union? |
| 21 A Yes, I did. | 21 A I don't know. |
| 22 Q What kind of construction did you work? | 22 Q All right. But that was on top of the table money, |
| 23 A It's clean up, construction clean up. | 23 right? |
| 24 Q Okay. How much were you making an hour? | 24 A Yeah. I got taxed. |
| 25 A I was only making $10 underneath the table. | 25 Q All right. The next job you had, please? |
| Page 303 | Page 305 |

3AN-01-1717 CR

State v. Robert Davis
November 15, 2001

1 A  Twin Dragon.
2 Q  And what is the Twin Dragon?
3 A  Dishwasher.  It's a food place.
4 Q  Okay.  And how much were you making there?
5 A  $10.
6 Q  All right.  Were you paid on top of the table?
7 A  Yeah.
8 Q  All right.  How long did you work there?
9 A  Probably about a month.
10 Q  Okay.  Let me -- how much did you make with them?
11 A  I don't know, probably about $700.
12 Q  Okay.  How much did you make with Carrs, going back to
13    Carrs?
14 A  Probably about $1,800.
15 Q  Okay.  And I believe there was a fourth place?
16 A  Yeah.  Glue Pot (ph).
17 Q  Glue Pot (ph)?
18 A  I was a cook.  I made $10 an hour.
19 Q  All right.  And how long did you work for them?
20 A  Probably about a month.
21 Q  And how much did you make?
22 A  $10 an hour.
23 Q  I mean.....
24 A  Total?  I don't know, probably about 500 bucks.  I
25    didn't work too much.  It was only nights, on Fridays

Page 306

1    you have a child, you have a legal obligation generally
2    to support that child.....
3    MS. BRADY:  Objection, Your Honor.  This calls for a
4 legal conclusion.
5    THE COURT:  Just ask the conclusion.
6 Q  All right.  Do you have a -- do you understand a legal
7    obligation?  Can someone make you pay to support that
8    child?
9 A  No.
10 Q  And how old is that child?
11 A  She just turned two.
12 Q  Two?
13 A  Yeah.
14 Q  All right.
15 A  She was only almost a year old when we were -- when we
16    were in Nome.
17 Q  All right.  Okay.  Going back to Nome, now we were up
18    there for about four and a half months, correct?  All
19    right.  You left the 27th of January, would you agree
20    with that.....
21 A  Yeah.
22 Q  .....on the night, the midnight flight, or the night
23    flight?
24 A  Yeah.
25 Q  Okay.  So that would mean that you were there in

Page 308

1    and Saturdays.
2 Q  All right.  Where did you live in Nome?
3 A  I lived with my girlfriend's mother, and then I got my
4    own place.
5 Q  When did you get your own place?
6 A  Probably about two months after we had enough money to
7    be saved up and all that.  I was the only one working.
8 Q  Okay.  So you were the sole supporter of you and your
9    girlfriend?
10 A  And your daughter.
11 Q  Okay.  Is that your daughter?
12 A  Yeah.
13 Q  By.....
14 A  Not my blood, but that's my daughter.
15 Q  Do you have a legal obligation.....
16 A  Yeah.
17 Q  Okay.  Are you married, is that how you have.....
18 A  No.  What do you mean, legal?
19 Q  Okay.  My question is, if it's not your blood.....
20 A  Right.
21 Q  .....all right, and you're not married, and you say
22    it's your daughter?
23 A  Yeah.
24 Q  And I asked you if you have a legal obligation and you
25    said yeah, or yes, the law, and I'm not going to -- if

Page 307

1    January, December, November, October, and possibly some
2    of September, would you agree with that?
3 A  Yeah.  We left September like 30th.
4 Q  Left where, please?
5 A  Left Anchorage.
6 Q  Okay.  So you were there from September 30 through
7    January 27?  Approximately September 30?
8 A  Yeah.
9 Q  Okay.  And during that time, we've covered all the
10    places that you worked, which would have been under the
11    table, you made $1,000?  You think you made about
12    $1,800.....
13    MS. BRADY:  Objection, Your Honor.  Asked and answered.
14    THE COURT:  I don't know what the question is.
15    MR. JAMES:  I'm just getting a total of the.....
16 Q  How much did you make total?
17    THE COURT:  The objection is.....
18 A  I don't know.
19    THE COURT:  .....is sustained.
20    MR. JAMES:  Thank you.
21 Q  How much money did you make, total?
22    THE COURT:  The objection is sustained.
23 Q  How much did you pay for rent?
24 A  I don't know.  I -- I gave her mother probably -- like
25    I gave her $400 when we left her house.  But we, you

Page 309

**3AN-01-1717 CR**

| | |
|---|---|
| 1 | know, we put groceries in and stuff. And then for rent |
| 2 | over at the other place, it was $850 a month. |
| 3 Q | $850? And how long did you live at the other place, |
| 4 | please? |
| 5 A | Probably about two months. |
| 6 Q | Okay. So that -- all right. And how much did you pay |
| 7 | for groceries? How much..... |
| 8 A | It's pretty expensive. It's expensive there. |
| 9 Q | All right. Would you please tell me how much you paid |
| 10 | for groceries? |
| 11 A | I don't know how much I paid for groceries. |
| 12 Q | Okay. Do you know how much a month you paid for |
| 13 | groceries? |
| 14 A | No, I don't. I ate -- I worked at -- I mean, my |
| 15 | girlfriend and my daughter would eat food, but I -- I |
| 16 | worked at fast food restaurants. I mean, I worked at, |
| 17 | you know, I don't know -- and I worked at places where |
| 18 | I could eat. So I really didn't eat too much. |
| 19 Q | Okay. Now, on the 25th of January, as you went in -- |
| 20 | did you live in the AC apartments? |
| 21 A | No, I did not. |
| 22 Q | You had no business being in there, did you? |
| 23 A | No, I did not. |
| 24 Q | All right. So you went in the AC apartments and |
| 25 | started checking doors to see if they were locked, |

Page 310

| | |
|---|---|
| 1 A | No, I did not. |
| 2 Q | You didn't? Okay. And he called you a couple of times |
| 3 | to come on into the officer before you actually came |
| 4 | in, correct? |
| 5 A | He called me and I came in. |
| 6 Q | Okay. You came in and he confronted after you -- you |
| 7 | made the denials. He confronted you with the facts, |
| 8 | and you then admitted to the burglary, right? |
| 9 A | Right. He asked me who all was involved. I told him |
| 10 | it was me and another guy. |
| 11 Q | And who is a juvenile, which we can't mention here, |
| 12 | correct? |
| 13 A | Right. It was a juvenile. |
| 14 Q | All right. So..... |
| 15 A | He was a white guy. |
| 16 Q | All right. And when you were going out of the |
| 17 | apartment, you ran out of that apartment building, |
| 18 | didn't you, because the landlady said, hey, that's |
| 19 | going on, and you responded, we didn't go in your place |
| 20 | or something to that effect? |
| 21 A | Right. I didn't run out. I just told her that -- that |
| 22 | -- I didn't say that, I didn't go in the place. I |
| 23 | think it was the guy who was with me said he didn't go |
| 24 | in the place. |
| 25 Q | All right. So Officer Bennett then contacts you, and |

Page 312

| | |
|---|---|
| 1 | correct? |
| 2 A | Yes. |
| 3 Q | All right And, unfortunately, or one of those doors |
| 4 | was unlocked, correct? |
| 5 A | Yes. |
| 6 Q | All right. You then entered that apartment, didn't |
| 7 | you? |
| 8 A | Yeah. |
| 9 Q | All right. And you entered that apartment and you |
| 10 | stole the money that was -- that you could see there, |
| 11 | didn't you? |
| 12 A | Yes. |
| 13 Q | All right. Now you were contacted -- do you know |
| 14 | Officer Daniel Bennett? |
| 15 A | Yes, I do. |
| 16 Q | All right. And he works for the Nome Police |
| 17 | Department, does he not? |
| 18 A | Yes, he does. |
| 19 Q | All right. And he contacted you, right? |
| 20 A | Yes, he did. |
| 21 Q | Okay. And you told him you had nothing to do with it, |
| 22 | right? |
| 23 A | Yes, I did. |
| 24 Q | All right. And then you tried to put it on to some |
| 25 | Native fellow, right? |

Page 311

| | |
|---|---|
| 1 | you tell him that you had nothing to do with it? |
| 2 | MS. BRADY: Objection. Asked and answered. |
| 3 | THE COURT: Sustained. |
| 4 Q | All right. And he confronts you..... |
| 5 | MS. BRADY: Objection. Asked and answered. |
| 6 | MR. JAMES: She doesn't even know what I've confronted |
| 7 | him with yet. |
| 8 | THE COURT: Okay. Ask the question. |
| 9 Q | Confronted you with facts, and you admitted to the |
| 10 | burglary, correct? |
| 11 A | Yes. |
| 12 Q | All right. And then you wanted to make a deal, you |
| 13 | asked -- as asked in direct, to contact the victim to |
| 14 | see if you could get out of it right? |
| 15 A | I asked if -- if I could talk to the lady, because she |
| 16 | said it was $100 that was taken, and there was only $7 |
| 17 | taken off the table. I felt I was -- I was -- I was |
| 18 | under the influence of alcohol, so I wanted to make my |
| 19 | grievance with the lady. |
| 20 Q | So you thought you were getting ripped off as far as |
| 21 | the amount that you stole? |
| 22 A | Which -- which she said I stole, yes. I felt like she |
| 23 | was lying. |
| 24 Q | You did steal money though, right? |
| 25 A | Yes, I did. |

Page 313

3AN-01-1717 CR

1 Q   All right.  You just disputed the amount?

2 A   Yes.

3 Q   All right.

4 A   $7.

5 Q   Okay.  So given these facts then, you and Officer
6     Bennet enter into a deal of some type, wherein he is
7     going to go talk to the DA if you will turn and work
8     for the Nome Police Department as a buyer of illicit
9     contraband, correct?

10 A  Yeah.  He -- he wanted a drug bust in Nome, Alaska, and
11    it -- it was kind of like I -- I kind of made a point
12    to the guy.  I told him I didn't know nobody there who
13    did dope.  And then I lied to the guy and told him that
14    I did.  And I was -- I -- I lied pretty much a lot to
15    that guy.  And then he expected something from me that
16    I couldn't deliver to him, so I left.

17 Q  Okay.  So you lied to the cop?

18 A  Yeah.

19 Q  And then he set up a meeting for you to meet back with
20    him to kind of solidify the situation, and in the
21    interim period, you fled Nome and went to Anchorage?

22 A  Well, he told me he wanted to see a drug bust.  He said
23    that that's what they like to see there in Nome.  And,
24    you know, so he -- that was my option.  He wanted a
25    drug bust.  He told me that he knew that I knew

Page 314

1     somebody who did dope, which I didn't.  And so I came
2     back to Anchorage where I know people who serve dope.
3     If that's the only way my charge was going to get
4     lifted off of my thing, then that's just where I came.
5     And that's what I did.

6 Q   Okay.  You told him you didn't want to go to jail, and
7     that's why you would work for him, right?

8 A   That's right.

9 Q   Okay.

10 A  I didn't want to get a felony for seven bucks.

11 Q  Okay.  Who is Jeffrey Scalamana [sic]?

12 A  Sakamano (ph)?

13 Q  Pardon, please?

14 A  Jeffrey Sakamano (ph).

15 Q  Sakamano (ph)?

16 A  Yeah.

17 Q  All right.  Did you not tell Officer Bennett that you
18    had bought on two occasions.....

19 A  Yeah, I lied to him.

20 Q  Okay.

21 A  I told him I bought dope off of him.  I never bought
22    dope off the kid.  He's just -- he was just a punk, and
23    everybody thought he was a punk.  So I made him think
24    that everybody was right about the kid.

25 Q  Who is Jeffrey -- Jerry Patton [sic]?

Page 315

1 A   Jerry Paton?

2 Q   Paton (ph).

3 A   Well, that was just a guy, when I -- when I moved
4     there, he was -- he was the one who -- who had bud.
5     And I think the police kind of knew that he was the one
6     who had bud.  And he got caught with something, and he
7     snitched on some people, and he was out, and he was --
8     he was like out at his mom's house all the time.  And I
9     told the police that I bought dope off of that guy too.
10    But I never bought no dope in Nome.

11 Q  Okay.  You told them that you had purchased cocaine
12    twice from him, right?

13 A  Yeah.  That's what I said.

14 Q  And Ernie Butler, you told them that you could buy
15    cocaine from Ernie Butler too, didn't you?

16 A  Right.

17 Q  Who is Ernie Butler?

18 A  I -- I was -- there's -- it's -- Nome is so small, you
19    know, you know everybody.  I really didn't even -- I
20    was just saying names and telling him what he wanted to
21    hear.

22 Q  All right.  On the 26th then you had contact with
23    Officer Bennet again, didn't you?

24 A  On the 26th?

25 Q  January 26th?

Page 316

1 A   Yes.

2 Q   Okay.  And you told him that there was going to be a
3     large shipment coming in on Saturday and would not be
4     available until Sunday the 28th?

5 A   Right.

6 Q   All right.  And then on the 27th, you had contact with
7     the officer, and you indicated you were -- you were
8     moving into another location?

9 A   Yeah.  I told him that I was -- I was moving to a
10    different apartment.

11 Q  Yeah.  And that was a lie, wasn't it?

12 A  Yes, it was.

13 Q  All right.  Okay.  And then are you telling us now that
14    this -- the statements you made, all the statements
15    you've made to Officer Bennett were lies?

16 A  Yes, they were.

17 Q  Okay.  But he wouldn't let me work off my charges in
18    any other way.  So I told him what he wanted to hear,
19    because that's what he wanted.  He wanted drug busts.
20    I didn't know where to give a drug bust at.  You know,
21    if I would have known people in Nome that did drugs, I
22    damn sure would have turned them in before I came back
23    to Anchorage and turned somebody in.

24 Q  All right.  Now he didn't tell you he was going to fix
25    it, he said he would talk to the DA and the DA was

Page 317

**Page 318**

1  going to make the decisions, right?
2 A  Well, he told me that if I worked with them, everything
3    would be all right.
4 Q  What do you mean, all right?
5 A  All right. My charges would be dismissed. He said he
6    would overlook it, like it never happened.
7 Q  Okay. He would overlook it. So he was.....
8 A  He was the officer who had the case. And he's the one
9    who told me that if I brought him somebody who was
10   doing drugs, he said, I would have at least three
11   people, and that's why I gave three names.
12 Q  Okay. Didn't he tell you that if he was going to go
13   the district attorney, John Vacek, and review the
14   information you supply, and if the DA decided, then the
15   DA may not bring the charges against you?
16 A  Right. Something like that.
17 Q  Okay. So, in fact, it wasn't Officer Bennett then, it
18   was someone higher up that was going to make that
19   decision, which is called the district attorney in
20   Nome, right?
21 A  Yeah. I didn't know all that stuff. This was my first
22   time ever dealing with any of this. And he made it
23   sound that he would make the charge disappear. That's
24   -- that's what my interpret [sic] of everything that we
25   talked about, in -- on and off tape, that was my

**Page 319**

1    predicament on all of it. He told me it -- it would be
2    gone.
3 Q  And are you telling us that this is your first -- in
4    January was your first experience.....
5 A  Yeah, with the whole DA.....
6 Q  .....in the criminal justice......
7 A  Yes.
8 Q  In the criminal justice system?
9 A  Not in the criminal justice system.
10 Q  All right.
11 A  Dealing with the DA, yes. And this type of court
12   system, yeah.
13 Q  Never dealt with the DA before?
14 A  No, I have not.
15 Q  Okay. Now on the 6th of January -- or excuse me, of
16   February, you were arrested in Anchorage, weren't you?
17 A  The 5th of what?
18 Q  The 6th of February. You were arrested in Anchorage,
19   weren't you? And bail was set at $5,000 on a bench
20   warrant out of Nome, Alaska for burglary?
21 A  I turned myself in. I wasn't arrested. I turned
22   myself in.
23 Q  Did you go to the jail?
24 A  I went to the police station.
25 Q  All right.

**Page 320**

1 A  I called, and they told me that they were going to put
2    my -- they were going to arrest my girlfriend as an
3    accomplice, with -- to leaving with me to Nome and put
4    my daughter in DFYS care. So I figured, you know, I
5    ain't going to put my daughter and my little girl
6    though it, so I turned myself in, because it was me.
7 Q  Who told you that?
8 A  Who -- who told me what?
9 Q  What you just said. That someone was going to arrest
10   your girlfriend.....
11 A  That was Officer Bennett.
12 Q  How would Bennett know where you were?
13 A  Because I had to call him. He called my girlfriend.
14   My girlfriend had got a job when she came here. She
15   got her CNA license when she was in Nome. And.....
16 Q  Okay. What.....
17 A  .....she had to get a reference.
18 Q  What is a CNA license?
19 A  It's a certificate -- certified nurse assistant.
20   That's probably -- that's another reason why went to
21   Nome, because school there is cheaper.
22 Q  And how would Officer Bennet have known.....
23 A  Because she had to get a reference from the hospital
24   that she worked with in Nome. And when she called to
25   get that reference, it was known in Nome, because Nome

**Page 321**

1    is so small, that, you know, I fled. And that it was
2    in the Nome Nugget that I robbed a house. And they
3    went to -- my girlfriend's worked to called to get a
4    reference, the police called and gave -- the hospital
5    at Nome gave the police my girlfriend's number. They
6    called my girlfriend, and they told her all that. And
7    they gave me the number to call him at. I called him
8    up, and he told me the exact same thing he told my
9    girlfriend.
10 Q  All right. And -- so then you say you went to the
11   police department?
12 A  An hour after I got off the phone, I turned myself in.
13 Q  All right. And -- so you -- on the 6th of February,
14   you were in the police department. What happened then?
15 A  I can't really remember.
16 Q  All right. Do you remember being arraigned on the 7th
17   of February before Judge Finn?
18 A  Yes.
19 Q  All right. And the state at that time -- bail was set
20   at $5,000, wasn't it?
21 A  Yes, it was.
22 Q  All right. And what happened between February 6th and
23   February 7th?
24 A  I got -- I was out.
25 Q  You were out? No one -- you never posted any bail?

1 A   No.

2 Q   So they -- the Anchorage Police Department ignored
3        the.....

4 A   No.  I got -- I wasn't -- I didn't get let out on bail.
5        I was let out on my own recognizance.

6 Q   All right.

7 A   I believe that's how it went.

8 Q   Okay.  So the -- as far as you know, the Anchorage
9        Police Department had a warrant for your arrest out in
10       Nome, right, dated the 31st.....

11 A   I had a bench warrant out at Nome for my arrest, right.
12       They -- they were going to send me back.

13 Q   Issued on the 31st of January?  You received a copy of
14       that, correct, from the judge?

15 A   A bench warrant?

16 Q   The warrant.

17 A   Yes, I did.

18 Q   Okay.  So you know that the 31st of January, things
19       were happening in Nome.  The 6th of February, you
20       turned yourself in to APD.  My question is what
21       happened -- and are you telling me that they just let
22       you go with a $5,000 arrest warrant?

23 A   Yes.

24 Q   All right.  So they ignored the Nome arrest warrant?

25 A   They didn't ignore the Nome arrest warrant.

Page 322

1 Q   They didn't arrest you.

2 A   Well, they -- I got arrested, and then they let me out
3        on my own recognizance.  I don't know why.

4 Q   All right.  Did you ever post the $5,000?

5 A   No, I did not.

6 Q   All right.  And then you went -- do you remember going
7        in front of Judge Finn, who is a lady judge?

8 A   No.

9 Q   All right.  How about Judge Rhodes, who is another lady
10       judge?

11 A   I don't know.

12 Q   How about Judge Wanamaker, who is another -- well,
13       he's -- he's a male judge?

14 A   No.

15 Q   Okay.  You don't remember these things happening the
16       first week in February?

17 A   No, I don't.

18 Q   Okay.  Now did -- who did you talk to, Officer Percel
19       (ph) or some -- Perell (ph), or something like that, on
20       the 6th, is that correct?

21 A   Excuse me?

22 Q   On the 6th of February, okay, we're -- focus on the 6th
23       of February with me.

24 A   Okay.

25 Q   All right.  You stated you went to the police

Page 323

1        department and you -- did you talk with anybody?

2 A   Yeah.

3 Q   All right.  Who did you talk with?

4 A   I talked to a lady cop.

5 Q   A lady cop?  All right.  What did this lady cop look
6        like?

7 A   She had blonde hair.

8 Q   All right.

9 A   Short, white girl.

10 Q   And was there any other police there?

11 A   Yeah, there was -- there was another girl cop there.  I
12       think -- and I think there was another -- there was all
13       girls.

14 Q   All right.  What did these all girls look like?  We
15       know one's a blonde and short.

16 A   One is a blonde, and one had brown -- darkish-brown
17       hair.  And I can't remember the other one.

18 Q   One short blonde one, brown hair, height?

19 A   Both tall and slim.

20 Q   Okay.  So there's two tall and slim, one short and
21       blonde?  Three -- three lady cops?

22 A   Yeah.

23 Q   All right.  Now, did you talk with anybody that
24       district attorney's office in Anchorage at that time?

25 A   No.

Page 324

1 Q   All right.  Did you talk -- after you talked to the
2        three lady cops, then you were let go and you.....

3 A   I was taken to jail.

4 Q   You were taken to jail?

5 A   Yeah.

6 Q   Okay.  Now, they took you to jail, which jail?

7 A   Cook Inlet.

8 Q   Cook Inlet?  All right.  And that's down on Third
9        Avenue, right?  Yes?

10 A   Yeah.

11 Q   Okay.  Because.....

12 A   Yes.

13 Q   .....it's being recorded.

14 A   Sorry.

15 Q   So that's right?  So how long were you in Cook Inlet?

16 A   I was 24 hours.

17 Q   Ah, okay.  So we weren't released, we were put in --
18       they effectuated the arrest warrant and an you went to
19       jail?

20 A   Oh, okay.

21 Q   So the next day.....

22 A   I was let out on my own recognizance.

23 Q   Well, you went to court, didn't you?

24 A   I went to -- is it court, or is it a hearing, a bail
25       hearing?

Page 325

**3AN-01-1717 CR**

1  Q  A bail hearing?
2  A  Right.
3  Q  All right.  Did they -- did you come -- leave Cook
4     Inlet, or did you stay in Cook Inlet?
5  A  I left Cook Inlet.
6  Q  Okay.  Where did you go?
7  A  To this courthouse.
8  Q  To this courthouse?  All right.
9  A  Yeah.
10 Q  And you went to an arraignment, did you not?
11 A  Arraignment, yeah.
12 Q  Okay.  And what happened at the arraignment?
13 A  I got let out on my recognizance.
14 Q  Then what happened was is they set the bail, and they
15    set it for a bail review?
16 A  No, they let me out on my recognizance, I believe.
17 Q  All right.  Do you remember what the judge looked like?
18 A  White.
19 Q  Male or female white?
20 A  I can't remember.
21 Q  All right.
22 A  I don't got a good memory.
23 Q  You don't have a good memory?  Okay.  That's fine if
24    you don't have a good memory.  All right.  So you get
25    out on your own recognizance.  Now who asked -- did you
                                                    Page 326

1     say, let me out on my own recognizance?
2  A  Yeah.
3  Q  And the judge said, right on, you're out of here?
4  A  No, she said, you're -- I don't know -- I got taken
5     back to Cook Inlet, and then I was released.
6  Q  Did anybody ask that you be released on your own
7     recognizance?
8  A  I think my girlfriend did.
9  Q  How about the district attorney?
10 A  I don't -- yeah, I guess, if they did.
11 Q  You were there.
12 A  I can't really remember.  I forgot.
13 Q  Okay.  So your girl -- you think your girlfriend asked
14    that you be allowed to be released on your
15    recognizance, and whoever the white judge was released
16    you out of Nome arrest warrant, $5,000, and cut you
17    loose?
18 A  Right.
19 Q  All right.  What happened then?  Now this is the 7th,
20    all right?  Okay.  The 6th, you got arrested.  The 7th,
21    you went to jail -- excuse me, the 6th, you went to
22    jail.  The 7th, you went to a courtroom, remember?
23 A  Yeah.
24 Q  Okay.  What happened after you were released on your
25    own recognizance?
                                                    Page 327

1  A  I left the -- I mean, I went back to Cook Inlet, and
2     then I got out.
3  Q  Okay.  And then what happened?
4  A  I don't know.
5  Q  All right.  Where did you go when you got out?
6  A  I can't remember.
7  Q  All right.  What time of day was it when you got out?
8  A  Probably about 6:00.
9  Q  All right.  WA sit light or dark outside?
10 A  It was light, lightish-dark.
11 Q  Okay.
12 A  It was getting dark.
13 Q  All right.  Now this is February 7th, right?  Okay.
14    You got out, you don't really remember what you did, is
15    that correct?
16 A  Correct.
17 Q  When is the first time you remember what you did?
18 A  I don't know.  What are -- what are you trying -- I --
19    I don't get what you're trying to say.
20 Q  Okay.
21 A  When's the first time I -- I remember a lot.  I just
22    don't remember a whole bunch.
23 Q  Okay.  Do you remember -- all right.
24 A  You -- you know.  I remember when you start telling me
25    stuff, I can remember.
                                                    Page 328

1  Q  You don't remember what you did when you got out of
2     jail on the 7th?
3  A  I went and talked to the police department on trying to
4     set up drug buys.
5  Q  Who did you talk to -- when did you do that?
6  A  I can't remember.
7  Q  Was it that day?
8  A  I don't think so.
9  Q  Okay.  Do you know what you did from the time you got
10    out of jail, which would have been Cook Inlet, correct?
11 A  Yes.
12 Q  All right.  On the 7th, but pretty much decided that's
13    when you got of jail, is that what your memory is?
14 A  Yeah, the next day.  I don't remember -- I didn't know
15    I went to jail on the 6th.  I didn't know that.
16 Q  You don't remember going to jail?
17 A  I remember going to jail.  I just didn't -- no, I don't
18    know the dates.
19 Q  Okay.  So -- but you're -- are you comfortable with the
20    idea that you got out of jail the same day that you
21    went to court?
22 A  Yes.
23 Q  When did you have contact with the police, that day?
24 A  I can't remember.
25 Q  Who did -- where did you have contact with the police
                                                    Page 329

State v. Robert Davis
November 15, 2001

Page 330

1  at?
2 A  At the police station.
3 Q  When police station?
4 A  Tudor. Tudor.
5 Q  Tudor? Okay. Who did you talk to?
6 A  Officer -- that guy right there.
7 Q  That guy right there?
8 A  Yeah.
9 Q  Okay. Do you know what his name is?
10 A  Officer Johnstone.
11 Q  Okay. And was it -- and when you went to the police
12  station, was it day light or night, or when was it?
13 A  Probably in the -- it was -- it was always usually done
14  at night.
15 Q  So it wasn't the 7th, you don't think, which would have
16  made it the 8th, or the next day, would that be
17  correct?
18 A  All right. I don't know exactly when I -- when was the
19  first time that I -- I went there and talked to the
20  police. I can't really remember that offhand. I don't
21  know that. I don't know the date. I remember it was
22  always at night though. It was usually -- it was
23  always at night time.
24 Q  Okay. So we have no idea when you talked to -- you
25  think it was Officer Johnstone, the first person you

Page 331

1  talked to when you got out of jail who was a policeman?
2 A  Right.
3 Q  Detective, cop, police, whatever you want to refer to
4  him as?
5 A  Right.
6 Q  Okay. What did you talk about?
7 A  I just -- I -- we just talked about -- I think he -- he
8  just -- they just wanted to know who I could buy dope
9  from.
10 Q  All right. Why did you go to talk to Officer Johnstone
11  on some unknown day? Why did you go to him?
12 A  Because that's what I was told to do.
13 Q  Who told you to do that?
14 A  The lady. She's the one who gave me the numbers, and
15  then like I was supposed to call. And I called, and
16  then they were like, well, you know, I'm not going to
17  -- she said that she's not the one I'm going to -- that
18  I was going to meeting with. I was going to be meeting
19  with, and then she told me the number. And then when I
20  went to the police station, I told them who I was there
21  to see. And they came out. And they -- they briefed
22  me. They told me who they were. And I was like, okay,
23  and I followed them back to the room. And they -- they
24  were telling me, you know, asking me question about how
25  I knew that sold dope.

Page 332

1 Q  Who was she?
2 A  That -- the lady with the blonde hair.
3 Q  All right. When did she say this?
4 A  I can't remember that.
5 Q  All right. You said that you were given some phone
6  numbers.....
7 A  I was given the phone number to the -- to the police
8  station.
9 Q  Okay. And what -- now you were -- you were in jail,
10  right, for a period of time, for the 6th and 7th, did
11  you try and call those numbers from jail?
12 A  No, I did not.
13 Q  All right. Did you ask to use a phone?
14 A  No, I did not.
15 Q  Why not?
16 A  Because I had nobody to call.
17 Q  You had the cops. Didn't you call the numbers that
18  this blonde cop had told you to call to make contact,
19  or arrange the situation?
20 A  No. It was all ready going to be done as soon as --
21  when I got out.
22 Q  Well, how did you know you were going to get out?
23 A  Because that's what I was told. They told me they were
24  working a deal with me. That if I -- if I did what
25  they wanted me to do that, you know, and then if it all

Page 333

1  came through and it worked out good, that this was --
2  I'd be let out.
3 Q  In other words, the success of this mission is
4  dependant -- you're dependant on the success of this
5  mission to walk?
6 A  To walk? To be free?
7 Q  To be free?
8 A  Yes. To get my charges dropped, yes.
9 Q  All right. So a lot hangs on this with you, doesn't
10  it?
11 A  No, it was a success.
12 Q  It was a success? You're here today, it's not a
13  success.
14 A  It was a success.
15 Q  Oh, in your mind, it was a success?
16 A  Yeah.
17 Q  Okay. So did the charges get dropped?
18 A  I don't know.
19 Q  In other words, you've got a burglary charge hanging
20  over your head, this was a success, you don't know
21  whether it was dropped or not?
22 A  Well.....
23 Q  You don't care, huh?
24 A  Well, they'll tell me.
25 Q  Oh, they'll tell you? When.....

| # | |
|---|---|
| 1 A | I care. |
| 2 Q | Okay. Now, you didn't -- how did you know that if |
| 3 | Bennett was your handler in Nome, how did you know that |
| 4 | Anchorage Police Department could control what Bennett |
| 5 | did in Nome, or what the court system did in Nome, if |
| 6 | you just said they had made representations they were |
| 7 | going to take care of this? |
| 8 A | How did I know? |
| 9 Q | Yes. |
| 10 A | Well, I just thought, you know, if they were going to |
| 11 | drop my charges for me giving away some kids that, you |
| 12 | know, that if I gave away a drug dealer that, you know, |
| 13 | that it -- it would be the same -- the same |
| 14 | circumstances if I gave away them. |
| 15 Q | Okay. So all these people in Nome are kids? |
| 16 A | Yeah. |
| 17 Q | Juveniles, kids? |
| 18 A | Yeah. |
| 19 Q | Okay. These crack dealers that you..... |
| 20 A | They're not crack dealers. They -- they never sold |
| 21 | dope. The all smoke weed, man. |
| 22 Q | Okay. |
| 23 A | There's no dope in Nome. |
| 24 Q | Okay. How do you know that? |
| 25 A | Because that's why they want drug busts. There's |

Page 334

| # | |
|---|---|
| 1 A | No, she had a job in Nome. |
| 2 Q | Okay. So you came back here to work for the Anchorage |
| 3 | Police Department? |
| 4 A | Yeah. If that's the only way my charges -- I didn't |
| 5 | know nobody there who did dope. |
| 6 Q | Okay. |
| 7 A | I didn't know. So I came back here to where I knew |
| 8 | people who did dope. |
| 9 Q | All right. |
| 10 A | Who sold dope. |
| 11 Q | And so your mission -- leaving Nome on the 27th was to |
| 12 | work for the Anchorage Police Department? |
| 13 A | No, it was trying to get away from everything. |
| 14 Q | Ah, okay. All right. So now, we're down to the -- you |
| 15 | indicated that Officer Johnstone was the person you |
| 16 | contacted, or made -- when you went to the police |
| 17 | station? |
| 18 A | I believe so. |
| 19 Q | Okay. |
| 20 A | Either him or LaPorte. |
| 21 Q | You said they were out there? |
| 22 A | Yeah. There was -- there was a couple cops, man. |
| 23 | There was cops all over the building. |
| 24 Q | All right. Anchorage Police Department, okay. I'm |
| 25 | more interested in who made contact with you, not the |

Page 336

| # | |
|---|---|
| 1 | Ecstasy, that's it. |
| 2 Q | How do you know there's Ecstasy? |
| 3 A | Because it's a small town. And if anything that |
| 4 | happens, like if you do two things, the next day, |
| 5 | they'll all -- everybody knows. Even if -- they just |
| 6 | know, man. It's small. If somebody steals a soda pop, |
| 7 | you know, they -- they know who stole the soda pop. |
| 8 Q | So did you do Ecstasy in Nome? |
| 9 A | I never done no Ecstacy. I've never done Ecstacy in my |
| 10 | life. |
| 11 Q | How do you know that they -- there's Ecstacy in Nome? |
| 12 A | Because it's a small town, man, and you know what's |
| 13 | going around. And the cop told me that there's Ecstasy |
| 14 | in town and I just know. |
| 15 Q | You just know? Okay. And if you knew there was no |
| 16 | coke in Nome, don't you think the cop would know |
| 17 | there's no coke in Nome? |
| 18 A | Well, I mean, there's coke, but just not through who I |
| 19 | knew. I mean, you know, I wasn't looking for it. I |
| 20 | didn't know who had it. I -- I didn't know, you know. |
| 21 | That's why I came back here. |
| 22 Q | I'm sorry, please? |
| 23 A | I said that's why I came back here. |
| 24 Q | You came back here because your girlfriend was going to |
| 25 | get a job back here, didn't you? |

Page 335

| # | |
|---|---|
| 1 | rest of the police department. |
| 2 A | The only people I -- I usually talked to either was |
| 3 | Officer Johnstone. There was Office LaPorte. And |
| 4 | there was an older cop, but I can't remember his name. |
| 5 Q | All right. The first time, you said they. You |
| 6 | identified Johnstone. |
| 7 A | And Officer LaPorte. That's the only two people. |
| 8 Q | Was he there the first time? |
| 9 A | I believe so. |
| 10 Q | All right. Now, did you talk to Officer Johnstone or |
| 11 | LaPorte, or both of them, about your situation in Nome |
| 12 | and how you could alleviate the problem, do away with |
| 13 | the problem, make it go away? |
| 14 A | It was all ready made clear to me what was going on. |
| 15 | It was made clear to me the day that I turned myself |
| 16 | in. When I went to the police station and talked to |
| 17 | people, they -- they told me, you know, that I got the |
| 18 | same deal going on. And I asked them if I could have |
| 19 | the same deal that I had in Nome here. And they said |
| 20 | that we would have to talk to the DA. |
| 21 Q | Okay. |
| 22 A | And then I guess after they talked to the DA, and |
| 23 | that's -- that must have been why the DA, you know, |
| 24 | let me out or something. |
| 25 Q | So the people that you talked to initially, you've not |

Page 337

1  had anymore contact with?
2 A  I talk to Officer LaPorte every now and then.
3 Q  No. No. I guess I'm not making my -- initially, you
4     talked to three women cops, according to.....
5 A  Right.
6 Q  Girl cops?
7 A  Yeah.
8 Q  I think is what you -- all right. That was the end of
9     them? You've not had contact with them again?
10 A  Right.
11 Q  Right?
12 A  Well, no, I have had contact with them. I've seen
13     them. I've had contact with them. I haven't talked to
14     them about nothing though.
15 Q  All right. That's what I meant by contact. Not seeing
16     them and saying how are you doing, but dealing with
17     them on a one-to-one or group basis?
18 A  Right.
19 Q  The answer is no?
20 A  No.
21 Q  All right. Now you indicated that on the 8th, you went
22     to Grand Larry, correct?
23 A  Yes.
24 Q  All right. Now does -- so is -- is the 8th the day you
25     had contact with Officer Johnstone?

Page 338

1 A  Well, if -- if that's the day that I want to the Grand
2     Larry, then that's the day that I had contact with the
3     police.
4 Q  You don't know when you went to Grand.....
5 A  No, I do not.
6 Q  Okay. All right. Now, you did not have any type of
7     wire or anything else on you that -- that day, right?
8 A  The first time, no, I didn't.
9 Q  Okay. So you went there and there were people there,
10     correct, at Grand Larry?
11 A  I can't remember.
12 Q  Okay. Not a problem. All right. You went out --
13     after you got to Grand Larry, did you go back outside
14     and then come back in?
15 A  At Grand Larry?
16 Q  Yeah.
17 A  No, I don't think so.
18 Q  Okay. Now, after you left Grand Larry, you went where?
19 A  I probably went back to the police station.
20 Q  Okay. How -- how did you get to Grand Larry?
21 A  I drove.
22 Q  What did you drive?
23 A  My car.
24 Q  What car?
25 A  A black Reliant.

Page 339

1 Q  What happened to the black Reliant?
2 A  Somebody burnt it.
3 Q  Okay. When did that happen?
4 A  Probably about a month and a half before this trial.
5     Not even -- probably a month before this trial.
6 Q  Why did they burn it?
7 A  I don't know. Well, first, the windows were broke out
8     of it. I've got five cars, man. I had five cars.
9 Q  Okay.
10 A  I don't see why that Reliant would get targeted. I had
11     five cars. And it was broke down when it got -- the
12     transmission was out of it. And I sold the -- the --
13     the -- there was a couple parts off the car that I
14     sold. But, you know, the car is no more. All my
15     stuff, my baby's stuff, it all got burnt up. It almost
16     burnt my house down. I got kicked out of my apartment,
17     so.....
18 Q  This happened a month and a half ago?
19 A  Yeah.
20 Q  Which apartment is this?
21 A  It was Mumford.
22 Q  Mumford? Is that number 8?
23 A  Yeah.
24 Q  Okay. You got kicked out because of what?
25 A  Because it was too much stuff.

Page 340

1 Q  Too much racket or too much treasures?
2 A  Too much what?
3 Q  Racket or too much treasures?
4 A  No, I just -- I don't know, man. It was just too much.
5 Q  Too much?
6 A  It was too much for me, you know, I left. I'm living
7     in a secured building now.
8 Q  Okay. So you didn't get -- did you get kicked out or
9     not kicked out?
10 A  I left. I didn't kicked out.
11 Q  Oh, okay. So when you said you got kicked out before,
12     that was not correct?
13 A  Well, you know.....
14 Q  Yeah.....
15 A  I just didn't want to be there.
16 Q  Oh, okay.
17 A  And the guy was getting upset at me because, you know,
18     half of his.....
19 Q  Too much.....
20 A  .....half of his building was burnt because of my car.
21 Q  Uh-huh.
22 A  And he's wondering why is somebody going to burn your
23     car? And I'm wondering the same thing.
24 Q  It sounds like you talked about it. Is that the guy,
25     is that where he lived with that -- that -- when you

Page 341

Case 3:05-cv-00255-TMB-JDR    Document 54-6    Filed 01/12/2007    Page 11 of 26
Multi-Page™
State v. Robert Davis
November 15, 2001

3AN-01-1717 CR

1  talked about on direct examination, that someone had
2  stolen all those drugs?
3 A  There was -- there was two vials of pills that were
4  stolen, and it wasn't me.
5 Q  How did you know there was two vials of pills?
6 A  Because that's what the police told me.
7 Q  Ah, but that was the apartment of the landlord, whoever
8  was the management of it, was that their apartment that
9  the vials of pills were stolen from?
10 A  No, I don't believe so.
11 Q  Okay.  It wasn't Wilma Leonard is not the apartment
12  manager?
13 A  No, she's not.
14 Q  Okay.  Is someone who lives with her the apartment
15  manager?
16 A  No, they're not.
17 Q  Oh, okay.  So the manager, or the owner, or whoever it
18  is is hassling you, and there's just too much, and so
19  you leave?
20 A  Right.  And my dog got stolen and my house was -- there
21  was some people coming in my house.  When I wasn't
22  there, they stole my dog.
23 Q  What kind of dog was this?
24 A  A pit bull.
25 Q  Okay.  And when was this?

Page 342

1 A  Right.  And my girlfriend.  She's old enough.  She has a
2  license and insurance.
3 Q  Okay.  But.....
4 A  Right.
5 Q  .....the times that we talked about earlier, the DA
6  talked about earlier, we didn't have the girlfriend
7  with us, did we?
8 A  No.
9 Q  Okay.  Now, you earlier told us you owned five cars, if
10  my recollection.....
11 A  Right.
12 Q  Now you're telling us you don't own the cars.....
13 A  Well, they weren't -- I have the titles to every single
14  one of them, but they weren't in my name.  They were in
15  my girlfriend's name.  I worked every car off.
16 Q  What do you mean you worked every car off?
17 A  I worked it off.
18 Q  I don't understand what you mean.
19 A  I just -- I work, and I work for a towing service.
20 Q  You work for a towing service?  What did you do for a
21  towing service?
22 A  I work, work around the lot, clean up, fix brakes, you
23  know, do all that stuff.
24 Q  What was the name of the towing service?
25 A  Redwine's Towing.

Page 344

1 A  It was like probably four days before my car got burnt
2  up.
3 Q  So about a month and a half ago also?
4 A  Yeah.
5 Q  And a month and a half ago would have put us kind of
6  September-ish, huh?  September-ish?
7 A  September, October, November.
8 Q  Today is the 15th of November.
9 A  Right.  Well, it was like at the -- maybe -- probably
10  September 30th.
11 Q  Okay.  All right.  And you had five cars, and what five
12  cars do you have?
13 A  I had a bunch.
14 Q  Okay.  Well, you had a bunch, but I assume that
15  five.....
16 A  None of them were mine.  I didn't own none of them, but
17  I had keys to all of them.  And I -- I didn't drive the
18  tran- -- the Reliant at all.  That's why I don't
19  understand why it got burnt up.
20 Q  Okay.  Do you have a driver's license?
21 A  No.
22 Q  So you were driving four of them.....
23 A  I have a permit.  I had a permit.
24 Q  The permit requires you to drive with somebody else
25  that.....

Page 343

1 Q  Redwine's Towing?  Is that part of the Redwine problems
2  that we've heard about?
3 A  Yeah.
4 Q  Okay.
5 A  I don't work for them no more.
6 Q  Uh-huh.  (Affirmative)
7 A  Their son was -- he was using my name and all this --
8  all kinds of stuff.  So I terminated them from me.
9 Q  Are you related to the Redwine's?
10 A  No, I'm not.
11 Q  Okay.  Okay.  We're going to get back to the 8th, but
12  I'm kind of confused.  We've got four cars that you've
13  got the titles to, but you don't own them because your
14  girlfriend owns them?
15 A  Right.
16 Q  And we have the Plymouth Reliant that you own or not
17  owned?
18 A  That we owned.
19 Q  You?  We?
20 A  We.
21 Q  Title in your name?
22 A  It was in our name.
23 Q  Our name?  In other words, Amy Bohman (ph) and Jeffrey
24  [sic] -- and/or Jeremy Fish?
25 A  Yes.

Page 345

**3AN-01-1717 CR**

| | |
|---|---|
| 1 Q Okay. What kind of cars were the other four that you | 1 Q '89? Okay. And what is that, a Beretta is, that like |
| 2   had the titles to that you did now own? | 2   a Chevy or something? |
| 3 A There was LeMans, a Toyota. | 3 A Yeah. |
| 4 Q Okay. Let's go to the LeMans, what kind -- what year | 4 Q Okay. Is that a passenger car? |
| 5   LeMans? | 5 A Yeah, it's a five -- five passenger. |
| 6 A '89. | 6 Q Okay. And what color is that? |
| 7 Q '89? Okay. Color? | 7 A White. |
| 8 A Black. | 8 Q White? Okay. Okay. That's three. How about number |
| 9 Q All right. Where was that located? | 9   four? |
| 10 A In my -- at the -- that's another reason they were | 10 A Number four would be my Subaru. |
| 11   upset. I had so many cars at Mumford. They were all | 11 Q Subaru? Okay. And what's that? |
| 12   at my apartment. | 12 A That's -- it's a Subaru Outback -- or not an Outback. |
| 13 Q Okay. | 13   It was a Subaru -- I don't know, it was an old one, |
| 14 A They were -- all my cars were in the same place. | 14   man, a 1984. |
| 15 Q Were they running? Other than the -- other than the | 15 Q '84? |
| 16   Reliant? | 16 A It's old. Rust bucket. |
| 17 A Right. The Reliant was the only car that didn't run. | 17 Q Rust bucket. All right. What color was the rust |
| 18 Q Okay. Were they licensed? | 18   bucket? |
| 19 A Yes, they were. | 19 A Rust. |
| 20 Q Okay. We've got the LeMans '89, black. Next please? | 20 Q Rust? Okay. So we're going to assume that that's kind |
| 21 A Toyota. | 21   of a gold-ish color? |
| 22 Q Toyota? What kind was that? | 22 A Yeah. |
| 23 A '90, like a '90. | 23 Q All right. Is that its real color, or are we talking |
| 24 Q '90? What kind of Toyota? | 24   just that it was totally rust? |
| 25 A Just Toyota 4-Runner. | 25 A It was -- it was -- it was gold, but it had -- it was a |
| Page 346 | Page 348 |

| | |
|---|---|
| 1 Q Is that a pickup or a..... | 1   rusty color, but it also had, it was rust all over the |
| 2 A Yeah, it's a pickup. | 2   car. |
| 3 Q Okay. Is that the one with the big tires? | 3 Q All right. Yeah. Okay. What kind of Subaru was it? |
| 4 A No. | 4 A I don't know. I got it for cheep. I think I got that |
| 5 Q Another one? | 5   car from Dave Dooley (ph). |
| 6 A Yeah. | 6 Q Okay. Was it a passenger car or a pickup? |
| 7 Q Okay. What color is the Toyota 4-Runner with the..... | 7 A Yeah. |
| 8 A Black. | 8 Q Okay. What about the pickup with the big tires? |
| 9 Q Black? Okay. And is that -- that's just kind of like | 9 A That wasn't mine. That was Tim Trudeau's (ph). |
| 10   a little pick, a mini..... | 10 Q Oh, okay. |
| 11 A Yeah, it's just a little..... | 11 A And I was just watching that car. |
| 12 Q Okay. | 12 Q Was that parked there too? |
| 13 A .....it's a little..... | 13 A Yeah. It was -- it was parked there, but then it got |
| 14 Q Is that a four-wheel drive? | 14   stolen. |
| 15 A No. | 15 Q Ah, okay. When did it get stolen? |
| 16 Q Okay. | 16 A I can't remember. |
| 17 A I don't believe so. I mean it -- manually, it was a | 17 Q Okay. What happened to the LeMans? |
| 18   four-wheel drive. I had to get out and lock the tires | 18 A It broke. The clutch went out. |
| 19   up. | 19 Q Okay. What happened to it? |
| 20 Q All right. Next? Next? | 20 A It got towed. |
| 21 A My Beretta. | 21 Q All right. So it's..... |
| 22 Q I'm sorry, please? | 22 A It's no longer around. |
| 23 A Beretta. | 23 Q Okay. What happened to the Toyota? |
| 24 Q Beretta? | 24 A To the Toyota truck? I sold it for $800. |
| 25 A 1989. | 25 Q When did you do that? |
| Page 347 | Page 349 |

Exhibit C – 64

**Page 350**

1  A  Probably back in October.
2  Q  Okay. And who did you sell it to?
3  A  I think it was Raymond Cortez (ph).
4  Q  And the Beretta?
5  A  I still got it.
6  Q  Okay. And the Subaru?
7  A  They took it back.
8  Q  The rust bucket?
9  A  Yeah. It was -- it had a brand new engine in it. It
10    was just the outside was ugly.
11  Q  Okay. And you said they took it back?
12  A  Yeah.
13  Q  Who is they?
14  A  Dave Dooley (ph) and his wife.
15  Q  Is that -- did you just tell me you sold the car to
16    Dave Dooley (ph)?
17  A  No, he took it back from me.
18  Q  Okay. For what reason would he take it back?
19  A  Because of Rico.
20  Q  Meaning what?
21  A  Meaning he knows -- he knows Dave, and he -- Rico told
22    Dave that I got him busted. So then Dave thought I was
23    a snitch and he didn't want nothing to do with me, so
24    he took my car. He came with the police and we had
25    like a -- we had an agreement, like a -- a verbal

**Page 351**

1    agreement saying I would pay him money. And then it
2    was like, I owed him like $200 and he took my car back,
3    and I never got no money back from the guy.
4  Q  So Dave Dooley (ph) and you had a deal that you were
5    going to buy -- you were buying the car on time, right?
6  A  Right.
7  Q  And you didn't pay, so Dave came and took the car back,
8    right?
9  A  No. I paid. I paid him the night before.
10  Q  You paid.....
11  A  He came the next morning after I paid him and took my
12    car and he told me I was a snitch and he didn't want
13    nothing to do with me.
14  Q  And he used the cops to do that?
15  A  Yes, he did.
16  Q  All right. Now, did you own these different cars in
17    February.....
18  A  No, I did not.
19  Q  Okay. So the only we're talking about is.....
20  A  Is that Plymouth.
21  Q  Plymouth Reliant? Okay. Now, sometime you went -- you
22    don't remember when it was, but you went up to 202
23    Grand Larney [sic], right?
24  A  When?
25  Q  You don't remember when it was, but at sometime, you

**Page 352**

1    went up to Grand Larney [sic]?
2  A  Grand Larry?
3  Q  Larry. I'm sorry. Larry, yes, of course.
4  A  When I went there for a drug buy?
5  Q  Right. The first one.
6  A  Yeah.
7  Q  Okay. We don't know who was there, we don't know when
8    it was, but we went there? Okay. I'm just setting the
9    stage.....
10  A  The first drug buy was just me and him, when I went
11    there.
12  Q  The only two people that were there were you and him?
13  A  Yeah.
14  Q  Okay. All right. And did you -- okay. And then you
15    -- when you went in, you stayed in until you came back
16    out, and then you got in the Plymouth Reliant and you
17    drove someplace, wherever that was, and you turned over
18    whatever you bought, right? What did you get?
19  A  I got coke.
20  Q  Coke? All right. How much coke did you get?
21  A  $150 worth.
22  Q  How much coke is that?
23  A  $150 worth.
24  Q  All right. You're going to have to put it in terms of
25    quantity for me, not dollar sign. You've talked

**Page 353**

1    about.....
2  A  I don't -- I don't know how much it weighed. I mean,
3    it -- I -- I can look at dope and see if it's, you
4    know, if that's the right size. And it was the right
5    size, and I took it, and I gave it to them.
6  Q  That was the right size for $150?
7  A  Yeah.
8  Q  I'm sorry?
9  A  Yeah.
10  Q  Oh, okay. Do you remember on -- in the direct
11    examination that you said, that you called them back
12    and said it was light and they were going to make it
13    up?
14  A  Yeah.
15  Q  Okay. So it wasn't the right size then, was it? Or
16    it's the right size and it wasn't.....
17  A  Well.....
18  Q  One of them is correct?
19  A  Well, it was -- for me, I thought it was good. But for
20    the officers that I gave it to, they didn't like it.
21  Q  Okay.
22  A  So I had to call him back and tell him it was light,
23    that way it wouldn't happen again. Or I was going to
24    go to jail.
25  Q  They told you you were going to go to jail?

**Page 354**

1  A  Or it was -- if they ain't happy with it, then they
2     ain't happy, then, you know, then they ain't happy.
3  Q  Oh, okay.
4  A  So that's how it goes.
5  Q  Do they cry when they're not happy?
6  A  No.
7  Q  All right.
8  A  They don't cry.
9  Q  Okay. So, you ended up with $150, and you got some
10    amount of -- was it cocaine or crack or.....
11  A  It was cocaine.
12  Q  Cocaine? Okay. Now for my edification, that's the
13     powder, right?
14  A  Right.
15  Q  All right. You have no idea how much there was?
16  A  No.
17  Q  Do you have experience utilizing, consuming cocaine?
18  A  Utilizing? I don't know what that means.
19  Q  Snorting it, shooting it.....
20  A  No.
21  Q  .....eating it?
22  A  No.
23  Q  No?
24  A  No.
25  Q  Didn't you just tell us the last time you used cocaine

**Page 355**

1     was about eight months ago?
2  A  I don't use cocaine, dude. I smoke crack.
3  Q  I thought you do.....
4  A  I've smoked crack before. I've never done coke. I
5     mean, I -- you know, I've never done it. I've smoked
6     dope. I don't put stuff up my noes.
7  Q  Oh, okay. So you're telling us that you didn't know
8     what you were buying when you got the cocaine, because
9     you had never had experience with it before?
10  A  I knew what I was buying. I thought it was good.
11  Q  How did you know it was good?
12  A  Because it's always good from Rico.
13  Q  It's always good from Rico? But you don't do coke, how
14     do you know the coke -- Rico is a good coke man?
15  A  Because he's -- he's been in business for a while.
16  Q  He's been in business for a while? Okay. And you're
17     -- you're an authority on him being in business for a
18     while?
19  A  Yeah.
20  Q  All right. Now.....
21     THE COURT: We need to stop.
22     MR. JAMES: All right. Thank you, Judge. I'm not
23  quite done.
24     THE COURT: All right. Let me talk with the lawyers
25  real quickly, folks, before I let you go for the day. Ms.

**Page 356**

1  Brady, it's going to be us (indiscernible).
2     MR. JAMES: No. Your (indiscernible).
3     (Bench conference as follows:)
4     THE COURT: Any reason why we can't have the jury come
5  in at 8:30 on Monday?
6     MR. JAMES: All right. I think I have a problem with
7  8:30. Oh, no, it's earlier than 8:00.
8     THE COURT: No?
9     MR. JAMES: Okay.
10     THE COURT: 8:30? I mean, do we have anything that we
11  need to take up? There's some -- if you think of something,
12  I have time on the calendar tomorrow, and I will require you
13  to -- I'll expect you to do that, I'll get you on the
14  calendar. Otherwise, we'll start with the jury on Monday.
15  What can I tell them about time, Ms. Brady?
16     MS. BRADY: We're behind. We're behind by four
17  witnesses now.
18     THE COURT: Will you finish your case on Monday?
19     MS. BRADY: I'll try. It's difficult for me to
20  anticipate how much cross is going to be for some witnesses.
21  I've underestimated the cross up to this point, so I think
22  -- I think we can finish on Monday, I'm not sure.
23     THE COURT: All right. If we finish on Monday, Mr.
24  James?
25     MR. JAMES: I'm rocking and rolling. I really -- I'm

**Page 357**

1  going to try to put it on in one day, Judge, if I put on a
2  case. I don't know. I'm going to try to get it done in one
3  day, because I know Wednesday you would want it to go the
4  jury. And probably then.....
5     THE COURT: Well, I wanted it to go to the jury on
6  Monday, Mr. James, but.....
7     MR. JAMES: Well, okay.....
8     THE COURT: But for your misdemeanor case, it's -- at
9  this stage, I think you can count on it not going. It will
10  be reassigned to a district court judge and be tried as soon
11  as possible.
12     MR. JAMES: That's fine.
13     THE COURT: Because I -- we've already -- I'm not going
14  to be able to keep this jury past Wednesday. So -- and if
15  we don't finish the case by Wednesday, then, of course,
16  we'll have to keep the jury past Wednesday and we'll deal
17  with that. But I'm not going to take up a second at this
18  point, unless we finish sooner, it's not likely.
19     MR. JAMES: (Indiscernible), I'm going to use my best
20  efforts to get it done.
21     THE COURT: Okay.
22     MR. JAMES: I mean (indiscernible).
23     (End of bench conference)
24     THE COURT: All right, folks. I'm going to send you
25  home. A long weekend for you. I have a stack of other

---

TRIAL BY JURY, CONTINUED (EXCERPT)

BEFORE THE HONORABLE DAN A. HENSLEY
Superior Court Judge

Anchorage, Alaska
November 19, 2001
8:47 o'clock a.m.

APPEARANCES:

FOR THE PLAINTIFF:    KERIAHN BRADY
Assistant District Attorney
310 K Street
Anchorage, Alaska

FOR THE DEFENDANT:    DENNIS PATRICK JAMES
Attorney at Law
1500 West 33rd Avenue
Anchorage, Alaska

Page 360

---

**PROCEEDINGS**

3AN-42-1663

8:47:13

THE COURT: Have a seat everybody. Are we on record?

THE CLERK: Yes.

THE COURT: We're back on record, and we have parties and counsel, all of our jurors. Good morning, everybody.

THE JURY: Good morning.

THE COURT: When we stopped on Thursday, Mr. Fish was in the witness stand, Mr. James was questioning him. Mr. Fish, you're still under oath. And Mr. James, you can continue your questioning.

MR. JAMES: Thank you.

JEREMY FISH

previously sworn, called as a witness on behalf of the plaintiff, testified as follows on:

CROSS EXAMINATION CONTINUED

BY MR. JAMES:

Q  On Thursday, you indicated that Amy Bohman (ph) was your girlfriend, and you mentioned a Major Bohman (ph), who's Major Bohman (ph)?

A  Her dad. Her dad.

Q  What's he do?

A  I believe he's a trooper.

Q  Okay. You talked about a Dave Dooley (ph). Where does

Page 361

---

Mr. -- do you remember Dave Dooley (ph)?

A  Yeah.

Q  Okay. Where does Mr. Dooley (ph) live?

A  Muldoon.

Q  Do you have an address on him?

A  Turpin.

Q  Do you have a better address than Muldoon and Turpin?

A  On Ninth, I believe.

Q  Do you have a street address?

A  No, I don't.

Q  Phone number?

A  He got his phone number changed.

Q  Do you know how to reach him?

A  No.

Q  How old is he?

A  Like 38, 36.

Q  What does he look like?

A  Skinny white guy.

Q  Skinny white guy?

A  Yeah. Kind of short.

Q  Okay. And how did you get to know him?

A  He -- through the Redwine's.

Q  Okay. And the car that he took back, how much did you pay for that car?

A  $1,000.

Page 362

---

Q  Okay. And had you paid for it?

A  Huh? No.

Q  No?

A  No.

Q  Had you paid anything for it?

A  Yeah.

Q  How much had you paid?

A  $500.

Q  What was the agreement relating to the other $500?

A  I don't know. It -- it was payments. But he just took it back. He just.....

Q  Were you current with your payments?

A  Yeah.

Q  What were the payments?

A  I -- my girl paid him like $300 and then we paid him $150. And then I went and paid him $50. And then the next morning, he took the car.

Q  Okay. So your girlfriend paid him $300, you paid $150, one day you paid $50, and the next day he took the car?

A  Yeah.

Q  Okay. Now, Athena Soder, do you know her?

A  Yeah.

Q  Okay. And she's the mother of your daughter?

A  I don't know for sure.

Page 363

---

1  Q  Which Alaska Club?
2  A  The one right over there.  Right over here on the end
3     of the corner right here, she dropped me off.
4  Q  The one on Fourth Avenue?
5  A  Right.
6  Q  Okay.  During the tapes we listened to, we've heard hit
7     me up, does that mean call me back?
8  A  Hit me up?
9  Q  Yeah.  Yeah.
10 A  Yeah.
11 Q  Yes, that means call me back?  That's just.....
12 A  Just hit me up later.  Yeah.
13 Q  Does that -- but I'm understanding, is that you
14    understanding, hit me up is return a phone call or have
15    to do with telephones?
16 A  Yeah.
17 Q  That's just a term that's used to call me back?  If I
18    said call me back and you say hit me up, we're talking
19    the same thing?  Right?
20 A  Yeah.
21 Q  Yes?  Okay.
22 A  Yes.
23 Q  All right.  Now how long had you known Mr. Davis?
24 A  About three years.
25 Q  Okay.  And you were familiar -- or were you familiar

Page 372

1     with 202 Grand Larry before 8, February?
2  A  Yes, I was.
3  Q  Okay.  You had been there before?
4  A  Yes, I had.
5  Q  Okay.  With the court's permission, behind you is a
6     blank piece of paper.  And I believe someplace up there
7     is a black marking pen, blue marking pen, some kind of
8     a marking pen.  Would you give us a diagram of Grand
9     Larry from Peck to -- is it Dubrell (ph)?
10 A  Yeah.  Okay.  Here is Muldoon Road.  Here's Ramada Inn.
11    There's -- there's a little liquor store, and then
12    there's a strip mall right there.  There's a street
13    that goes like that.  This is Muldoon Road right here.
14    And then you turn like this.  It's the first street.
15    It was like house, house, house, and there was like a
16    duplex, a carport, and the door, and then the door
17    right there.  That's his house.
18 Q  Okay.  Now, which way is north?  Do you got any idea
19    which way is north?
20 A  North is this way.
21 Q  Would you put an arrow and an N which way you believe
22    is north?  Up on top, perhaps.  Okay.  So north is up
23    on top?
24 A  Right.
25 Q  All right.  Now down on the right-hand corner, is that

Page 373

1     -- what is that, that box with.....
2  A  This?
3  Q  .....the circle on it?  Yes.
4  A  That's Rico's house.
5  Q  All right.  And you've indicated it's a duplex?
6  A  Yeah.
7  Q  All right.  And there's two entrances, I believe you
8     indicated there?
9  A  Yeah.
10 Q  Which entrance did you use?
11 A  This one.
12 Q  Okay.  And that's the one on the bottom?
13 A  Right.
14 Q  Okay.  Could you put an E right there so we know which
15    entrance it is?  Okay.  Now, is there off-street
16    parking there, or do you have to park on the street?
17 A  Yeah.  I used to park right there.
18 Q  Okay.  How many widths is that parking?  How many cars,
19    side by side.....
20 A  One.
21 Q  .....could you get in there?
22 A  One.
23 Q  One?
24 A  Yeah.
25 Q  Okay.  There's no extra parking on the side there?

Page 374

1  A  No.
2  Q  I'm sorry?
3  A  No.  There's not supposed to be.
4  Q  All right.
5  A  There's a driveway.
6  Q  Is there extra parking there, whether there's supposed
7     to be or not?
8  A  Yeah, you can park another car over here.
9  Q  You could park some more cars over there?
10 A  Yeah.
11 Q  All right.  How deep is that driveway?
12 A  What do you mean, deep?
13 Q  Well, how far does it go from the street -- is there
14    something behind 202 Grand Larry that would prevent you
15    from driving through into the next yard?
16 A  Yeah.  It's fenced.
17 Q  A fence there?
18 A  Yeah.
19 Q  Why don't you indicate where the fence is, would you,
20    please?  Okay.  All right.  Can you go up to the fence?
21    Can you drive up to the fence?
22 A  No.
23 Q  All right.
24 A  I don't think so.  I can't really remember.
25 Q  All right.  Now, on the 8th, it was about what time

Page 375

3AN-01-1717 CR

1    that's not on the map, how many streetlights are on
2    Grand Larry?
3 A   I can't remember.
4 Q   There's none, correct?
5 A   Right. Yeah. I don't think there is any.
6 Q   All right. So are you comfortable with there's none,
7    zero?
8 A   Well, there might have been one. I can't really
9    remember.
10 Q   Okay. Now, where did you park on the 8th of February?
11 A   Right there.
12 Q   Okay. Would you please put a J where you parked,
13    please, standing for Jeremy? Okay. Was there any cars
14    in front of you toward the fence that you've drawn up?
15 A   Yes.
16 Q   And how many cars were in front of you towards the
17    fence?
18 A   One.
19 Q   All right. And is there a carport there?
20 A   Yeah.
21 Q   All right. Was the car in the carport, or was it
22    toward the fence more and you were part in the carport
23    or out of the.....
24 A   I can't really remember.
25 Q   You can't? Okay. Now, on the 8th, could you just flip

Page 380

1    that over and give me -- are you -- are you familiar
2    with the residence, the inside of the residence?
3 A   Of his house?
4 Q   Yes.
5 A   Yes.
6 Q   Okay. Flip that over, would you, and just draw out the
7    -- a schematic of the residence, if you would.
8 A   Okay. Do what?
9 Q   Draw out a picture of the residence.
10 A   Of his......
11 Q   I said a schematic.....
12 A   Of the inside?
13 Q   Inside, right.
14 A   Okay.
15 Q   Be generous with the paper. Use kind of the whole
16    paper, would you?
17 A   I can't really -- I'm not really a good drawer.
18 Q   Well, if you want to start again and just.....
19 A   Yeah.
20 Q   .....work on that piece? Whatever you feel comfortable
21    with, Mr. Fish.
22 A   All I know, you walk in his house, there's his door.
23    And then you walk in and he has a -- there's a bar
24    table like that. Okay? And there's drawers like this.
25    He usually is right there. There's a sink. This is

Page 381

1    all a wrap-around table like this. And then right here
2    is his stove. And there's cabinets up here. There's
3    the fridge. And then there's a break, and there's a
4    door. There's a bathroom. You can kind of see the
5    bathroom, kind of see a bedroom. There's a stereo, his
6    TV. You have a couch like this, windows. There's a
7    door, I think. And then the couch -- and there's a
8    couch right here. And there's a lamp. But I was
9    always right in this area.
10 Q   Okay. Now you drew a vertical line there, is that --
11    that's open, isn't it?
12 A   Which.....
13 Q   Between the kitchen area and the rest of the living
14    area?
15 A   Right here?
16 Q   Yes. Where you've.....
17 A   Yeah. This is all open.
18 Q   Okay. So if you're in the kitchen, then you can see
19    into the living room area?
20 A   Well, yeah, if you -- you know, if you would walk right
21    here, you could see right in here.
22 Q   Oh, okay. So it's kind of open apartment -- was it
23    open duplex -- it's a duplex to save time, right?
24 A   Yeah.
25 Q   Okay. Kind of open? Do you understand what my

Page 382

1    question is?
2 A   Is it big?
3 Q   Well, how big -- well.....
4 A   Open.
5 Q   Well, there's not a lot of walls, are there, in between
6    the kitchen and the living area? That's my question.
7 A   No, there's no walls.
8 Q   Now walls? Excuse me. Now which entrance did you
9    always use, or did you use a specific entrance?
10 A   Right there.
11 Q   Okay. And that's off the carport?
12 A   Yeah.
13 Q   All right. Is there lights out in the carport?
14 A   Yeah.
15 Q   All right. How many and where are they?
16 A   Like two big ones.
17 Q   Where are they? And now when you went in the first
18    time, how many people were there?
19 A   Here's -- there might have been -- there was me, and
20    maybe there was a girl in there. I can't.-- I can't
21    really remember.
22 Q   Well, yesterday.....
23 A   It might have just been.....
24 Q   I'm sorry, please?
25 A   .....me and him. I think it was just me and him the

Page 383

1  first time.

2 Q  Okay.  And that's consistent with what you said on
3    Thursday, right?

4 A  I believe so.

5 Q  Okay.  Now, do you remember talking to the police
6    afterwards, what they call a debrief?

7 A  Yes, I do.

8 Q  All right.

9    THE COURT:  Move up that.....

10 A  Sorry.

11    THE COURT:  Move your chair back up, please.  Thank
12  you.

13 Q  Okay.  And we left on Thursday, and now it's Monday.
14    We left the trial here on Thursday of last week.  Did
15    you talk to anybody between Thursday and today?

16 A  About this case?

17 Q  About this case.

18 A  No, I have not.

19 Q  Okay.  All right.  Do you remember having a debrief
20    afterwards?

21 A  Yes, I do.

22 Q  Okay.  And during that debrief, do you remember telling
23    the officers that there were three women, plus Robert
24    Davis, plus you in the house?

25 A  On the 8th?

1 Q  Yes.

2 A  No.

3 Q  Okay.  Now, what kind of car or vehicle did Mr. --
4    well, what kind of vehicle was in front of you when you
5    pulled in on the 8th?

6 A  I can't remember.

7 Q  Okay.  Was it a passenger car or pickup car, or a big
8    pickup, little pickup, Suburban?  I'm giving you
9    different choices here.  A sedan.....

10 A  I can't remember.

11 Q  Okay.  What happened after you left -- did you stay in
12    the house all the time on the 8th?

13 A  Yeah.

14 Q  Okay.  What happened after you left?

15 A  I went in and -- I went and gave them the dope, and
16    then we went back to the -- to the police station and
17    got searched and debrief.

18 Q  Okay.  When you said you gave them the dope, where did
19    you give them the dope?

20 A  Behind the church.

21 Q  Which church?

22 A  Muldoon church, I think.  It's the red church there on
23    Muldoon Road.

24 Q  Okay.  How far away from Grand Larry is the red church
25    on Muldoon Road?

1 A  Probably about three or four blocks.

2 Q  Okay.  Okay.  Now on the 8th, who did you talk with
3    when you got debriefed?

4 A  I think it was Officer LaPorte.

5 Q  Okay.  Anybody else?

6 A  I think Officer Johnstone might have came in, but he
7    was -- it was like in and out, I believe.

8 Q  Okay.  All right.  During this time frame, did
9    Mr. Davis think that -- or at least your impression
10    that he thought that you were his friend?

11 A  Yeah.

12 Q  Okay.  And you got out of police custody before the 8th
13    at some point in time, right?  You got -- the judge let
14    you go?  Remember, we talked about that on Thursday?

15 A  Yeah.

16 Q  All right.  And how long were you out before the
17    evening of the 8th?

18 A  I don't know.  It was probably like a week, probably.

19 Q  Okay.

20 A  I can't remember.

21 Q  And you weren't in police custody -- I mean, you and
22    the police weren't together all that time, were you?  I
23    mean, you weren't in sight/sound of the police, were
24    you?  Do you know what I mean by sight/sound?

25 A  No, I was not in sight/sound.

1 Q  Do you know what I mean?

2 A  Yes.

3 Q  Okay.  So as far as you know, the police had no contact
4    with you from the time you were released until you
5    rendevoused on the 8th, correct?

6 A  No.  I -- I had to call when I got out, and I had to
7    set up, I don't know, it might have been -- I had to go
8    there once before then.  And then -- I had to go to the
9    station before we did a buy and I talked to them.

10 Q  Okay.  You said once before that you had to go to the
11    police station?

12 A  Yeah, I believe so.

13 Q  When was that?

14 A  I can't really remember.  I don't have a good memory.

15 Q  When is the first time you had contact with a Officer
16    LeBlanc?  Well, first of all, do you know an Officer
17    LeBlanc?  No?

18 A  No.  No.

19 Q  All right.  Who do you know -- can you give me the
20    names of the people that you remember that were
21    involved with you during this time?

22 A  Officer LaPorte.

23 Q  Okay.

24 A  And Officer Johnstone.

25 Q  Anybody else?

| | Page 392 |
|---|---|
| 1 | Athena was kind of wild. |
| 2 Q | What do you mean she was kind of wild? |
| 3 A | She's wild. There's a reason why, you know, I don't |
| 4 | want -- I just don't want to be around her, you know. |
| 5 | She's not really -- I don't know, she's a liar and |
| 6 | stuff. |
| 7 Q | She's a liar? |
| 8 A | Yeah. |
| 9 Q | Okay. And that's why you don't want to be around her? |
| 10 A | Well, she just -- it's a whole -- it's a whole bunch of |
| 11 | stuff. She's young, you know. |
| 12 Q | Okay. How old is Athena? |
| 13 A | Well, I don't know, she's probably like 16 now. |
| 14 Q | Okay. And you said she's a liar? |
| 15 A | Yeah. I was -- I was trying to, you know, get a -- be |
| 16 | a part of her life. And then I went there and she said |
| 17 | she had been talking to Rico and she said a whole bunch |
| 18 | of stuff. And then I went out to her house out there |
| 19 | in Wasilla. And she didn't want me to go up to the |
| 20 | door. And I went up to the door, and her mom was |
| 21 | drunk. And I was -- and I was wanting to talk to her |
| 22 | mom because her mom is the one, you know, who was |
| 23 | taking -- who was actually taking care of Ariana |
| 24 | and..... |
| 25 Q | Who is Ariana? |

| | Page 393 |
|---|---|
| 1 A | That's my baby. |
| 2 Q | All right. |
| 3 A | And, I don't know, I went up there, and she said that |
| 4 | -- you know, she said a whole bunch of stuff, that she |
| 5 | hadn't been going to Rico. She hadn't been kicking it. |
| 6 | And then when I talked to her mom, her mom said she had |
| 7 | been out, you know, kicking it with Rico, being..... |
| 8 Q | What do you mean, kicking it? |
| 9 A | Kicking it, drinking, smoking. |
| 10 Q | Okay. And was this before or after the 8th of |
| 11 | February? |
| 12 A | Just all the time, man. |
| 13 Q | Okay. Well, can we be a little..... |
| 14 A | Well, on the tape, he said -- he said that she was over |
| 15 | here the other night and we were kicking it, drinking, |
| 16 | smoking, had a real nice time. |
| 17 Q | Okay. Well, my -- I'm trying to get to -- they |
| 18 | apparently went over to her mom's house in Wasilla? |
| 19 A | Yeah. |
| 20 Q | Right? |
| 21 A | That was before. |
| 22 Q | Before? All right. |
| 23 A | That was before I left from Nome. |
| 24 Q | Oh, okay. That's what I'm -- I'm trying to focus on |
| 25 | the sequences. So did you -- you had a conversation, |

| | Page 394 |
|---|---|
| 1 | and you had Athena's number, right? You got the number |
| 2 | during that conversation? |
| 3 A | Yeah, I got her number. |
| 4 Q | Okay. Now is she still out in Wasilla? |
| 5 A | No. |
| 6 Q | Where is she at? |
| 7 A | She got pregnant again, and she's wherever she's at. |
| 8 Q | Okay. Do you remember getting a phone number during |
| 9 | this conversation? |
| 10 A | Yes, I do. |
| 11 Q | Okay. And that was a 688 number? |
| 12 A | Yes, it was. |
| 13 Q | Okay. 688 is..... |
| 14 A | 5771, I think. |
| 15 Q | Okay. You have that kind of memorized? |
| 16 A | Yeah. I'm good with numbers. |
| 17 Q | Oh, okay. 688, is that an Eagle River number? |
| 18 A | Yeah. I believe so. Eagle River. |
| 19 Q | So she doesn't live in Wasilla then, does she? |
| 20 A | Oh, yeah. Eagle -- yeah, she don't. Eagle River. I |
| 21 | drove out to Peter's Creek. It's -- it's not really |
| 22 | Eagle River. It's a little bit further than Eagle |
| 23 | River. |
| 24 Q | Why did you tell us it was Wasilla? |
| 25 A | Because -- I don't know. I only went out there once, |

| | Page 395 |
|---|---|
| 1 | and it was a pretty long drive. |
| 2 Q | Do you know the difference between Peter's Creek and |
| 3 | Wasilla? |
| 4 A | Yeah. I messed up. I'm sorry. |
| 5 Q | Okay. Okay. Now on the 20th, did you go back on the |
| 6 | -- I'm talking February now. |
| 7 A | Okay. |
| 8 Q | All right. Did you go back to Grand Larry? |
| 9 A | I believe so. |
| 10 Q | Okay. And did you go -- return the same way? In other |
| 11 | words, did you travel there the same way? |
| 12 A | Yeah. |
| 13 Q | Okay. And -- excuse me -- was that from the police |
| 14 | station? |
| 15 A | Yeah. Well, the -- the first time, we went -- we |
| 16 | went..... |
| 17 Q | Down -- go ahead. Maybe you can flip it back..... |
| 18 A | Yeah. |
| 19 Q | .....to the other one if -- we're talking about. |
| 20 A | I missed -- I'm wrong again, man. We went a different |
| 21 | way. We went -- the second time..... |
| 22 Q | Hold it. Hold it. Hold it. We've got to talk into |
| 23 | the mike or you're going..... |
| 24 A | The second time, I drove the other road. I down this |
| 25 | -- this next street. I made a right and then a left. |

1    the duplex then?
2  A  When I first walked in, there was already a
3     conversation taking place, and it was who was going to
4     run and go get a pan and go get sandwich baggies.
5  Q  Okay. And you indicated there were a car full of
6     people?
7  A  Yes.
8  Q  And do you know if -- what color they were? Were they
9     white, black, Asian?
10 A  There was two black guys and black girl, and then one
11    of them was kind of tan.
12 Q  All right. Now you got in there, and you saw -- did
13    you ask Rico what he was doing with this big gun
14    sticking in his waist band?
15 A  No. I asked him if he would sell it.
16 Q  If he would sell it?
17 A  Yeah.
18 Q  Okay. Do you like guns?
19 A  No. I was just -- I was just talking.
20 Q  All right. And how much was it -- were you offering to
21    buy it for?
22 A  $100. I said, do you want to sell it for $100? And he
23    said, no, and he laughed.
24 Q  Okay. Well, a gun is worth more than -- a .44 is worth
25    more than $100, isn't it?

Page 404

1  A  I don't know. I don't own a gun.
2  Q  All right. Did you stay in the house?
3  A  Well, the conversation was somebody had to go -- when I
4     pulled in, there was all ready a car there. And.....
5  Q  Okay. Let me stop you right -- how many cars were in
6     there, when you pulled in?
7  A  There was -- I think Rico's truck was pulled up, pulled
8     on the side where you're not supposed to park. His
9     truck might -- I believe is truck was pulled up right
10    here. And then there's his -- his carport. There
11    wasn't a car pulled into his carport, and the car was
12    like right before his carport. So I pulled in right be
13    -- right behind that car. And when I walked in, they
14    were all ready having a conversation about who was
15    going to leave and get it.
16 Q  So.....
17 A  So I had to leave.
18 Q  .....we're clear on this, there was no car in the
19    carport, but there was one on the.....
20 A  Right before......
21 Q  .....right before......
22 A  .....you get into the carport, right.
23 Q  And then you pulled in behind that car off the street?
24 A  Yes.
25 Q  So then you would get three cars deep there?

Page 405

1  A  Yeah.
2  Q  All right. Now you said that Rico's pickup -- what
3     kind of pickup is this?
4  A  Well, I don't know if it was his. He's got a lot of
5     cars.
6  Q  Okay. What kind of pickup did you see?
7  A  It was a gray truck.
8  Q  What kind of truck?
9  A  A Toyota, I believe, maybe a Toyota.
10 Q  A little one, big one? Toyotas.....
11 A  Dakota, maybe. It was a small pickup truck.
12 Q  All right. One of the little -- little ones?
13 A  Right. Like the size of, you know, a S-10, something
14    like that.
15 Q  Okay.
16 A  It was more like a Toyota, an old Toyota one, though.
17 Q  Do you think it was a Toyota?
18 A  Yeah.
19 Q  All right.
20 A  Something like that, in that body shape.
21 Q  All right. What color was it?
22 A  It was gray.
23 Q  Gray? All right. All right. Then did you look around
24    the house?
25 A  Yeah. There was nothing in his house.

Page 406

1  Q  Zero?
2  A  Well, there was -- I mean, there was stuff in his
3     house. There was just -- it was nothing, really. All
4     he had was his stereo in there. His -- like an
5     entertainment center.
6  Q  That was it?
7  A  Yeah.
8  Q  Any couches?
9  A  No.
10 Q  All right. Any lamps?
11 A  He might have had a lamp.
12 Q  All right. How about any -- any beds?
13 A  No. I don't -- he didn't have none of that stuff in
14    there.
15 Q  Did you look?
16 A  Well, I could see -- you could kind of see in -- in the
17    bedroom when -- when you go walk in his house. There's
18    like -- there's no walls, so you can like see all
19    through it without even walking through his house. It
20    was empty.
21 Q  All right. So there was no furniture, other than this
22    stereo set?
23 A  I believe that that's right.
24 Q  Okay. And how big is this stereo set?
25 A  I don't know. Probably -- probably as tall as that

Page 407

1 A   No. It was -- I mean, I was -- I was free as -- as,
2     you know -- as -- I wasn't really free until I did what
3     I did. And when I finished what I did then, you know,
4     I still -- unless -- I don't know. I'm not really -- I
5     wasn't really free. I had to check in with the
6     officers, like call them every, you know, two days, two
7     and -- you know, I always had to keep -- I always had
8     to let them know where I was and I always had to give
9     them my phone number and make sure they could get a
10    hold of me. I always had to do that.
11 Q  Okay. I just wanted to -- something just crossed -- on
12    the 8th, when you were -- when you went to the police
13    station on the 8th, did you testify on Thursday that
14    they found a bag of marijuana in your car?
15 A  Yeah, they found a bag of marijuana.
16 Q  Okay. That was the first time you were.....
17 A  Yeah. That was like a 20 sack.
18 Q  I'm sorry, please?
19 A  It was like a 20 sack.
20 Q  A 20 sec?
21 A  A 20 sack of bud.
22 Q  A 20 sack of bud?
23 A  Yeah.
24 Q  Okay.
25 A  It was a little bag of weed.

Page 412

1 Q   Okay. Were was that?
2 A   I don't know. It was like on my -- it was like in my
3     -- it was either in my glove box or on my seat.
4 Q   All right. Okay. Now going back to the 20th, I just
5     want -- so you're there, what happens when you're
6     there? You've already told us there's a big foot wide
7     pile of marijuana on the counter, nothing in the house.
8     He's packing this .45. You go in.....
9 A   I go in, and I hear the conversation about the -- the
10    sandwich baggies and the pan. And then I hear somebody
11    say that they needed to get -- I remember that they
12    said -- they said that -- that Rico wanted a 7-Up.
13    And then they were like -- they were going to go and
14    then they -- they walked out the door and I needed to
15    move my car. So I had to get out -- go out and move my
16    car and then come back in.
17 Q  So someone was going to go out and get Rico a 7-Up?
18 A  No, and -- yeah, 7-Up, some sandwich baggies and a pot.
19 Q  Okay. Does he have a microwave in there, or did he?
20 A  I don't think he did when I -- when I went in there.
21 Q  The first time, second time?
22 A  I can't really remember.
23 Q  Okay. All right. Now who left?
24 A  I think it was two guys, two guys and a girl. There
25    was -- still somebody there when I -- after those --

Page 413

1    when I came back in, there was still somebody there.
2 Q  Okay. Well, you've told us that there were two black
3    guys, one black girl and one tan girl?
4 A  Yeah.
5 Q  Okay. It was one of the girls were still there when I
6    went back in. I can't remember which one.
7 A  Okay.
8 Q  So the two guys and a girl left and the girl was still
9    there?
10 A  Yeah.
11 Q  And was that the black girl or the tan girl?
12 A  I can't remember.
13 Q  Okay. Did you take any of the bud with you when you
14    left?
15 A  No, I did not.
16 Q  Okay. Do you know why the house was empty on the
17    second time you were there?
18 A  Yeah, because people were -- I -- he told me that the
19    people were complaining about his music.
20 Q  And he told you that evening?
21 A  No. But he told me that like the day, I don't know,
22    the next buy, he told me that. That's why he got
23    kicked out or something. That's why he's moving.
24 Q  Okay. So the next one, the third one, he told you at
25    some point between when you were -- he and you were

Page 414

1    together that the reason he had to move was his
2    music.....
3 A  Yeah. He said the people were complaining about his
4    music.
5 Q  Okay. Now how long were you in there the second time?
6 A  Probably about 10, 10 minutes.
7 Q  Okay. And you went outside and then moved the car I
8    believe is what you testified to.
9 A  Yeah.
10 Q  Then you came back in. How long were you there after
11    you came back in?
12 A  I was there altogether, probably about 15 minutes
13    altogether.
14 Q  All right.
15 A  So it was -- it was in and out.
16 Q  My questions is, after you moved the car, how long were
17    you in there?
18 A  I don't know, like five minutes.
19 Q  All right. All right. Now, the 21st, do you remember
20    that?
21 A  Yeah.
22 Q  What happened -- did you rendevous with the police
23    department on the 21st?
24 A  Yes.
25 Q  Okay. I'm talking February.

Page 415

Page 416

1  A  Right.
2  Q  All right. And where did you meet?
3  A  At the police station.
4  Q  Okay. And who did you meet with on the 21st?
5  A  Officer LaPorte, I believe.
6  Q  All right. And about what time was that?
7  A  I can't really remember.
8  Q  Okay. And was that when you had the conversation
9     involving the move and the noise?
10 A  Yeah. That was -- it was the time when we were at
11    Chevron.
12 Q  Chevron?
13 A  Yeah.
14 Q  And that's Hansen Chevron, is that right?
15 A  Hansen's?
16 Q  Is that the one on International and Old.....
17 A  No.
18 Q  .....Seward?
19 A  No.
20 Q  What's the name of that Chevron?
21 A  Chevron.
22 Q  Do you know, does it have a name besides Chevron?
23 A  No. Chevron.
24 Q  It's not called Hansen's -- it's not Hansen's Chevron?
25    MS. BRADY: Objection, Your Honor. Asked and answered.

Page 417

1     THE COURT: Sustained.
2  Q  Okay. When did you go to Chevron?
3  A  At -- what do you mean, at night.
4  Q  What is at night? Okay. What time of night was it?
5  A  Probably about 7:30, 8:30.
6  Q  Okay. Okay. And that particular time, was anybody
7     else with you?
8  A  In my car?
9  Q  Yes.
10 A  No.
11 Q  Okay. And was this the same Plymouth Reliant that you
12    earlier testified that got torched?
13 A  Yeah.
14 Q  All right. Okay.
15 A  I did -- I did everything in that Plymouth.
16 Q  You did everything in the Plymouth?
17 A  Yeah, I -- I drove all the -- all the time. Every --
18    every dope deal we made was -- I was driving my car.
19 Q  In the Plymouth?
20 A  Yeah.
21 Q  Okay. Okay. And how long had you had the Plymouth?
22 A  I think a while.
23 Q  Had you had it before you went to Nome?
24 A  Huh? Yeah. It was at a friend's, and then.....
25 Q  All right. Now during these times that you were

Page 418

1     driving, did the police ever ask if you had a driver's
2     license?
3  A  No.
4  Q  Okay. Now you met, according to your testimony, you
5     met Mr. Davis at the Chevron station, right?
6  A  Right.
7  Q  Okay. And what kind of car was that that.....
8  A  It was his mom's car, I think.
9  Q  All right. Could you describe that car for us, please?
10 A  Yeah. It was a green GMC. It's a Suburban.
11 Q  All right. Does it have smoke windows on it or.....
12 A  Tinted windows?
13 Q  Tinted windows?
14 A  Yeah.
15 Q  So you can't see in, right?
16 A  Well, the front two aren't tinted.
17 Q  Okay. That would -- the front as in.....
18 A  The driver and passenger side.
19 Q  All right. All right. And the back is tinted though?
20 A  Yeah. All of -- all of the rest of them are tinted.
21 Q  Okay. And how did you get to the Chevron station?
22 A  I drove.
23 Q  All right. How did you -- what route did you use?
24 A  Tudor to Old Seward. And then Old Seward to Chevron.
25 Q  Okay. Where did you park?

Page 419

1  A  Chevron parking lot.
2  Q  Could you flip over to a clean page and indicate, if
3     you can, a layout of the Chevron and where you parked?
4     THE COURT: Actually, before you do that, I want to
5  take about a 10 minute break, please. And we'll come back
6  and get you all in about 10 minutes.
7     (Off record)
8     THE COURT: You all can have a seat, please. Are we
9  back on record?
10    THE CLERK: Yes.
11    THE COURT: On record. We have all of our jurors here.
12 Do you want to continue, Mr. James?
13    MR. JAMES: Thank you, your Honor.
14 Q  Going back to the 20th, very briefly, you offered to
15    buy this gun for $100. What if he had sold it to you
16    for $100, how much money did you have on you?
17 A  I wouldn't have bought it.
18 Q  You were just playing games?
19 A  Yeah.
20 Q  Okay. Now the 20th, you were wired, the 21st you were
21    wired, correct? You had a -- they had a recorder on
22    you?
23 A  I can't really remember.
24 Q  Okay. Well, let's put it in sequences of the first
25    time that you were there, you didn't have any kind of

1   recorder on you, right?
2 A   Right.
3 Q   Correct? Am I right there? Okay. After that, you say
4       -- you claim there was four buys, correct?
5 A   Yeah. Three -- three were wired, one was -- wasn't.
6 Q   Okay. So number 1, number 2 was wired, number 3 was
7       wired and number 4 was wired? All right. So -- and
8       you have -- did you have control over the wire? In
9       other words, could you control what time to turn it on,
10     turn it off, that type of situation?
11 A   No. They turned it off. I mean, they turned it on at
12     the station, and they didn't turn it off until I got
13     back to the station.
14 Q   Okay. Now how do you know that? Is there a little --
15     sometime that tells you it's on or off?
16 A   Well, they were -- they test it. Like when I put it
17     on, they would be like, you know, speak into, check it
18     And, you know, I would be like, okay. And then they
19     would tell me, okay, it's good. And then when I got
20     back to the station, they would take it off of me. So
21     I don't know if they turned it off, or if they just
22     kept going, but they took it off of me, so. When they
23     -- when they did the search on me, it came off with
24     everything else.
25 Q   Okay. So you have no idea yourself when it was turned

Page 420

1       on, if it -- and when it was turned on?
2 A   Well, it was turned on as soon as like we walked
3       outside. They would be like, you know, they would be
4       like speak into the -- just talk, and I would talk and
5       they would tell me it's all good. They would talk back
6       to me.
7 Q   Okay. So you -- am I correct that you presumed from
8       the time you walked outside of the police station until
9       you got back, the wire was on.....
10 A   Right. I was recording.
11 Q   .....as far as you knew?
12 A   Yeah.
13 Q   All right. And so anything that happened during that
14     time period would have been recorded on that wire,
15     right?
16 A   Yeah.
17 Q   All right. And you had a conversation with Mr. Davis
18     at some time about him having to leave because of loud
19     music?
20 A   Yeah.
21 Q   And that would have been recorded, right?
22 A   Yeah.
23 Q   Okay. The offer to buy the gun would have been
24     recorded, right?
25 A   Yeah.

Page 421

1 Q   And you talked about a gun, right? Did you -- did you
2       say, how much is the gun?
3 A   No, I did not.
4 Q   What did you say? I mean.....
5 A   I said, I'll buy it off of you for $100.
6 Q   Buy what?
7 A   I was like that's nice. And he was like, yeah. And he
8       said something. I was like, I'll buy off of you for
9       $100, and he said -- and he laughed.
10 Q   Okay. So that's -- there's no talk about a gun though
11     from you, correct?
12 MS. BRADY: Objection, Your Honor. Asked and answered.
13 THE COURT: Sustained.
14 MR. JAMES: All right.
15 Q   So the wire will tell us everything?
16 A   Yeah.
17 Q   All right. Now you were going to draw the diagram
18     before we took a recess, do you remember?
19 A   Yeah.
20 Q   Okay. Why don't you get a clean of piece of paper with
21     the court's permission and draw me the diagram I
22     requested?
23     (Pause)
24 THE COURT: Are you finished?
25 A   Yes, I am.

Page 422

1   THE COURT: All right.
2 Q   Okay. Why don't you describe that diagram for us,
3       please?
4 A   This is Old Seward. Here is a car dealership and a car
5       dealership. And then there's Showboat's. And this is
6       the road International, right here. And then there's a
7       Chevron right on the corner of Old Seward and
8       International. And there -- there's the gas station.
9       And then there's this little spot right here that has
10     like a spot for air and water and a spot for your
11     phone. And then there's like -- you know, right here.
12     And that's where we -- he was already -- he was already
13     parked there when I -- when I was right here, he was
14     already parked. So I pulled in right next to him.
15 Q   And to your knowledge, that was all recorded too,
16     wasn't it?
17 A   Yes, it was.
18 Q   Okay. What happened that -- what -- you got there,
19     what did you do?
20 A   I got in his car. He was drinking some alcohol, and I
21     bought some dope from him. He only had.....
22 Q   Okay.
23 A   .....he only -- he had crack, so I bought it. He
24     didn't give me a baggie or nothing. He just gave it to
25     me in his hand, in my hand.

Page 423

**3AN-01-1717 CR**

| | |
|---|---|
| 1 Q  Did you -- what was he drinking? | 1 Q  No stops? |
| 2 A  He was drinking a Corona. | 2 A  Unh-unh. (Negative) |
| 3 Q  Did you ask him for one? | 3 Q  I'm sorry, please? |
| 4 A  No. | 4 A  No. |
| 5 Q  Okay. Do you drink beer? | 5 Q  All right. And who did you talk with then? |
| 6 A  No. | 6 A  In what? |
| 7 Q  All right. And what was your conversation in the car? | 7 Q  Who did you talk with then? You went back to the |
| 8 A  It was brief. I asked him where he was staying. He | 8     police station you testified? |
| 9     said with his mom. I asked him if his cell phone | 9 A  Yeah. |
| 10    number would be the same. He said yes. And that's it. | 10 Q  All right. |
| 11 Q  Did you engage him in any conversation regarding that | 11 A  I went back to the police station, and then I got |
| 12    -- here's the $200 -- was -- how much did you pay? | 12    debriefed by either Officer Johnstone or Officer |
| 13 A  $200. | 13    LaPorte. |
| 14 Q  Okay. Did you engage him in any conversation regarding | 14 Q  Okay. Then do you know how many people or how many |
| 15    here's the $200, how much am I going to get? | 15    officers were -- or if any officers were around you at |
| 16 A  No. | 16    the Chevron station? |
| 17 Q  All right. | 17 A  I didn't know where they were, but they were definitely |
| 18 A  I gave him -- I mean, it was already known why -- we -- | 18    there. |
| 19    we went there to meet to -- for me to buy dope off of | 19 Q  How do you know that? |
| 20    him. | 20 A  I just know. I just -- I just knew because of previous |
| 21 Q  So at this time, you were still under the impression | 21    -- how it -- how it happened. |
| 22    that he thought you were his friend? | 22 Q  Well, did someone tell you that there were going to be |
| 23 A  Yeah. | 23    X number of people around? |
| 24 Q  Okay. And you didn't engage him in any other | 24 A  No. There was -- I mean, it was told that, you know, |
| 25    conversation, other than what you've just testified to, | 25    they were -- they were around. |
| Page 424 | Page 426 |

| | |
|---|---|
| 1     where are you staying, the same phone number? | 1 Q  Okay. Who told you they were around? |
| 2 A  Right. | 2 A  Officer Johnstone and officer LaPorte. |
| 3 Q  Do you remember the denominations of the bills? I | 3 Q  Okay. The -- the diagrams that you've driven [sic] -- |
| 4     assume it was bills? | 4     drawn for me, now I know they're not artist diagrams, |
| 5 A  Yeah. Probably $100 and five $20's, maybe. | 5     but is that true and correct to the best of your |
| 6 Q  Okay. Is that when you had the conversation regarding | 6     recollection now? |
| 7     having to leave because of the loud noise? | 7 A  Yes, they are. |
| 8 A  No, I -- that when I -- I asked him where he was | 8     MR. JAMES: Okay. Your Honor, I would like to have |
| 9     staying. And he said with his mom. And he said he -- | 9  marked for exhibits E, F and G, I believe are my next |
| 10    I was -- I was like what happened or something and I -- | 10  numbers, starting with the diagram of..... |
| 11    I can't remember how -- how it came up, but he said | 11     THE COURT: Why don't you get the -- do you have |
| 12    that he got kicked out because of the noise. | 12  stickers marked? Why don't you put them on the -- and then |
| 13 Q  He said he got kicked out? | 13  tell me what you put them on and then..... |
| 14 A  Or he's leaving because of a complaint or something, | 14     MR. JAMES: I can (indiscernible). |
| 15    people were complaining about the music. | 15     THE COURT: .....we'll know which ones we're talking |
| 16 Q  Okay. This was on one of the times that you were | 16  about here. You can go back to -- that's fine. |
| 17    wired, this..... | 17     MR. JAMES: Okay. Madam clerk, I'm going to mark the |
| 18 A  No. I -- I believe it was -- it was on that third one. | 18  first one, which is the -- we marked the first one, which is |
| 19 Q  Okay. And what happened then? | 19  the diagram that has -- that depicts Grand Larry E. I'm |
| 20 A  Then I -- after I got my dope, I got back in my car and | 20  going to mark the diagram that depicts the interior of the |
| 21    drove off. | 21  duplex as F. That's the -- F is the one without the |
| 22 Q  Where did you go? | 22  interior layout. D, I'm going to mark as another diagram of |
| 23 A  Back to the police station. | 23  the interior, which reflects the stove and the counter with |
| 24 Q  Directly back there? | 24  a circle on it. And H, I'm going to mark as the Chevron. |
| 25 A  Yeah. | 25 Q  Okay. Now on the 20th, how much did you get? How much |
| Page 425 | Page 427 |

**3AN-01-1717 CR**

| | |
|---|---|
| 1   -- you said dope. How much did you get? Could you | 1  Q  An inch, two inches? But you held up your hand? |
| 2   tell me? | 2  A  Right. I mean, it was a ball, man. |
| 3  A  (Indiscernible). | 3  Q  All right. Well, tell me..... |
| 4  Q  Okay. Is that -- you're holding up a -- your fingers, | 4  A  It was a ball. I don't know for sure. |
| 5   is that like an inch and a half in diameter? | 5  Q  Take a look at your hand that you held up..... |
| 6  A  Yeah. | 6  A  Like an inch. |
| 7  Q  What..... | 7  Q  Inch diameter? |
| 8  A  Yes. | 8  A  Yeah. |
| 9  Q  Yes? Okay. And Did you receive a ball that size? | 9  Q  All right. But you're comfortable with the size that |
| 10  A  Yeah, it was a ball. | 10   you held up as the quantity received? |
| 11  Q  A ball that size? | 11  A  Yeah, I believe so. |
| 12  A  Right. | 12  Q  Now on the 28th/1st of March, the 28th, you also were |
| 13  Q  Okay. And how much was that, based on your experience? | 13   wearing a right? |
| 14  A  A ball. | 14  A  Yeah. Yes. |
| 15  Q  What -- give me some kind of a weight on it. | 15  Q  Okay. So anything in that wire -- would have -- any of |
| 16  A  I don't know, anywhere from like, you know, I don't | 16   your conversation would have been recorded on that |
| 17   know. I really don't know the gram size, you know, but | 17   wire? |
| 18   it was -- it was worth money. You look at dope, I | 18  A  Right. |
| 19   could see it was worth it. | 19  Q  And again, am I correct in assuming you did not control |
| 20  Q  Okay. Do you remember telling us on Thursday that a | 20   turning it on or turning it off..... |
| 21   ball was about 2.8 or 3.2 grams, somewhere in that | 21  A  Right. |
| 22   neighborhood? | 22  Q  .....that date? Okay. All right. Do you smoke? |
| 23  A  Right. It was -- it was -- it was between there. It | 23  A  Yeah. |
| 24   was between that. | 24  Q  And I mean not coke, crack, I'm talking cigarettes? |
| 25  Q  Okay. So a ball is about a -- you held up your | 25  A  Cigarettes. |
| Page 428 | Page 430 |

| | |
|---|---|
| 1   fingers, was that about an inch and a half diameter? | 1  Q  Now where did you go on the 28th? You met with the |
| 2  A  Yeah. | 2   police, I assume, that's a fair assumption, correct? |
| 3  Q  Take a look, sir. Please. | 3  A  Yeah. I don't know if we did a buy that day, I'm not |
| 4  A  Right. Huh? | 4   sure. |
| 5  Q  How much is..... | 5  Q  All right. So how many buys did you do? |
| 6  A  Yeah, it's like that. | 6  A  I did four buys all together. |
| 7  Q  Okay. How much is that? If you could describe in | 7  Q  When was the last buy? |
| 8   diameter? What's the diameter of that? It's a ball | 8  A  The last time I did it. |
| 9  A  Width? | 9  Q  What day? |
| 10  Q  Okay. Well, the radius, diameter, whatever you want, | 10  A  I'm not for sure. |
| 11   it's a ball? | 11  Q  Okay. You have no idea when the date or the day was? |
| 12  A  Right. | 12   In other words, there's days in a week, and there's |
| 13  Q  So a ball would theoretically be circle? | 13   dates in a month. |
| 14  A  Right. | 14  A  Right. Yeah. I don't know. |
| 15  Q  Okay. So it has a diameter, it has a radius? | 15  Q  Okay. Where -- you met..... |
| 16  A  Yeah. | 16  A  Muldoon -- oh, never mind. Sorry. |
| 17  Q  And you held up your hands. What I'm interested in | 17  Q  You met at where? Where did this thing start? |
| 18   knowing is what's the distance between the diameter, | 18  A  It -- the last buy? |
| 19   which is a straight line..... | 19  Q  Yes. |
| 20  A  I don't know for sure. | 20  A  I met at the police station on Tudor. Then we went to |
| 21  Q  Well, take a look. You're the one that held up your | 21   Muldoon, the Pancake House. |
| 22   hand. | 22  Q  Okay. And what, if any amount of money did they give |
| 23  A  Right. Well, I don't for sure, you know..... | 23   you? They being the cop -- the police. |
| 24  Q  Inch? | 24  A  $200. |
| 25  A  I haven't seen -- I haven't seen the dope in a while. | 25  Q  Okay. And how was that money laid out? In other |
| Page 429 | Page 431 |

**Page 432**

```
 1      words, how much.....
 2 A    Maybe $50's.  I think it was $50's.
 3 Q    $50's?
 4 A    I believe so.
 5 Q    Okay.
 6 A    I'm not sure.
 7 Q    And so you go to the -- what happens after you leave
 8      the police station?
 9 A    I -- I drive to the Pancake House in Muldoon.  He was
10      already there.
11 Q    All right.  What happened then?
12 A    What happened then is I pulled up and he was in a
13      different car.  I thought he was going to be in the
14      green truck, and he wasn't in the green truck, he was
15      in a gray truck.
16 Q    Is that the gray truck you had seen earlier?
17 A    Right.
18 Q    All right.  And that's the Toyota, or whatever that
19      size car -- truck?
20 A    Yeah.
21 Q    All right.  All right.  So is that -- is that a club
22      cab, or.....
23 A    Single.
24 Q    Single?
25 A    Yeah.
```

**Page 433**

```
 1 Q    All right.  So what happened then?
 2 A    I got in his car, bought some dope, asked him where he
 3      was staying.  He said he was staying at a hotel.  And I
 4      said, all right.  I got back in my car and drove off.
 5 Q    Okay.  And that was recorded?
 6 A    Yeah.  And I told the cops what kind of car he was in
 7      and a license plate number.
 8 Q    Okay.  What did you -- now, after you got in your car,
 9      what happened?
10 A    After I got in my car, I told the police the license
11      plate number.
12 Q    Did you tell them after you got in your car or before
13      you got in the car?
14 A    When I got in my car.
15 Q    In your car?  Okay.
16 A    I told them the license plate number and make of the
17      vehicle, and I drove back to the -- it might have been
18      to the church, or that buy, I think it was back to the
19      station.
20 Q    Okay.  Did you make any stops?
21 A    No, I don't think so.
22 Q    All right.  Did you leave immediately, or did you stick
23      around?
24 A    Yeah, I left.
25 Q    Did you see anything happen as you were leaving?
```

**Page 434**

```
 1 A    No.  I didn't look behind me.
 2 Q    Okay.  And what did you get this time, if anything?
 3 A    What did I get?
 4 Q    If anything, what did you get?
 5 A    What do you mean, what did I get?
 6 Q    Okay.
 7 A    As far as dope?
 8 Q    Right.
 9 A    I got -- it might have been, I think it was soft.  I'm
10      not sure.  Or, no, it might have been hard.  I'm not
11      sure.  But it was, you know, the same size as usual.
12 Q    Same size?
13 A    Yeah.
14 Q    So everything should have been consistent.....
15 A    Yeah.
16 Q    .....the weights?
17 A    Well, you know, I just eyed it out man, I just took it.
18      I really didn't care.  I was just trying to get the
19      dope and get out as quick as I could.
20 Q    Okay.  So that was your -- your last contact with -- in
21      regards to these events, correct?
22 A    Yes, it was.
23 Q    Okay.  And the first buy, was that crack or coke?
24 A    Coke.
25 Q    Coke?  Powder coke?
```

**Page 435**

```
 1 A    Yeah.
 2 Q    All right.  All right.  Now you've all ready testified
 3      you don't do coke, you do crack, why would you buy
 4      coke?
 5 A    I don't do nothing now.  I've done dope.  But it's
 6      because that's what he had.  It's -- it's the same
 7      thing, man.  Crack and coke are the same thing.
 8 Q    Okay.  And the second one, was that crack or coke?
 9 A    The rest of them were crack.
10 Q    Crack?  All right.
11 A    I believe.
12 Q    All right.  Now no one was with you when these alleged
13      buys went down, correct?
14 A    No one was with me?
15 Q    Correct.  You were by yourself?
16 A    Yeah.
17 Q    All right.  And you were using your Plymouth Reliant
18      vehicle that you've had for a period of time, at least
19      six, eight months before -- we'll, how long have you
20      had that car?
21 A    A while.  A couple of years.
22 Q    A couple of years?  Okay.  A couple of years.  So you
23      were using the same car all the time?
24 A    Huh?
25 Q    You were.....
```