Law Offices of John C. Pharr
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/272-2525
Fax: 907/277-9859
E-mail: jpharr@gci.net
AK # 8211140

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

ROBERT O. DAVIS III,            )
                                )
           Petitioner,          )
                                )
     v.                         )
                                )
FRANK LUNA,                     )
                                )
           Respondent.          )
_____) Case No. 3:05-cv-255-TMB-JDR

**ORDER ON MOTION
FOR EXTENSION OF TIME TO FILE
OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**

Petitioner, Robert Davis, having moved the court and the court having considered his motion for extension of time, affidavit of counsel, and being fully advised in the premises,

IT IS HEREBY ORDERED that petitioner's motion is GRANTED. The due date of his opposition is extended one week, from January 29, 2007 until February 5, 2007. Government's answer shall be filed by _____.

DATED this _____ day of _____ 2007.

_____
Judge of the District Court

*ORDER ON MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO MOTION FOR SUMMARY JUDGMENT*
*Robert O. Davis, III v. Frank Luna*                                      *Page 1 of 2*
*Case No. 3:05-cv-255-TMB-JDR*

```
CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on
January 29, 2007, a copy
of the foregoing was served
electronically:

Timothy W. Terrell
Office of Special Prosecutions and Appeals
tim_terrell@law.state.ak.us
```

s/John C. Pharr