Law Offices of John C. Pharr
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/272-2525
Fax: 907/277-9859
E-mail: jpharr@gci.net
AK # 8211140

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ROBERT O. DAVIS, III, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) |
| | ) |
| FRANK LUNA, | ) |
| | ) |
| Respondent. | ) |
| | ) Case No. 3:05-cv-255-TMB-JDR |

**AFFIDAVIT OF JOHN C. PHARR**

STATE OF ALASKA         )
                        ) ss.
THIRD JUDICIAL DISTRICT )

I, John Pharr, depose and state as follows:

1. I am attorney for petitioner herein.

2. Petitioner's opposition to motion for summary judgment is due today, Monday, January 29, 2007.

3. I haven't had time to meet with my client at the Anchorage facility, but will have time this week.

4. This is the first request for extension of time.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

DATED at Anchorage, Alaska, this 29th day of January 2007.

LAW OFFICES OF JOHN C. PHARR
Attorney for Petitioner, Robert Davis


By: ____s/John C. Pharr_____
    John C. Pharr, Esq.,
    Alaska Bar No. 8211140

SUBSCRIBED AND AFFIRMED before me this 29th day of January 2007, at Anchorage, Alaska.

_____ s/Sharon R. Leippi_____
Notary Public in and for Alaska
My commission expires: June 8, 2010


CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on
January 29, 2007, a copy
of the foregoing was served
electronically:

Timothy W. Terrell
Office of Special Prosecutions and Appeals
tim_terrell@law.state.ak.us

s/John C. Pharr