Law Offices of John C. Pharr
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/272-2525
Fax: 907/277-9859
E-mail: jpharr@gci.net
AK # 8211140

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ROBERT O. DAVIS III, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) |
| | ) |
| FRANK LUNA, | ) |
| | ) |
| Respondent. | ) |
| | ) Case No. 3:05-cv-255-TMB-JDR |

**MOTION FOR EXTENSION,
UNTIL FRIDAY, FEBRUARY 16, 2007,
TO FILE OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**

COMES NOW PETITIONER ROBERT O. DAVIS III by and through his attorney of record JOHN C. PHARR of the LAW OFFICES OF JOHN C. PHARR and hereby moves the court for an extension of time, until Friday, February 16, 2007, to file his opposition to motion for summary judgment.

This motion is supported by the attached affidavit of counsel.

DATED at Anchorage, Alaska, this 6th day of February 2007.

LAW OFFICES OF JOHN C. PHARR

s/John C. Pharr
Attorney for Petitioner

Robert O. Davis III
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/272-2525
Fax: 907/277-9859
E-mail: jpharr@gci.net
AK # 8211140

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 6, 2007, a copy of the foregoing was served electronically:

Timothy W. Terrell
Office of Special Prosecutions and Appeals
tim_terrell@law.state.ak.us

s/John C. Pharr