Law Offices of John C. Pharr
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/272-2525
Fax: 907/277-9859
E-mail: jpharr@gci.net
AK # 8211140

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

ROBERT O. DAVIS, III,      )
                             )
           Petitioner,     )
                             )
    v.                 )
                             )
FRANK LUNA,            )
                             )
           Respondent.    )
_____)  Case No. 3:05-cv-255-TMB-JDR

**AFFIDAVIT OF JOHN C. PHARR**

STATE OF ALASKA       )
                       ) ss.
THIRD JUDICIAL DISTRICT  )

    I, John Pharr, depose and state as follows:

    1.    I am attorney for petitioner herein.

    2.    Petitioner's opposition to motion for summary judgment was due on January 29, 2007, and a one-week extension of time was requested.

    3.    My busy Palmer schedule has prevented me from completing this on time.

    4.    Also, petitioner has filed a complaint to the Alaska Bar Association about me, and I am looking for a resolution to

the complaint before proceeding.

     5.   I am therefore requesting an extension of time, until Friday, February 16, 2007, to file the opposition.

     6.   This is the second request for extension of time.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

DATED at Anchorage, Alaska, this 6th day of February 2007.

                    LAW OFFICES OF JOHN C. PHARR
                    Attorney for Petitioner, Robert Davis

                    By: _____s/John C. Pharr_____
                        John C. Pharr, Esq.,
                        Alaska Bar No. 8211140

SUBSCRIBED AND AFFIRMED before me this 6th day of February 2007, at Anchorage, Alaska.

                    _____s/Sharon R. Leippi_____
                    Notary Public in and for Alaska
                    My commission expires: June 8, 2010

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on
February 6, 2007, a copy
of the foregoing was served
electronically:

Timothy W. Terrell
Office of Special Prosecutions and Appeals
tim_terrell@law.state.ak.us

s/John C. Pharr