Law Offices of John C. Pharr
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/272-2525
Fax: 907/277-9859
E-mail: jpharr@gci.net
AK # 8211140

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ROBERT O. DAVIS III, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) |
| | ) |
| FRANK LUNA, | ) |
| | ) |
| Respondent. | ) |
| | ) Case No. 3:05-cv-255-TMB-JDR |

**MOTION FOR TEN-DAY EXTENSION**
**TO FILE OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**

COMES NOW PETITIONER ROBERT O. DAVIS III by and through his attorney of record JOHN C. PHARR of the LAW OFFICES OF JOHN C. PHARR and hereby moves the court for a ten-day extension of time to file his opposition to motion for summary judgment.

This motion is supported by the attached affidavit of counsel.

DATED at Anchorage, Alaska, this 16th day of February 2007.

LAW OFFICES OF JOHN C. PHARR

s/John C. Pharr
Attorney for Petitioner
Robert O. Davis III
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501

```
                                        Phone: 907/272-2525
                                        Fax: 907/277-9859
                                        E-mail: jpharr@gci.net
                                        AK # 8211140
```

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on
February 16, 2007, a copy
of the foregoing was served
electronically:

Timothy W. Terrell
Office of Special Prosecutions and Appeals
tim_terrell@law.state.ak.us

s/John C. Pharr

Case 3:05-cv-00255-TMB-JDR   Document 61   Filed 02/16/2007   Page 2 of 2

*MOTION FOR TEN-DAY EXTENSION TO FILE OPPOSITION TO MOTION FOR SUMMARY JUDGMENT*
*Robert O. Davis III v. Frank Luna*                                         *Page 2 of 2*
*Case No. 3:05-cv-255-TMB-JDR*