Law Offices of John C. Pharr
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/272-2525
Fax: 907/277-9859
E-mail: jpharr@gci.net
AK # 8211140

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

ROBERT O. DAVIS III,               )
                                   )
             Petitioner,           )
                                   )
     v.                            )
                                   )
FRANK LUNA,                        )
                                   )
             Respondent.           )
_____  )  Case No. 3:05-cv-255-TMB-JDR

**AFFIDAVIT OF JOHN C. PHARR**

STATE OF ALASKA            )
                           ) ss.
THIRD JUDICIAL DISTRICT    )

     I, John Pharr, depose and state as follows:

     1.   I am attorney for petitioner herein.

     2.   Petitioner's opposition to the state's motion for
summary judgment was due on January 29, 2007; a one-week
extension of time was requested; and an extension until today,
February 16, 2007, was requested.

     3.   Petitioner has been transferred to Glennwood Center,
is busy looking for a job, and needs more time to focus on the
opposition.

4.    His bar complaint against me has not been resolved either.

5.    I am therefore requesting a ten-day extension of time, until Monday, February 26, 2007, to file the opposition.

6.    This is the third request for an extension of time.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

DATED at Anchorage, Alaska, this 16th day of February 2007.

LAW OFFICES OF JOHN C. PHARR
Attorney for Petitioner, Robert Davis


By: _____s/John C. Pharr_____
         John C. Pharr, Esq.,
         Alaska Bar No. 8211140

SUBSCRIBED AND AFFIRMED before me this 16th day of February 2007, at Anchorage, Alaska.

_____s/Sharon R. Leippi_____
Notary Public in and for Alaska
My commission expires: June 8, 2010


CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on
February 16, 2007, a copy
of the foregoing was served
electronically:

Timothy W. Terrell
Office of Special Prosecutions and Appeals
tim_terrell@law.state.ak.us

s/John C. Pharr


*AFFIDAVIT OF JOHN C. PHARR*
*Robert O. Davis III v. Frank Luna*
*Case No.3:05-cv-255-TMB-JDR*                                    *Page 2 of 2*