MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

*ROBERT O DAVIS, III  v. FRANK LUNA*

Case No. 3:05-cv-0255 TMB

By:                    THE HONORABLE TIMOTHY M. BURGESS

<u>PROCEEDINGS</u>:       ORDER FROM CHAMBERS

The Court has before it the only remaining claim in Robert O. Davis' petition for writ of *habeas corpus* pursuant to 28 U.S.C. Section 2254: that his four convictions for third-degree misconduct involving a controlled substance were not supported by sufficient evidence. Respondent Luna filed a Motion for Summary Judgment as to the Remaining (fourth) Claim at Docket No. 54 asking the Court to deny Davis' petition for writ of *habeas corpus*. The motion was fully briefed. Magistrate Judge Roberts filed a thorough report at Docket No. 66 recommending that the motion be granted. Objections to the report have not been filed.

This court reviews the recommendations from the magistrate judge pursuant to the following standard:  Recommended findings of fact as to which an objection is taken and recommended conclusions of law are reviewed *de novo*. Recommended findings of fact as to which no objection is taken are reviewed for clear error.

Having applied the above standard of review, this court holds that the recommended findings of fact and conclusions of law are in all respects correct. This court adopts them. Based thereon, the Motion for Summary Judgment *as to Remaining Sufficiency-of-the-Evidence Claim* at Docket No. 54 is GRANTED.

**IT IS HEREBY ORDERED:**

Respondent's Motion for Summary Judgment *as to Remaining Sufficiency-of-the-Evidence Claim* at Docket No. 54 is **GRANTED**. Plaintiff's Motion for Summary Judgment at Docket No. 6 is **DENIED**.

Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.

DATE: July 27, 2007