IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ROBERT O. DAVIS, III,<br><br>             Plaintiff,<br>   vs.<br><br>FRANK LUNA,<br><br>             Defendant. | Case No. 3:05-cv-00255-TMB<br><br>**JUDGMENT**<br>**IN A CIVIL CASE** |

   ___   **JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

   _X_   **DECISION BY COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED** that the plaintiff take nothing, that the action be dismissed on the merits.

APPROVED:

  /s/Timothy M. Burgess
    **TIMOTHY M. BURGESS**
    United States District Judge

| August 20, 2007 | IDA J. ROMACK |
|---|---|
| Date | Clerk |