Law Offices of John C. Pharr
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/272-2525
Fax: 907/277-9859
E-mail: jpharr@gci.net
AK # 8211140

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ROBERT O. DAVIS III, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) |
| | ) |
| FRANK LUNA, | ) |
| | ) |
| Respondent. | ) |
| | ) Case No. 3:05-cv-255-TMB-JDR |

## **MOTION AND MEMORANDUM FOR ISSUANCE OF CERTIFICATE OF APPEALABILITY**

COMES NOW PETITIONER ROBERT O. DAVIS III by and through his attorney of record JOHN C. PHARR of the LAW OFFICES OF JOHN C. PHARR, pursuant to 28 USC §2253 and hereby moves the court for a Certificate of Appealability of the denial of his Motion for 28 USC §2254 Relief.

Petitioner filed for a Writ of Habeas Corpus in his state court conviction in State v. Robert O. Davis, 3AN-01-1717 Cr. The court considered and denied his claims *seriatim*. A final judgment was issued on August 20, 2007, which Petitioner wishes to appeal to the Ninth Circuit Court of Appeals.

In his Petition, Mr. Davis made a "substantial showing of the denial of a constitutional right." 28 USC §2253(c)(2). Namely, the district court ruled that Petitioner had not preserved his issues in state court (Docket #19), and granted Respondent's Motion for Summary Judgment on the claim that was deemed preserved (Docket #54). The court is familiar with these issues from the briefing.

For these reasons Petitioner moves for a Certificate of Appealability.

DATED at Anchorage, Alaska, this 12th day of September 2007.

LAW OFFICES OF JOHN C. PHARR

s/John C. Pharr
Attorney for Petitioner
Robert O. Davis III
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/272-2525
Fax: 907/277-9859
E-mail: jpharr@gci.net
AK # 8211140

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on
September 12, 2007, a copy
of the foregoing was served
electronically:

Timothy W. Terrell
Office of Special Prosecutions and Appeals
tim_terrell@law.state.ak.us

s/John C. Pharr