IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ROBERT O. DAVIS, III,<br><br>    Petitioner,<br><br>vs.<br><br>FRANK LUNA, Warden,<br><br>    Respondent. | Case No. 3:05-cv-00255-TMB<br><br>ORDER DENYING<br><u>CERTIFICATE OF APPEALABILITY</u> |

Robert O. Davis, III, represented by counsel, filed a motion for a certificate of appealability after judgment was entered against him in this habeas action under 28 U.S.C. § 2254.[1] Mr. Davis was tried and convicted in the Superior Court for the State of Alaska, and was sentenced to prison.[2] He appealed in the state courts and his conviction was affirmed.[3] Mr. Davis then filed a habeas petition in this Court on one ground that was raised in the state courts, and two grounds which were not.[4]

---

[1] See Docket No. 69.

[2] See *State v. Robert O. Davis*, 3AN-01-1717CR.

[3] See *Davis v. State*, 2004 WL 1737546 (Alaska App. Aug. 4, 2004).

[4] See Docket No. 1.

On March 6, 2006, the respondent moved to dismiss on the basis that grounds 2 and 3 were procedurally defaulted, and that motion was granted on July 31, 2006.[5] The respondent then moved for summary judgment on the remaining ground, and Magistrate Judge Roberts, to whom this matter was referred, again recommended that the motion be granted.[6] This Court review the record *de novo*, exercised its independent judgment and granted the motion.[7] Judgment was entered dismissing the action on August 20, 2007.[8]

A motion for a certificate of appealability has now been filed, and the respondent has objected.[9] Under Rule 22(b) of the Federal Rules of Civil Procedure, Mr. Davis' appeal may not proceed unless this Court issues a certificate of appealability.[10] This Court cannot provide a certificate of appealability because Mr. Davis has no basis for an appeal in light of *Stone v. Powell*.[11] Thus, there is no substantial question about which reasonable jurists could differ, nor is there any basis for finding that Mr. Davis has been denied a constitutional right.[12]

---

[5] See Docket No. 19-23, 40, 42-44.

[6] *See* Docket Nos. 54, 64, 65, 66.

[7] *See* Docket No. 67; *Stone v. Powell*, 428 U.S. 465, 494 (1976).

[8] *See* Docket No. 68.

[9] *See* Docket Nos. 69, 70.

[10] *See* 28 U.S.C. § 2253(c).

[11] *See Mitchell v. Goldsmith*, 878 P.2d 319, 323 (9th Cir. 1989).

[12] *See* 28 U.S.C. § 2253(c)(2); *see also Barefoot v. Estelle*, 463 U.S. 880, 893 n. 4 (1983).

IT IS HEREBY ORDERED:

The motion for a certificate of appealability, at docket number 69, is DENIED.

DATED this 7th day of December, 2007, at Anchorage, Alaska.

                                              /s/TIMOTHY M. BURGESS
                                              United States District Judge